## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
| Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
| Defendant | : | October 7, 2021 |

## ANSWER AND AFFIRMATIVE DEFENSES

1-9.    The Defendant admits the allegations of Paragraph's 1 - 9.

10-11.  As to Paragraph's 10 & 11, the Defendant lacks sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

12-13.  The Defendant admits the allegations of Paragraph's 12 & 13.

14-15.  The Defendant denies the allegations of Paragraph's 14 & 15.

16.     The Defendant admits it paid $600,000 for specific assets and real estate then owned by the Debtor and denies the balance.

17.     The Defendant incorporates its responses to all proceeding paragraphs herein.

18-19.  The Defendant denies the allegations of Paragraph's 18 & 19.

20-21.   The Defendant lacks sufficient knowledge or information to form a belief as to Paragraph's 20 & 21 and leaves the Plaintiff to its proof.

22-24.  The Defendant denies the allegations of Paragraph's 22 - 24.

25.     The Defendant incorporates its responses to all proceeding paragraphs herein.

26-30.  The Defendant denies the allegations of Paragraph's 26 - 30.

31.     The Defendant incorporates its responses to all proceeding paragraphs herein.

32-35.  The Defendant denies the allegations of Paragraph's 32 - 35.


### First Affirmative Defense

The complaint fails to state a claim against the Defendant.

### Second Affirmative Defense

The Plaintiff's claims pursuant to 11 U.S.C. § 548 are barred by the statute of limitations, 11 U.S.C. § 548(a)(1).

### Third Affirmative Defense

The Defendant acquired property and other assets in good faith and for reasonably equivalent value and is therefore entitled to the protections of Conn. Gen. Stat. 52-552; et seq. and 11 U.S.C. § 548(c).


### By Way of Setoff, Recoupment and/or Counterclaim

1.     At the time of the Defendant's acquisition of the real property and other personal property assets from the Debtor, the fixtures and personal property assets were in a state of tremendous disrepair.  After acquiring property and other assets from the Debtor, the Defendant invested substantial sums of money to repair, replace and improve the property and assets.

2.     These expenditures have added significant value to both the property and the assets to which the Defendant is entitled and as to which the Plaintiff has no claim.

3.    Consequently the Defendant is entitled to recover the value of its investment in and to the property and the other assets.

WHEREFORE, the Plaintiff claims judgment.

DEFENDANT,

BY: _____

James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
| Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
| Defendant | : | October 6, 2021 |

## <u>CERTIFICATION</u>

The undersigned hereby certifies that on October 6, 2021, a copy of the Answer and Affirmative Defense was filed and served to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.


_____
James M. Nugent

G:\USERS\TaraA\- nugent\Innovative CPA Group\Answer & Affirmative Defense-Final.wpd