# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 16, 2021

In re:
    Ace Begonias Inc.
                      Debtor*

Case Number: 19−31430 amn
Chapter: 7

    Bonnie C. Mangan, Chapter 7 Trustee
                      Plaintiff(s)
    v.

Adversary Proceeding
No.: 21−03005 amn

    Bethany Farm & Nursery, LLC
                      Defendant(s)

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable Ann M. Nevins on December 1, 2021 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_NH@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)773−2009 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−873−8017 and input the Access Code: 9295115 when prompted.

Dated: November 16, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoomclrk