**UNITED STATES BANKRUPTCY**
**COURTDISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re:<br>　　ACE BEGONIAS INC.,<br>　　　　*Debtor* | : <br> : <br> : <br> : | Case No.:  19-31430 (AMN)<br>Chapter 7 |
| BONNIE C. MANGAN,<br>　　　　Chapter 7 Trustee, *Plaintiff*<br>v.<br>BETHANY FARM & NURSERY, LLC,<br>　　　　*Defendant* | : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Pro. No. 21-03005 (AMN)<br><br><br>Re: AP-ECF No. 23 |

## **PRE-TRIAL SCHEDULING ORDER**

Pursuant to the statements made on the record during the continued Pre-Trial Conference held on December 1, 2021, and after consideration of the Joint Rule 26(f) Report, filed by David Shufrin, ("Plaintiff's Counsel"), the court adopts most of the dates agreed to by the parties and enters further dates in this Pre-Trial Scheduling Order. *See,* ECF No. 23. Accordingly, it is hereby

**ORDERED:** On or before December 31, 2021, the parties shall complete Fed. R. Civ. P. 26(a) initial disclosures; and it is further

**ORDERED:** On or before December 30, 2021, the parties shall amend their pleadings. All parties reserve their rights under Fed. R. Civ. P. 15 and all other applicable law to contest any motion to amend the pleadings, including objections based on timeliness; and it is further

**ORDERED:** That, the parties shall commence fact discovery immediately and conclude fact discovery on or before May 15, 2022. The parties shall not serve more than 25 interrogatories each;  and it is further

**ORDERED:** That, on May 31, 2022 at 2:00 p.m., a continued Pre-Trial Conference shall be held; and it is further

**ORDERED:** On or before June 27, 2022, the parties shall file dispositive motions; and it is further

**ORDERED:** On or before July 15, 2021, the parties shall each file a list of proposed witnesses, including expert witnesses, and a list of proposed exhibits. The parties shall each file their list of exhibits as a new document in the Main case, with the exhibits to be used at trial (redacted as to any personal identifying information) filed as subordinate documents (or attached as exhibits) pursuant to the instructions set forth in Exhibit A. Each party shall serve a copy of each exhibits to the opposing party and file a certificate of such service; and it is further

**ORDERED:** On or before July 15, 2022, each party shall serve a damages anaylsis for any claim or counterclaim on the other party, filing a certificate of service, but not filing the analysis with the Court; and it is further

**ORDERED:** On or before September 1, 2022, the parties shall serve the other with the report of any expert that the party intends to have testify as a rebuttal expert witness; and it is further

**ORDERED**: Given the changing status of the COVID-19 pandemic and its effect on travel and court operations, the parties should plan that the trial will be held in person with appropriate COVID-19 protections but should understand that the manner of the trial (i.e., whether in person or via videoconference using ZoomGov), the date of a final Pre-Trial Conference, and trial dates shall be addressed during the May 31, 2022 continued Pre-Trial Conference.

Dated this 6th day of December, 2021, at New Haven, Connecticut.



Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

# EXHIBIT A

United States Bankruptcy Court
District of Connecticut

# Instructions for Parties to File
# Proposed Trial Exhibits on the CM/ECF Docket

- From the CM/ECF Menu:     **Select** Bankruptcy or Adversary
- Menu Category:     Miscellaneous
- **Select** from the Menu of "Available Events" **Exhibit(s)/List of Witnesses**.  Click **Next** to proceed to the next page.
- **Select** the Attorney filing the Exhibit(s)/List of Witnesses, Click **Next** to proceed to next page.
- **Select** the Name of the Party.  Click **Next** to proceed to next page.

Then, please follow these additional steps:

a.  At the "Attach File Screen":

   1. **Select** "Browse" and locate the PDF document to be filed on your computer (your List of Exhibits).  The List of Exhibits should include the case caption, a numerical list of exhibits, and signature block.  The document should be titled "[Party Name] List of Exhibits".  Upload the PDF document.

   2. Underneath the document selection box, you are asked whether there are attachments to the document: **Select** "YES."  Click **Next** to proceed to the next page to attach the Exhibits.

b.  At the "Select Attachments Screen":

   1. Browse for the PDF file you intend to file and attach the PDF file to be uploaded for the first exhibit.

   2. Fill in the fields below:

      Category:     **Select Exhibit** from drop down box

      Description:     **Enter** a short description including the exhibit number
      (*i.e., "Exhibit 1 - Car Lease"*)

   3. Click "**Add to List**"

   4. Repeat steps (b)(1) through (b)(3) for each exhibit.

      *NOTE:  EACH EXHIBIT MUST BE FILED AS A SEPARATE PDF ATTACHMENT.*

c.  At prompt, **select** the filing party and **then add** the name of the List of Exhibits (for example, "Plaintiff's Exhibits or List of Witnesses," "Movant's List of Exhibits," etc.)

d.  CM/ECF will ask you to link the exhibits you are filing to the matter scheduled for trial (*i.e.*, the complaint, a particular motion or an objection).  **Select** the ECF No. for the subject of the evidentiary hearing from the list CM/ECF provides.

United States Bankruptcy Court
District of Connecticut

The final docket text should generally appear in the following format (note that each exhibit is itemized in the docket text):

Plaintiff's List of Exhibits Filed by John Smith on behalf of Mary Jones Plaintiff (Re:)[1] Complaint filed by Plaintiff Mary Jones.) (Attachments: # (1) Exhibit 1 Property Deed # (2) Exhibit 2 Car Lease Contract# (3) Exhibit 3 Police Report).