## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
| Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
| Defendant | : | June 24, 2022 |

### <u>MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Federal Rules of Civil Procedure 56(c) and Federal Rules of Bankruptcy Procedure 7056, the Defendant, Bethany Farm & Nursery, LLC ("Bethany Farm"), moves this Court to grant its Motion for Summary Judgment as to all three (3) Counts of the Plaintiff, Bonnie C. Mangan, Chapter 7 Trustee for ACE Begonias, Inc's ("Plaintiff" or "Trustee"), three count Adversarial Complaint dated August 30, 2021. The Trustee's Counts are based upon the transfer of real and personal property located at 231 Seymour Road, in both Bethany and Woodbridge, Connecticut (the "Property") from the Debtor, ACE Begonias Inc. ("Debtor"), to Bethany Farm on July 19, 2019.

As shown by the pleadings, Declarations and other summary judgment evidence, there are no genuine issues of material fact present and the Defendant is entitled to summary judgment as a matter of law as the subject transfer was made for fair and adequate consideration. As such, the Trustee cannot satisfy the required

1

elements to establish that the Defendant participated in a fraudulent transfer of the Property in violation of 11 U.S.C. § 548(a)(1)(B); that she is entitled to set aside the transfer of the Property or for turnover of the Property pursuant to 11 U.S.C. §§ 550 and 551 or  C.G.S. §§ 52-552e(a)(2) and 52-552(f)(a); or that the Defendant has been unjustly enriched.

DEFENDANT,
Bethany Farm & Nursery, LLC

BY: _____

James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
|       Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
|       Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
|       Defendant | : | June 24, 2022 |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

The Defendant, , Bethany Farm & Nursery, LLC ("Bethany Farm"), hereby file

their Memorandum in Support of Motion for Summary Judgment as to all Counts of the

Adversarial Complaint filed by Plaintiff, Bonnie C. Mangan, Chapter 7 Trustee for ACE

Begonias, Inc. ("Plaintiff" or "Trustee") in the above-captioned matter.

## I.    BACKGROUND

The facts of this matter are straight forward.  In 2019 the  Defendant by its

member Charles Smith learned about the possible sale of the land, buildings and other

related equipment and machinery owned by the Debtor, ACE Begonias Inc. ("Debtor"),

at 229 Seymour Rd. Woodbridge CT. ("Land").   The Debtor owned and operated a

farm and nursery business there.  However, during June/July 2019 the business had

by and large ceased operation.  As of July 2, 2019 the Debtor had no inventory left to

sell and essential services such as irrigation and electricity to the nursery business

3

were inoperable.  Negotiations began for the possible purchase of the land, greenhouses, systems and what usable equipment was left ( collectively the "Personal Property")(the Land and Personal Property collectively will be referred to as the "Property").  The Debtor and the Defendant were both represented by counsel at all times during the negotiations and ultimate sale.  The Defendant conducted a due diligence inspection of the Personal Property and determined it was excessively deteriorated and largely unusable and inoperable.  A purchase and sale contract was prepared and signed with a total purchase price of $600,000.00 which of course took in account the inoperable condition of much of the Personal Property. (Copy of Sales Contact attached as Exhibit "A")(Copy of Closing Statement attached as Exhibit "B").

The details of the highly deteriorated status of the Personal Property are contained in the supporting Declarations of Andrew Konopka, William Aliou and Charles Smith, as well as the numerous exhibits attached to the Smith Declaration.  In essence virtually nothing worked.  The greenhouses themselves required significant repair or replacement and the water, air conditioning, heating and electrical systems all required major repairs or replacement.  All in all the Defendant spent over $700,000.00 to adequately equip the Property for a proper business operation (See Exhibit D to the Charles Smith Declaration).  This was in addition to the purchase price of $600,000.00 paid at closing.  Eventually the Defendant's new business opened the following year for full operations.

The Debtor filed for Chapter 7 bankruptcy protection on August 30, 2019 (Case

No. 19-31430 (AMN)), and the Plaintiff was appointed as Trustee. In its schedules that were filed on August 30, 2019 (Doc. 1), the Debtor attached to Schedule A/B part 12 a copy of the closing statement for its sale of the Property to Bethany Farms. Additionally, in response to Statement of Financial Affairs ("SOFA") questions 13.1 & 13.2 the Debtor identified the sale of the Property to Bethany Farms on July 19, 2019. It Debtor identified that the price paid for the Property was $600,000.00. (Copy of pertinent sections of the Debtor's bankruptcy petition attached as Exhibit "C"). The Defendant asks the court to take judicial notice of the bankruptcy schedules filed by the Debtor under penalty of perjury (Case No. 19-31430, Doc. 1).

## II.    **LAW & ARGUMENT**

Federal Rule of Civil Procedure 56, made applicable to this adversary proceeding by Bankruptcy Rule 7056, provides that "[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(a). A fact is "material" if it "might affect the outcome of the suit under the governing law." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). A dispute is "genuine'... if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." Anderson, 477 U.S. at 248. As the Second Circuit has held, "only when reasonable minds could not differ as to the import of the evidence is summary judgment proper." Bryant v. Maffucci, 923 F.2d 979, 982 (2d Cir.1991). When ruling on motions for summary judgment, "the judge's function is not... to weigh the evidence and determine

the truth of the matter but to determine whether there is a genuine issue for trial."
<u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 249, 106 S.Ct. 2505, 2511 (1986).

"To make this assessment, a court must construe the evidence in the light most favorable to the nonmoving party, drawing all inferences in that party's favor."' <u>Silverman v. United Talmudical Academy Torah Vyirah, Inc.</u> (In re Allou Distribs., Inc.), 446 B.R. 32, 49 (Bankr. E.D.N.Y. 2011) ("UTA ") (quoting <u>Jeffreys v. City of New York</u>, 426 F.3d 549, 553 (2d Cir. 2005)). See <u>Mathirampuzha v. Potter</u>, 548 F.3d 70, 72-73 (2d Cir. 2008) (stating that in reviewing a motion for summary judgment, a court must "construe the evidence in the light most favorable to the [nonmoving party], drawing all reasonable inferences and resolving all ambiguities in [that party's] favor." (citations and quotation omitted)). Summary judgment is appropriate only when, "after drawing all reasonable inferences in favor of a non-movant, no reasonable trier of fact could find in favor of that party." <u>Heublein, Inc. v. United States</u>, 996 F.2d 1455, 1461 (2d Cir. 1993) (citing <u>Matsushita Elec. Indus. Co. v. Zenith Radio Corp.</u>, 475 U.S. 574, 587-88 (1986)).

On summary judgment, the moving party bears the burden to show that it is entitled to relief.  In order for the Defendants to prevail on their Motion for Summary judgment they "must demonstrate . . . that there are no genuine issues of material fact . . . and that they are entitled to judgment as a matter of law due to an absence of an element in the plaintiffs' . . . claim." <u>Peterken v. Epright</u>, 2006 WL 2089246 Conn.Super. (Jul 12, 2006 (Booth, J.).

If the moving party meets this initial burden, then "the burden shifts to the nonmoving party to come forward with evidence sufficient to create a genuine dispute as to a material fact for trial." UTA, 446 B.R. at 49.   To meet this burden, the nonmoving party "must do more than simply show that there is some metaphysical doubt as to the material facts." Matsushita, 475 U.S. at 586.   "[A] nonmoving party may not rely "on mere speculation or conjecture as to the true nature of the facts to overcome a motion for summary judgment." Knight v. U.S. Fire Ins. Co., 804 F.2d 9, 12 (2d Cir.1986), cert. denied, 480 U.S. 932, 107 S.Ct. 1570, 94 L.Ed.2d 762 (1987); see also Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 252, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986) ("The mere existence of a scintilla of evidence in support of the plaintiff's position will be insufficient; there must be evidence on which [a trier of fact] could reasonably find for the plaintiff."); Gould v. Berger, 337 B.R. 750, 754 Bkrtcy.D.Conn.,2006; See Celotex Corp. v. Catrett, 477 U.S. 317, 323-24, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) ("One of the principal purposes of the summary judgment rule is to isolate and dispose of factually unsupported claims...") (emphasis added). Rather, it must present "significant probative evidence" that a genuine dispute of fact exists. Anderson, 477 U.S. at 249 (citation and internal quotation marks omitted).

"Statements in the pleadings alone are not sufficient to meet this burden." UTA, 446 B.R. at 49. Rather, "[e]stablishing such facts requires going beyond the allegations of the pleadings, as the moment has arrived to put up or shut up."' In re Eugenia VI Venture Holdings, Ltd. Litig., 649 F.Supp.2d 105, 117 (S.D.N.Y. 2008) (quoting Weinstock v. Columbia Univ., 224 F.3d 33, 41 (2d Cir. 2000), cert. denied, 540 U.S.

811 (2003)), aff'd, 370 F.Appx. 197 (2d Cir. 2010). "Unsupported allegations in the pleadings thus cannot create a material issue of fact." Eugenia, 649 F.Supp.2d at 117 (citing Weinstock, 224 F.3d at 41).

As will be set forth below, the Defendants' Motion for Summary Judgment should be granted as the Trustee has not, and indeed cannot, establish that the transfer of the Property was not for fair and adequate consideration

### A.     Count I – Constructive Fraudulent Transfer (11 U.S.C. § 548(a)(1)(B), 550 and 551

#### 1.   11 U.S.C. § 548(a)(1)(B)

Count One of the Trustee's Adversarial Complaint sounds in constructive Fraudulent conveyance under 11 U.S.C. § 548 (a)(1)(B). In pertinent part 11 U.S.C. § 548 (a)(1)(B) sets forth that:

> The trustee may avoid any transfer . . . of an interest of the debtor in property . . . that was made or incurred on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily--
>
> (B)(i) received less than a reasonably equivalent value in exchange for such transfer or obligation; and (ii)(I) was insolvent on the date that such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligation.   11 U.S.C.A. § 548

Both Section 548(a)(1)(B) of the Code and claims of constructive fraudulent transfer under Conn. Gen. Stat. Section 52–552f(a) require the Trustee to show, inter alia , that the Debtor did not receive "reasonably equivalent value" for the transfer. Carney v. Horion Investments Ltd. , 107 F. Supp. 3d 216, 231–32 (D. Conn. 2015);

8

Mangan v. People's United Bank, N.A. (In re Integrity Graphics, Inc.), 623 B.R. 21 (Bankr. Conn. 2020).

There can be no dispute that the Plaintiff bears the burden of proof and the case would be subject to dismissal at trial if she fails to establish a prima facie case. "The Trustee, as the party seeking to avoid the transaction, bears the burden of proof by a preponderance of the evidence on all elements of a claim for constructive fraudulent transfer. See Aurzada v. Jenkins (In re Jenkins), 617 B.R. 91, 102-03, 110-11 (Bankr. N.D. Tex. 2020)." Yaquinto v. Thompson St. Capital Partners (In re Stone Panels, Inc.) (No. 16-32856 Bankr. N.D. Tex. Sep. 27, 2021). Whether a debtor received reasonably equivalent value is a two-part inquiry that considers (1) whether the debtor received value, and (2) whether that value was reasonably equivalent. German Pellets La., L.L.C. v. Wessel Gmbh (In re La. Pellets, Inc.), 838 Fed.Appx. 45, 49 (5th Cir. 2020). For any such value to be reasonably equivalent, the debtor must receive value that is substantially comparable to the worth of the transferred property. Id. (citing BFP v. Resolution Trust Corp., 511 U.S. 531, 548 (1994)). "Although the minimum quantum necessary to constitute reasonably equivalent is undecided, it is clear that the debtor need not collect a dollar-for-dollar equivalent to receive reasonably equivalent value." Id. at 50 (citing In re Fairchild Aircraft Corp., 6 F.3d 1119, 1125-26 (5th Cir. 1993), abrogated in part on other grounds by Texas Truck Ins. Agency, Inc. v. Cure (In re Dunham), 110 F.3d 286, 288-89 (5th Cir. 1997)).

The trustee has been held to hold the burden of proof for an action to avoid a

fraudulent transfer under section 548 of the Bankruptcy Code. See, e.g., <u>Barber v. Golden Seed Co.</u>, 129 F.3d 382, 387 (7th Cir. 1997). Courts have similarly allocated the burden of proof to the trustee for avoidance actions under section 544's strong-arm clause. [collecting cases]  <u>Olsen v. Paulsen</u> (In re Paulsen) (Bankr. N.D. Ill. 2022).

As demonstrated by the Plaintiff's paucity of evidence, indeed a total lack of relevant evidence, the Plaintiff has no evidence to prove anything in this proceeding. The burden has been held in this District to be proof by clear and convincing evidence. <u>O'Neil v. New England</u>, 593 B.R. 100, 147 (2018).  But see Grogan v. Garner, 498 U.S. 279 (1991).

Irrespective of what standard applies, the total absence of evidence cannot sustain the Plaintiff's burden.  The critical lynchpin to the entire case is the claim that the debtor's transfer of the subject real estate was for less than reasonably equivalent value ("REV").  Each of the counts is predicated on this allegation.  However the Plaintiff cannot prove this by merely criticizing the Defendants' evidence.  The Plaintiff has the burden of proof on all issues .

In stark contrast the Defendants have submitted persuasive evidence which taken together proves the adequacy of the consideration the Debtor received.  A brief summary is as follows.

The Debtor's own mandatory personal property declaration signed under oath by the Debtor, obtained by the Defendant from the Trustee through discovery in this case, shows that the personal property owned by the Debtor in 2017 was estimated to be worth $147,130.00. (Copy of 2017 Personal Property Declaration attached as

Exhibit "G").   Although the Defendant believes that the value of the personalty was significantly less at the time of its purchase, in fact virtually valueless, even if it was $147,130.00, adding that to the value of the real property ($360,251.00 per the town assessment card attached as Exhibit "I"),  is $507,381.00, which is significantly less than the $600,000.00 purchase price.

As set forth in the Declarations of Andrew Konopka, the Cultivation Director/Operations Manager for Bethany Farms, William Aliou, the Electrician for Bethany Farms, and Charles Smith, the Member of Bethany Farms who was directly involved in the negotiations for the purchase of the Property, after the purchase many significant and costly improvements had to be made to the Property.

The main greenhouse, "Glass House," needed structural repairs (trusses), the electrical system was dangerous and needed to be completely repaired or replaced, the old irrigation system was completely replaced, all plastic, poly carbonate, and hundreds of panes of glass needed to be replaced. All shade curtain systems needed to be replaced, and all ventilation fans needed motor replacements. Ten workers, with equipment and machinery, needed three weeks to remove dead plant material, old heating units, garbage, and to generally cleanup all areas of the building. Additionally, all heating units were not functional and had to be replaced, a 10,000-gallon oil tank had to be dug up and removed as it was considered hazardous waste, all garage and main-doors had to be replaced as well as the rear ventilation wall as it was not functional.  Further, the entire office needed a full renovation, concrete had to be removed and re-poured, 4 large bay garage doors had to be replaced, along with a

variety of other miscellaneous replacements and repairs.  (Declaration of Andrew Konopka ¶1).  Furthermore, it needed full cleaning, service, repair, and replacement of electrical systems, both high and low voltage. The wire troughs and panels were full of rodent feces and nests. Respiratory equipment had to be worn to safely clean and repair or replace electrical systems. The wiring was extremely hazardous with live wires draped though trusses (unsecured), bare wire exposed to the elements, improper wire (Romex) feeding panels and electrical equipment, incorrect gauge wire on electrical circuits, no covers on panels, broken circuit breakers, exposed capacitors on motors, seized motors, etc. All low voltage systems were nonfunctioning and improperly maintained. Virtually no wiring met the standards of the National Electric Code. (Declaration of William Aliou ¶1).

The next greenhouse, "Retail House," required all new poly carbonate and plastic, its doors needed repairs, irrigation had to be replaced, electrical had to be replaced, and roll-up sides had to repaired and new plastic installed. (Declaration of Andrew Konopka ¶2).  Furthermore, it required a full replacement of the existing electrical system to include, but not limited to, panel replacement, installation of new conduit, mounting plywood with paint to secure panels, new outlets, light fixture, fan motors, etc.  There were exposed wires, broken equipment, exposed live wires, improperly terminated wiring, compromised electrical panels, etc. (Declaration of William Aliou ¶2).

The largest hoop house, "Staff House," was not structurally sound and

needed all wood bracing replaced, all plastic was replaced, collapsed fingers were disassembled and removed, irrigation had to be completely replaced, a 10,000 gallon oil tank had to be removed (hazardous material), all heating and electrical had to be removed and replaced, and end walls had to be completely replaced (one containing a garage door). (Declaration of Andrew Konopka ¶3). It had unsafe electrical systems, like the other greenhouses and the Main Panels were refurbished or repaired, new conduit was installed with proper wiring and circuitry, fan and blower motors were replaced, new light fixtures and outlets were installed, new electrical conduit and main feeds were ran to replace existing electric feeds to other greenhouses, and ail low voltage systems were replaced. (Declaration of William Aliou ¶3).

The "Hemp House" required all new electrical, heating, and irrigation, new concrete floor with drainage, along with all new plastic and poly carbonate. None of the ventilation was functioning and the roof vents need replacement along with the shade curtain system. (Declaration of Andrew Konopka ¶4). As for the electrical and heating, plywood was mounted and painted for existing electrical panels to be replaced. All Romex was removed and replaced with proper wiring ran in conduit. Fan motor, vent motors, light fixtured, garage door motors, outlets, and electrical feeds were properly replaced and terminated to meet NEC standards along with repair and replacement of all low voltage systems. (Declaration of William Aliou ¶4).

Of all the remaining hoop houses (approximately twenty) ten had to be disassembled due to lack of structural integrity, and the remainder all needed repairs and new plastic coverings. The open ground area needed extensive work to remove

debris, weeds, dead plant material, etc., and the bridge onto the property needed to be repaired. (Declaration of Andrew Konopka ¶¶5&6).

All junction and connecting wiring outside of the greenhouses were replaced with proper wiring and weatherproof junction boxes and conduit. The main low voltage lines from the Internet Service Provider were also replaced due to compromised conduit running to the "Glasshouse." All-in-all, the electrical systems were totally unusable at the time of purchase due to extreme safety hazards, corrosion, equipment failure, failure to meet NEC standards, improper terminations on equipment and breakers, and damage caused by rodents or other factors. The property needed extensive repairs and will continue to need repairs as the business grows into areas where the hazardous electrical systems were removed but not yet replaced. (Declaration of William Aliou ¶¶5&6).

There was no water supply to the property which was essential for a nursery operation. The former owner was watering plants using hundreds of feet of hose that he ran from his residence near the nursery since there was no functional irrigation or wells on the entire property. A new irrigation system had to be installed at significant expense. (Declaration of Andrew Konopka ¶7).

The Glasshouse contained a huge, old furnace roughly 10ft. by 6ft. in size. It was not functioning and needed to be properly removed and replaced. The other greenhouses had a variety of different heating units none of which worked and which all had to be removed and replaced. None of the systems worked at the nursery. The

14

electric, the water, the heat and the ventilation systems all had/have to be replaced or required major repairs. (Declaration of Andrew Konopka ¶8).

The facts are confirmed in the Declaration of Charles Smith. He recites the history of the negotiations, his inspection of the Property, its inoperable condition, and most significantly, the huge expenses incurred to repair and replace the greenhouses, water, irrigation, heating air conditioning and other mechanical systems . These were all necessary repairs in order to get the Property in adequate condition to operate a successful business. (Declaration of Charles Smith ¶¶5-10).

All-in-all, the property and mechanical systems were not operable at the time of purchase and required fifteen months of work and more than $700,000 worth of labor and repairs before being suitable for use. There were no safely useable buildings or utilities at the time of purchase. Plants were watered using hundreds of feet of hose that was coming from the house, since there was no functional irrigation on the entire property. (Declaration of Charles Smith ¶¶11-19).

Simply put, the Property was sold to the Defendant by the Debtor in an arm's length transaction for REV. The Trustee has no compelling evidence to dispute this fact. She apparently is relying upon old balance sheets of the Debtor as well as an appraisal done of the Property close to four (4) years prior to the Debtor filing his bankruptcy. Based upon the same, she surmises that the value of the Property and personal property sold to the Defendant was in excess of $1,200,000.00 and worth even more as it was allegedly a going concern.

As set forth above, the Plaintiff over values the Property and is wrong when she claims the same was a going concern. Unless the Trustee can prove otherwise, that the REV was more than $600,000.00, her claims must fail. Absent that, it was merely a sale of property of the Debtor that in no way negatively affected his financial condition as the Property was sold for REV.

The facts and evidence bear out that the Property was transferred for REV as set forth in Exhibits "A-J attached to Smith's Declaration. These are as follows:

A.  The purchase and sale contract.

B.  The Seller's closing statement.

C.  Pertinent portion of Schedule A/B of the Debtor's bankruptcy petition.

D.  An excel spreadsheet listing all expenses incurred and the associated invoice and statements form vendors and labor for the post-sale improvements.

E.  Photographs of the Property as of July 2019.

F.  The debtor's 2017 Fed. Tax return.

G.  The Debtor's own Personal  Property tax return filed in the town.

H.  Emails exchanged between Charles Smith and the CEO of Sachem Capital regarding the payoff of the first mortgage loan on the Property.

I.  Town of Bethany Tax Assessor's Field Card.

J.  The Defendant's time and billing records associated with preparing the Debtor's tax returns, negotiating back tax payoffs and removal of liens and w-2 statements for employees back wages.

Perhaps most fatal to the Plaintiff's case are the Debtor's own admissions, made under penalty of perjury in its Federal and Town tax returns, as to the value of all the personal property it owned near the time of the sale (See Exhibits F & G). It is implausible for the Debtor to now take a position contrary to that taken roughly contemporaneous with the sale to the Defendant. Those establish that the value of the personal property was less than $200,000.00. The real estate value itself was certainly no more than $360,251.00 as shown by Exhibit I.

While this evidence is highly persuasive, there is even more. Exhibit J demonstrates the time invested just to get the Debtor's tax records filed in order to remove the tax liens on the real and personal property to be sold.    Exhibit D provides strong evidentiary proof of the Defendant's major expenditures to repair and replace the highly deteriorated Personal Property.

Moreover, virtually none of the Debtor's old personal property exists. It will be nearly impossible for the Plaintiff to try to value what was there with some type of retrospective valuation. Doing so would be highly speculative and inherently suspect. The Defendant's sworn Declarations and  documentary proof, coupled with the Debtor's own sworn admissions, provides conclusive evidence which warrants a conclusion that no issue of material fact exists that the Property was sold for REV given its dilapidated state and the significant investment of time and money necessary to allow it to conduct business again. Therefore  the Defendant is entitled to judgment as a matter of law.

**Count II – CUFTA Constructive Fraudulent Transfer Conn. Gen. Stat.
§§ 52-552e(a)(2) and 52-552f(a).**

The Connecticut Uniform Fraudulent Transfer Act ("CUFTA") "permits creditors to set aside or void certain transfers of a debtor's assets when those transfers are made with the purpose of frustrating the creditor's ability to collect its debt. General Statutes § 52-552a et seq. Not all transfers that frustrate creditors are fraudulent transfers under CUFTA, however. Instead, CUFTA sets out four distinct bases for fraudulent transfer liability, each with its own distinct elements. See General Statutes §§ 52-552e and 52-552f. Geriatrics, Inc. v. McGee, 332 Conn. 1, 208 A.3d 1197 (Conn. 2019). The Plaintiff's CUFTA claims are limited to claims based upon §§ 52-552e(a)(2) and 52-552f(a).

> Connecticut General Statutes § 52-552e(a)(2) sets forth in pertinent part that:
> (a) A transfer made or obligation incurred by a debtor is fraudulent as to a creditor, if the creditor's claim arose before the transfer was made or the obligation was incurred and if the debtor made the transfer or incurred the obligation . . . (2) without receiving a reasonably equivalent value in exchange for the transfer or obligation . . ." C.G.S § 52-552e

C.G.S. Sections §§ 52-552f(a) sets forth in pertinent part that:

> (a) A transfer made or obligation incurred by a debtor is fraudulent as to a creditor whose claim arose before the transfer was made or the obligation was incurred if the debtor made the transfer or incurred the obligation without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor was insolvent at that time or the debtor became insolvent as a result of the transfer or obligation . . . C.G.S. § 52-552f .

There are two critical elements which a party must prove in order to avoid a transfer as constructively fraudulent as to creditors under Connecticut law: (1) that

debtor made transfer without receiving "reasonably equivalent value" in exchange therefor; and (2) that debtor was insolvent at the time, or became insolvent as result, of the transfer.   In re Carrozzella & Richardson, 286 B.R. 480 (D.Conn. 2002).  The Trustee has the burden of proving the elements of C.G.S. §§ 52–552e and 52–552f by clear and convincing evidence.  In re Kennedy, 279 B.R. 455, 461 (Bankr. D. Conn. 2002)

As set forth in the proceeding section, the subject transaction was made at arm's length with the Defendant paying REV for the Property (Declarations of Charles Smith with Exhibits A-J, Andrew Konopka and William Aliou).  As such, just as was the case under 11 U.S.C. §548(a)(1)(B), the Plaintiff cannot prevail as she cannot establish the elements necessary under CUFTA.

## B.    Count V (sic) - Unjust Enrichment

"A right of recovery under the doctrine of unjust enrichment is essentially equitable, its basis being that in a given situation it is contrary to equity and good conscience for one to retain a benefit which has come to him at the expense of another.... With no other test than what, under a given set of circumstances, is just or unjust, equitable or inequitable, conscionable or unconscionable, it becomes necessary in any case where the benefit of the doctrine is claimed, to examine the circumstances and the conduct of the parties and apply this standard.... Unjust enrichment is, consistent with the principles of equity, a broad and flexible remedy.... Plaintiffs seeking recovery for unjust enrichment must prove (1) that the defendants were benefited, (2) that the defendants unjustly did not pay the plaintiffs for the benefits, and (3) that the

failure of payment was to the plaintiffs' detriment." (Citations omitted) <u>St. George v.</u>
<u>Hampton Ventures, LLC</u> (In re Hampton Ventures, LLC), 599 B.R. 474 (Bankr. Conn.
2019).

The lynchpin of the Trustee's claim for unjust enrichment is the allegation  that
"[t]he Defendant received a benefit from the Fraudulent Transfer for which it unjustly
did not pay."   As set forth supra the Trustee cannot satisfy the second and third
elements that  the Defendant unjustly did not pay the Debtor for the Property and/or
that the failure of payment was to the Debtor's detriment.

Since the Trustee cannot satisfy the elements for a claim of unjust enrichment,
summary judgment must enter in favor of the Defendants.

WHEREFORE, the Defendant, Bethany Farm & Nursery, LLC, prays that this
Court grant its Motion for Summary Judgment as to all Counts of the Trustee's
Complaint.

Dated:        Milford, Connecticut
              June 24 , 2022

DEFENDANT, Bethany Farm & Nursery, LLC

BY: _____
          James M. Nugent  ct# 08822
          Harlow, Adams & Friedman, P.C.
          One New Haven Avenue, Suite 100
          Milford, CT 06460
          Tele No. (203)878-0661
          Jmn@quidproquo.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
| Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
| Defendant | : | June 24, 2022 |

### CERTIFICATION

The undersigned hereby certifies that on June 24, 2022, a copy of the Defendants' Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment were filed and served to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

DEFENDANT,
Bethany Farm & Nursery, LLC

BY: _____

James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
|       Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
|       Plaintiff | : | |
| | : | |
|      v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
|       Defendant | : | June 24, 2022 |

## DEFENDANT, BETHANY FARM & NURSERY, LLC'S
## LOCAL RULE  56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS

1.  On August 30, 2012 the Debtor, ACE Begonias, Inc. ("Debtor"), filed a voluntary petition under Chapter 7 of the United States bankruptcy Code. (Plaintiff's Complaint dated August 30, 2021, ¶ 1)(hereinafter "Complaint ¶ __")

2.  The Plaintiff, Bonnie Mangan ("Trustee"), was appointed Trustee for the Debtor's bankruptcy case. (Complaint ¶ 6)

3.  The Defendant, Bethany Farm & Nursery, LLC ("Bethany Farm") is a Connecticut limited liability company with a place of business located at 35 Nutmeg Drive, Suite M275, Trumbull, CT. (Complaint ¶ 7)

4.  Charles Smith is one of two members in the Defendant LLC. The LLC was formed on July 18, 2019, for the purpose of acquiring the assets owned by the Ace Begonias, Inc. ("Debtor") and to operate a business at 229 Seymour Road, Woodbridge, CT (the "Property"). (Declaration of Charles Smith ¶3).

5.  Charles Smith is a CPA, licensed in Connecticut. He is a partner in the Innovative CPA Group in Trumbull, CT and have worked professionally as an accountant for 35 years. (Declaration of Charles Smith ¶2).

6.  Prior to July 19, 2019, the Debtor, ACE Begonias, Inc. was the owner of real property and improvements thereon located at 231 Seymour Road in the towns of both Bethany. CT and Woodbridge, CT (the "Property). (Complaint ¶ 8)

7. At all relevant times prior to July 19, 2019, the Debtor was also the owner of certain personal property located at 231 Seymour Road in the towns of both Bethany, CT and Woodbridge, CT ("Personal Property")(Complaint ¶ 9).

8. Charles Smith was directly involved in all negotiations for the purchase, the contract of sale, the closing, an inspection of the Property and the buildings and equipment there and the later purchase of large quantities of replacements for the business, equipment repairs, renovations and other related items in order to run a business at the Property. (Declaration of Charles Smith ¶4).

9. On July 19, 2019, the Debtor transferred the Property and Personal Property to Bethany Farm by warranty deed in exchange for SIX HUNDRED THOUSAND DOLLARS ($600,000). The warranty deed was filed on the land records of the Town of Bethany in volume 210, at page 843 and on the land records of the Town of Woodbridge in volume 823 at page 295. (Complaint ¶ 12)

10. Bethany Farm's attorney was Thomas DuFour.  The Debtor was represented by counsel at all such times also, by Donald Tamis, Esq. of Seymour, CT. The sale contract was thoroughly negotiated and Ace was actively involved in negotiating all terms. The Purchase and Sale Contract is annexed as Exhibit A. (Declaration of Charles Smith ¶5).

11. Prior to sale negotiations, Charles Smith had never met Paul Rieor or any other representative of Ace. The parties had no prior relationship of any type and the sale was an arm's length transaction. (Declaration of Charles Smith ¶6).

12. The purchase price of $600,000.00 was the result of active, ongoing negotiations.  At the time Bethany Farm acquired the Property and other personal property assets from the Debtor, the fixtures and personal property assets were in a state of tremendous disrepair. (Declaration of Charles Smith ¶8); (Answer dated October 7, 2021, Setoff, Recoupment and/or Counterclaim ¶1)(Hereinafter "Answer ¶ __")(Declaration of Andrew Konopka).

13. A copy of the closing statement from the Debtor's lawyer is annexed as Exhibit B.  The Debtor still realized $171,459.99 in profit after sale expenses. (Declaration of Charles Smith ¶10).

14. The Property and the so-called improvements were in deplorable condition as of July 2019. The buildings, greenhouses, mechanical systems/furnaces, electrical systems, irrigation systems were all badly in

need of total replacement or extensive repair. (Declaration of Charles Smith ¶11).

15.  The prior owner had no inventory of products and no employees. The business was in a state of confusion. Payroll taxes had not been paid nor returns filed. Charles Smith and his employees prepared and filed all back tax returns with the State and IRS, negotiated settlements and the release of tax liens, made sure all employees were paid back wages and that their W-2 statements for the previous year were filed. Payments were made by the Debtor from sale proceeds.  The Debtor did not pay for that work. (Declaration of Charles Smith ¶12, Exhibit J).

16.  The Debtor owned a number of trucks that were not operational, abandoned and had to be towed away as junk.. (Declaration of Charles Smith ¶13).

17.  There was no inventory. (Declaration of Charles Smith ¶15(e)).

18.  The building floors were all dirt. (Declaration of Charles Smith ¶15(f)).

19.  The Debtor was not using the oil tanks to heat and they had to be removed. (Declaration of Charles Smith ¶15(h)).

20.  Underground storage tanks had to be dug up, removed , the soil tested and replaced as necessary. (Declaration of Charles Smith ¶15(k)).

21.  There was originally a total of 16 greenhouses; of that, 9 has to be removed due to their very poor condition. (Declaration of Charles Smith ¶15(i)).

22.  After acquiring the Property from the Debtor, Bethany Farm invested substantial sums of money to repair, replace and improve the property and assets. (Answer Setoff, Recoupment & Counterclaim ¶ 1); (Declaration of Andrew Konopka ¶10). (Declaration of Charles Smith ¶14, Exhibit D).

23.  The main greenhouse, "Glass House," needed structural repairs (trusses), the electrical system was dangerous and needed to be completely repaired or replaced, the old irrigation system was completely replaced, all plastic, poly carbonate, and hundreds of panes of glass needed to be replaced. All shade curtain systems needed to be replaced, and all ventilation fans needed motor replacements. Ten workers, with equipment and machinery, needed three weeks to remove dead plant material, old heating units, garbage, and to generally cleanup all areas of the building. Additionally, all heating units were not functional and had to be replaced, a 10,000-gallon oil tank had to be dug up and removed as it was considered hazardous waste, all garage and main-doors had to be replaced as well as

the rear ventilation wall as it was not functional. Further, the entire office needed a full renovation, concrete had to be removed and re-poured, 4 large bay garage doors had to be replaced, along with a variety of other miscellaneous replacements and repairs. (Declaration of Andrew Konopka ¶1).

24.  The "Retail House," required all new poly carbonate and plastic, its doors needed repairs, irrigation had to be replaced, electrical had to be replaced, and roll-up sides had to repaired and new plastic installed. (Declaration of Andrew Konopka ¶2).

25.  The largest hoop house, "Staff House," was not structurally sound and needed all wood bracing replaced, all plastic was replaced, collapsed fingers were disassembled and removed, irrigation had to be completely replaced, a 10,000 gallon oil tank had to be removed (hazardous material), all heating and electrical had to be removed and replaced, and end walls had to be completely replaced (one containing a garage door). (Declaration of Andrew Konopka ¶3).

26.  The "Hemp House" required all new electrical, heating, and irrigation, new concrete floor with drainage, along with all new plastic and poly carbonate. None of the ventilation was functioning and the roof vents need replacement along with the shade curtain system. (Declaration of Andrew Konopka ¶4).

27.  Of all the remaining hoop houses (approximately twenty) ten had to be disassembled due to lack of structural integrity, and the remainder all needed repairs and new plastic coverings. The open ground area needed extensive work to remove debris, weeds, dead plant material, etc., and the bridge onto the property needed to be repaired. (Declaration of Andrew Konopka ¶¶5&6).

28.  There was no water supply to the property which was essential for a nursery operation. The former owner was watering plants using hundreds of feet of hose that he ran from his residence near the nursery since there was no functional irrigation or wells on the entire property. A new irrigation system had to be installed at significant expense. (Declaration of Andrew Konopka ¶7) (Declaration of Charles Smith ¶15(d).

29.  The Glasshouse contained a huge, old furnace. It was not functioning and needed to be properly removed and replaced. (Declaration of Andrew Konopka ¶8) (Declaration of Charles Smith ¶15(b).

30.  The other greenhouses had a variety of different heating units none of which worked and which all had to be removed and replaced. (Declaration of Andrew Konopka ¶8).

31.  None of the systems worked at the nursery. The electric, the water, the heat and the ventilation systems all had/have to be replaced or required major repairs. (Declaration of Andrew Konopka ¶9) (Declaration of Charles Smith ¶15(c ).

32.  The property was not usable at the time of purchase and required fifteen months of work and more than $600,000 worth of labor and repairs before being suitable for use. There were no safely useable buildings or utilities at the time of purchase. (Declaration of Andrew Konopka ¶10).

33.  William Aliou was at all relevant times employed 'as the Electrician for Bethany Farms and Nursery.  (Declaration of William Aliou ¶1).

34.  The main greenhouse, called the "Glass House," needed full cleaning, service, repair, and replacement of electrical systems, both high and low voltage. The wire troughs and panels were full of rodent feces and nests. Respiratory equipment had to be worn to safely clean and repair or replace electrical systems. The wiring was extremely hazardous with live wires draped though trusses (unsecured), bare wire exposed to the elements, improper wire (Romex) feeding panels and electrical equipment, incorrect gauge wire on electrical circuits, no covers on panels, broken circuit breakers, exposed capacitors on motors, seized motors, etc. All low voltage systems were nonfunctioning and improperly maintained. Virtually no wiring met the standards of the National Electric Code. (Declaration of William Aliou ¶1).

35.  The "Retail House," required a full replacement of the existing electrical system to include, but not limited to, panel replacement, installation of new conduit, mounting plywood with paint to secure panels, new outlets, light fixture, fan motors, etc.  There were exposed wires, broken equipment, exposed live wires, improperly terminated wiring, compromised electrical panels, etc. (Declaration of William Aliou ¶2).

36.  The "Staff House," had unsafe electrical systems. Main Panels were refurbished or repaired, new conduit was installed with proper wiring and circuitry, fan and blower motors were replaced, new light fixtures and outlets were installed, new electrical conduit and main feeds were ran to replace existing electric feeds to other greenhouses, and ail low voltage systems were replaced. (Declaration of William Aliou ¶3).

38.  The "Hemp House" required all new Electrical and heating. Plywood was mounted and painted for existing electrical panels to be replaced. All Romex was removed and replaced with proper wiring ran in conduit. Fan motor, vent motors, light fixtured, garage door motors, outlets, and electrical feeds were properly replaced and terminated to meet NEC

standards along with repair and replacement of all low voltage systems. (Declaration of William Aliou ¶4).

37.    All junction and connecting wiring outside of greenhouses were replaced with proper wiring and weatherproof junction boxes and conduit. The main low voltage lines from the Internet Service Provider were also replaced due to compromised conduit running to the "Glasshouse." (Declaration of William Aliou ¶5).

38.    The electrical systems were totally unusable at the time of purchase due to extreme safety hazards, corrosion, equipment failure, failure to meet NEC standards, improper terminations on equipment and breakers, and damage caused by rodents or other factors. The property needed extensive repairs and will continue to need repairs as the business grows into areas where the hazardous electrical systems were removed but not yet replaced. (Declaration of William Aliou ¶6).

39.    The expenditures made by Bethany Farms have added significant value to both the Property and the asset. (Answer Setoff, Recoupment & Counterclaim ¶2).

40.    The Debtor's own mandatory personal property declaration signed under oath by the Debtor show that the personal property owned by the Debtor in 2017 was estimated to be worth $147,130.00. (Declaration of Charles Smith, Exhibit "B").

41.    The value of the real property was no more than $360,251.00 (Declaration of Charles Smith, Exhibit "I").

42.    The Debtor's 2017 tax return shows that:  the Debtor's capital was negative ($2,474,019)and that its total asset value was $280,785.00 in addition to the land value. (Declaration of Charles Smith, Exhibit "F")

43.    In his schedules that were filed on August 30, 2019 (Doc. 1), the Debtor attached to Schedule A/B part 12 a copy of the closing statement for its sale of the Property to Bethany Farms. (Declaration of Charles Smith Exhibit "C").

44.    In response to Statement of Financial Affairs ("SOFA") questions 13.1 & 13.2 the Debtor identified the sale of the Property to Bethany Farms on July 19, 2019. (Declaration of Charles Smith Exhibit "C").

DEFENDANT,
Bethany Farm & Nursery, LLC

BY: _____

James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com

G:\USERS\TARAA\- nugent\Innovative CPA Group (Bethany Farm & Nursery)\Final Draft SJ 6.24.22.docx

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ACE Begonias Inc. | : | Case No. 19-31430 (AMN) |
|       Debtor | : | |
| | : | |
| Bonnie C. Mangan, Chapter 7 Trustee | : | |
| for ACE Begonias Inc. | : | Adv. Proc. No. 21-03005 |
|       Plaintiff | : | |
| | : | |
|       v. | : | |
| | : | |
| Bethany Farm & Nursery, LLC | : | |
|       Defendant | : | |

## DECLARATION OF ANDREW KONOPKA

I, Andrew Konopka, hereby state that the following is true and accurate under penalty of perjury:

I am fully familiar with the facts and circumstances of this matter and I make this Declaration based on my own personal knowledge and observations . I am employed as the Cultivation Director/Operations Manager for Bethany Farms and Nursery. I was present soon after the time when the former nursery owned by Ace Begonias was purchased. I observed the extremely poor condition of the premises, machinery, equipment, buildings, mechanical systems and the greenhouses prior to any repairs or replacements being made.

1. The main greenhouse, called the "Glass House," needed structural repairs  (trusses), the electrical systems were dangerous and needed to be completely repaired or replaced, the old irrigation system was completely replaced, all plastic, poly carbonate, and hundreds of panes of glass in the greenhouses had/have to be

replaced. All shade curtain systems needed to be replaced, all ventilation fans needed motor replacements. Ten workers, with equipment and machinery, needed three weeks to remove dead plant material, old heating units, garbage, and general cleanup of the building. An underground 10,000-gallon oil tank at the Glasshouse had to be dug up and removed, which was classified as hazardous waste and required careful disposal in compliance with environmental laws. All garage and man-doors had to be replaced. The rear ventilation wall was not functional and needed to be replaced and the office needed a full renovation. Concrete had to be removed and re-poured, 4 large bay garage doors had to be replaced, along with a large variety of other miscellaneous replacements and repairs.

2.      Another greenhouse, the "Retail House," required all new poly carbonate and plastic, doors needed repairs, the irrigation system had to be replaced, the electrical system had to be replaced, and the roll-up sides had to be replaced and new plastic installed.

3.      The largest hoop house, (also a greenhouse) called the "Staff House," was not structurally sound and needed all wood bracing replaced, all plastic was replaced, the collapsed fingers were disassembled and removed, and the irrigation system had to be completely replaced; another 10,000 gallon oil tank (above ground) had to be removed from this area and all hazardous material properly removed , all heating and electrical had to be removed and replaced, and the end walls had to be completely replaced (one containing a garage door).

4.      The "Hemp House", another greenhouse, required all new

electrical, heating, and irrigation, new concrete floor with drainage, along with all new plastic and poly carbonate. None of the ventilation systems were functioning and the roof vents need replacement along with the shade curtain system.

5.      Of all the remaining hoop [ green] houses, approximately twenty, ten of them had to be disassembled due to lack of structural integrity and the remainder all needed repairs and new plastic covering. The open ground area needed extensive work to remove debris, weeds, dead plant material, etc.

6.      Access to the property is over a bridge which crosses a stream.  The bridge was unsafe and needed to be repaired. The bridge required a steel frame, sides and wooden planking to make it safe for public use.

7.      There was no water supply to the property which of course is essential  for a nursery operation.   The former owner was watering plants using hundreds of feet of hose that he ran  from his residence near the nursery since there was no functional irrigation or wells on the entire property.  A new irrigation system had to be installed at significant expense.

8.      The Glasshouse contained a huge, old furnace roughly 10ft. by 6ft. in size.  It was not functioning and needed to be properly removed and replaced.

The other greenhouses had a variety of different heating units none of which worked and which all had to be removed and replaced.

9.      None of the systems worked at the nursery.  The electric, the water, the heat and the ventilation systems all had/have to be replaced or required major repairs.

10.     All-in-all, the property was totally unusable at the time of purchase and required fifteen months of work and more than $600,000 worth of labor, material  and

repairs before being suitable for use. There were no safely usable buildings or utilities at the time of purchase.  This amount of money only refers to the operations aspect of the property and not to the point of sale part of the business.  Additional sums of money were spent to purchase the equipment necessary for that part of the business .

Dated: 6/5/2022

Andrew Konopka

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In Re:                                    :      Chapter 7
                                          :
ACE Begonias Inc.                         :      Case No. 19-31430 (AMN)
            Debtor                        :
                                          :
Bonnie C. Mangan, Chapter 7 Trustee       :
for ACE Begonias Inc.                     :      Adv. Proc. No. 21-03005
            Plaintiff                     :
                                          :
        v.                                :
                                          :
Bethany Farm & Nursery, LLC               :
            Defendant                     :

### <u>DECLARATION OF WILLIAM ALIOU</u>

I, William Aliou, hereby state that the following is true and accurate under penalty of perjury:

I am fully familiar with the facts and circumstances of this matter and I make this Declaration based on my own personal knowledge and observations . I am employed as the Electrician for Bethany Farms and Nursery. I was present soon after the time when the former nursery owned by Ace Begonias was purchased. I observed the extremely poor condition of the premises, machinery, equipment, buildings, mechanical systems and the greenhouses prior to any repairs or replacements being made.

1.      The main greenhouse, called the "Glass House," needed full cleaning, service, repair, and replacement of electrical systems, both high and low voltage. The wire troughs and panels were full of rodent feces and nests. Respiratory equipment had to be worn to safely clean and repair or replace electrical systems. The wiring was extremely hazardous with live

wires draped though trusses (unsecured), bare wire exposed to the elements, improper wire (Romex) feeding panels and electrical equipment, incorrect gauge wire on electrical circuits, no covers on panels, broken circuit breakers, exposed capacitors on motors, seized motors, etc. All low voltage systems were nonfunctioning and improperly maintained. Virtually no wiring met the standards of the National Electric Code. All repairs and replacement now meet NEC standards.

2.   Another greenhouse, the "Retail House," required a full replacement of the existing electrical system to include, but not limited to, panel replacement, installation of new conduit, mounting plywood with paint to secure panels, new outlets, light fixture, fan motors, etc. Like the "Glasshouse," There were exposed wires, broken equipment, exposed live wires, improperly terminated wiring, compromised electrical panels, etc.

3.   The largest hoop house, (also a greenhouse) called the "Staff House," had unsafe electrical systems, like the other greenhouses. Main Panels were refurbished or repaired, new conduit was installed with proper wiring and circuitry, fan and blower motors were replaced, new light fixtures and outlets were installed, new electrical conduit and main feeds were ran to replace existing electric feeds to other greenhouses, and all low voltage systems were replaced. All repairs meet NEC standards.

4.   The "Hemp House", another greenhouse, required all new Electrical and heating. Plywood was mounted and painted for existing electrical panels to be replaced. All Romex was removed and replaced with proper wiring ran in conduit.

Fan motor, vent motors, light fixtured, garage door motors, outlets, and electrical feeds were properly replaced and terminated to meet NEC standards along with repair and replacement of all low voltage systems.

5.      All junction and connecting wiring outside of greenhouses were replaced with proper wiring and weatherproof junction boxes and conduit. The main low voltage lines from the Internet Service Provider were also replaced due to compromised conduit running to the "Glasshouse."

6.      All-in-all, the electrical systems were totally unusable at the time of purchase due to extreme safety hazards, corrosion, equipment failure, failure to meet NEC standards, improper terminations on equipment and breakers, and damage caused by rodents or other factors. The property needed extensive repairs and will continue to need repairs as the business grows into areas where the hazardous electrical systems were removed but not yet replaced.

Dated: 6/23/2022

William Aliou

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 19-31430 (AMN) |
| ACE BEGONIAS INC., | : | Chapter 7 |
| *Debtor* | : | |
| | : | |
| BONNIE C. MANGAN, | : | Adv. Pro. No. 21-03005 (AMN) |
| Chapter 7 Trustee, *Plaintiff* | : | |
| v. | : | |
| BETHANY FARM & NURSERY, LLC, | : | |
| *Defendant* | : | |
| | : | |

### DECLARATION OF CHARLES SMITH, C.P.A.

1.     I make this declaration based on my own personal knowledge of and direct involvement with the facts and circumstances stated herein.

2.     I am a CPA, licensed in Connecticut. I am a partner in the Innovative CPA Group in Trumbull, CT and have worked professionally as an accountant for 35 years.

3.     I am also one of two members in the Defendant LLC. The LLC was formed on July 18, 2019, for the purpose of acquiring the assets owned by the Ace Begonias, Inc. ("Ace") and to operate a business at 229 Seymour Road, Woodbridge, CT (the "Property").

4.     I was directly involved in all negotiations for the purchase, the contract of sale, the closing, an inspection of the Property and the buildings and equipment there and the later purchase of large quantities of replacements for the business, equipment repairs, renovations and other related items in order to run a business at the Property.

The Negotiations For The Sale

5.     I was directly involved at all times. My attorney was Thomas DuFour. Ace was represented by counsel at all such times also, by Donald Tamis, Esq. of Seymour, CT. The sale contract was

1

thoroughly negotiated and Ace was actively involved in negotiating all terms. The Purchase and Sale Contract is annexed as Exhibit A.

6.     Prior to sale negotiations, I had never met Paul Rieur or any other representative of Ace. We had no prior relationship of any type.

7.     I learned that the Property was for sale in the following manner: My son told me that he had stopped at the Ace Begonias location to buy some flowers and that they didn't have any and that they were going out of business.   They had no inventory to sell, and the place was desolate and in significant disrepair.   We had been looking for land on which to start a tree nursery. We spent two months negotiating the purchase price with Mr. Rieur all the while investigating other properties that would suit our needs.

8.     The purchase price of $600,000.00 was the result of active, ongoing negotiations over a two-month period directly with Paul Rieur. Based on my inspection of the Property, the extremely poor condition of everything there, the large investment I knew would be necessary and the complete lack of any business operation, I was not interested in purchasing at a higher price. It was not worth it. As part of our due diligence and arriving at our offer we consulted with the following people: Attorney John Novak the bankruptcy attorney for Ace Begonias. Attorney Charlie Filardi (consultant for Bethany Farm & Nursery) to understand the various liens on the business and property as we were very nervous and concerned about the debts Ace Begonias and Paul Rieur had accumulated. We also consulted with John Villano the CEO of Sachem Capital who held the mortgage on the property.   They offered to sell us the note for $410,500 and advised us that we could then foreclose on the property. Please see the email from Mr. Villano and the payoff letter from Sachem Capital. The interest rate on the mortgage was 18% which was indicative of the

2

degree of risk the bank assigned to the mortgage with Ace Begonias. Sachem had significant amounts of late charges and unpaid interest as reflected on the payoff letter. In the email trail I advised Mr. Villano that there had to be net proceeds left over for the other creditors which is why we paid $600,000 for the property rather than buy the NOTE for $410,500. We were concerned about the employees of Ace Begonias who had not been paid for six months and the various liens including with the Internal Revenue Service for back payroll taxes and the Department of Revenue Services for unpaid sales taxes and payroll withholding taxes. We also consulted with our attorney Tom Dufour and attorney Donald Tamis who was representing Ace Begonias. They ran UCC filings that reflected all the lawsuits pending against Ace Begonias and the various unpaid liens. We did extensive due diligence, acted in good faith and went above and beyond what any other purchaser would have done to ensure that Fair Market Value was paid and as many creditors as possible would be honored.

9.      Ex. C is portion of Ace's bankruptcy schedules listing all the property sold and the value.

10.     A copy of the closing statement from Ace's lawyer is annexed as Exhibit B. Ace still realized $171,459.99 in profit after sale expenses. We also convinced Sachem Capital to accept $385,000 as the payoff for the mortgage so that there was more money available to the creditors even though this was not our responsibility.  We were trying to create a win scenario for Ace Begonias and Paul Rieur even though their situation was one of hopelessness and despair.

The Status Of The Property Prior To Sale

11.     The Property and the so-called improvements were in deplorable condition as of July 2019. The buildings, greenhouses, mechanical systems/furnaces, electrical systems, irrigation systems were all badly in need of total replacement or extensive repair. At the time of purchase there wasn't any electricity, water or heat to the property. The well pump had broken and there wasn't any

money to repair it. This was one of the first things we fixed when we acquired the property. The electricity had been shut off due to nonpayment. Mr. Rieur was running extension cords from his adjacent home to provide power. The furnace was ancient and not functioning. We dismantled it and scrapped it. We paid to have new propane tanks and pads installed on the property. We also paid in excess of $90,000 to have heaters installed in the greenhouses. The electrical systems consisted of 40 years of patchwork, were out of compliance with building code and dangerous. We hired an electrician William Aliou to work full time at the property and three years later he is still replacing and repairing the entire electrical system. Mr Aliou's Declaration is attached. It should be noted that we purchased the property in July of 2019 and were not able to open our nursery until April of 2021 due to 21 months of clean up and repairs just to get the property operational.

12.    The prior owner had no inventory of products and no employees. The business was in a state of confusion. Payroll taxes had not been paid nor returns filed. I personally, with staff members' from my accounting firm's assistance, prepared and filed all back tax returns with the State and IRS, negotiated settlements and the release of tax liens. I made sure all employees were paid back wages and that their W-2 statements for the previous year were filed. Payments were made by Ace from sale proceeds; my firm's time and billing records for this work are annexed as Exhibit C. Ace did not pay for that work. If we did not take on this task the liens would not have been paid, the proper tax forms would not have been filed and the employees would have never received their W-2's and credit for their various federal and state withholdings.  A travesty that the bankruptcy attorney would be dealing with today.

4

13.    Ace owned several trucks that were not operational, abandoned and had to be towed away as junk. The greenhouses mostly had torn polycarbonate coverings that has to be replaced. In most cases, they had to be disassembled as they were non-usable due to neglect and disrepair.

14.    The following itemization of repairs, purchases, replacements and related labor comprises the major expenditure of time and money to get a proper business up and running at the Property:

a.

Annexed hereto as Ex. D is an excel spreadsheet prepared in the regular course of the business of Bethany Farms to track its expenses for this business operation. The spreadsheet is a compilation of the total expenses incurred to replace and re[place the items at the Property and to get it ready for a proper business operation. I am fully familiar with the items listed on Ex. D which was prepared from our business records and it is true and accurate.

b.    Also included in Ex. D are all of the invoices and statements that we received as part of the business development. I am personally familiar with these invoices and statements, I authorized payment of al of them, they were incurred in the regular course of business and these are true and accurate copies of my company's expenses incurred to get the business operation up and running. Please see Ex. D1 – D 3_2_. They are arranged to track the list of expenses on the spreadsheet.

15.    I am personally aware of the following facts regarding the deteriorated state of the buildings and equipment:

a.    The greenhouses were never wrapped and had to be re-wrapped with polycarbonate.

5

b.      The main boiler was a giant, ancient hulk that was inoperable. It has to be hauled away and scrapped.

c.      The electrical system and air conditioning were inoperable and had to be replaced. The owner ran extension cords from his nearby home for service.

d.      The two wells were inoperable; the owner ran garden hosses from his house for water.

e.      There was no inventory at all.

f.      The building floors were all dirt. I had concrete floors poured.

g.      I installed two propane tanks for heat supply.

h.      The owner was not using the oil tanks to heat and I knew they would have to be removed and they were. I factored that expense into the sale price also.

i.      There was originally a total of 16 greenhouses; of that, 9 has to be removed due to their very poor condition.

j.      The Property is accessed from Seymour Road by a bridge over a stream. It was determined to be unsafe for passage and required significant repairs before the public could use it.

k.      Underground storage tanks had to be dug up, removed , the soil tested and replaced as necessary.

16.    I have attached photographs of some of these items to demonstrate their very poor condition. I personally recognize these pictures as true and accurate representations of the condition of the items shown during the time of July – August of 2019. See Exhibit  E.

<u>The Owner's own sworn statements as to the value of the Assets.</u>

17.    As an experienced , practicing CPA for 35 years I have prepared or examined many thousands of tax returns, balance sheets, and other financial statements. I have witnessed businesses get into financial trouble and fail. Ace had NEGATIVE CAPITAL of 2.4 million dollars. A business cannot sustain those types of losses and yet maintain their property and equipment in good working condition as the Trustee asserts. For many years there wasn't any money for capital improvements to properly repair broken equipment and green houses. Hence, Ace Begonias and its property and its business spiraled downward to the point that it couldn't function anymore. Utilities were shut off; unpaid vendors were suing, and they entered into a few predator loans with interest rates in excess of 60%. Sachem Capital gave them a mortgage for $385,000 at 18.0 percent interest. I have done and continue to do many commercial loans with banks in CT. The prevailing terms at that time were 75% loan to value and 4.0 percent interest. If the value of the property and equipment was at the level the Trustee asserts why was Sachem only willing to loan $385,000 and at the Usurious rate of 18%? That is the most compelling indication of value of all the available facts. That would support that I overpaid for the property. In hindsight given the repairs we have had to make I did overpay for the property.

18.    I have examined Ace's tax returns and they confirm that the company's assets were of minimal value .

19.    Ace's 2017 tax return is annexed as Ex. F which logically presents a higher value than 6 months later after additional use and deterioration. A CPA prepared the return. At p. 4 the balance sheet reveals that:  the company's capital was negative ($2,474,019).    Total asset value was $280,785.00 ( this is in addition to the land value) .

20.    I have also examined Ace's personal property tax Declaration prepared and signed by Paul Rieur under penalty of perjury.  It is attached as Ex. G.  It swears that the total value of all personality was $147,131.00.

21.    Based on Ace's own valuations of its own personal property and the large amount of money I paid to replace and repair it, I apparently overpaid for these assets.

22.    Lastly, I reject any insinuation that I assisted Ace in some manner to deprive creditors of payment.  Quite the contrary, I attempted to make sure that creditors were paid on their claims.

23.    Attached as Ex. H is an exchange of emails between myself and the owner of Sachem Capital and Sachem Capital's payoff letter.

24.    John Villano is the CEO of Sachem Capital which held the first mortgage on Ace's real estate. He issued a payoff letter for the sale. He and I also corresponded regarding the sale price and the debt payoff on July 19, 2019. I first attempted to negotiate the payoff to a lower number and to create funds for other creditors. He responded by removing the default interest of $7,200.00. I ultimately decided to not purchase the Note from Sachem and instead purchased the property in a traditional sense from Ace Begonias. I did however negotiate a $25,500 (410,500 – 385,000) reduction in the Note payoff with Mr. Villano that benefitted the Ace Begonias creditors.

25.    In conclusion I am very proud that we did the right thing and purchased the property in a traditional sense versus obtaining it at a much lesser cost through foreclosure. I am proud that we employed our professional resources as Certified Public Accountants to do significant work for Ace Begonias on a pro bono basis to resolve numerous liens, tax filing matters and protect their employees. My legacy to my children is to treat people very well and do the right thing. I take this very seriously.

8

I make this Declaration under the penalties of perjury.

Charles D. Smith

Certified Public Accountant

# EXHIBIT A

## PURCHASE AND SALE AGREEMENT

**THIS AGREEMENT** is made as of the *19th* day of July, 2019 (the "Effective Date"), by and between **ACE BEGONIAS, INC.**, a Connecticut corporation having an address at 229 Seymour Road, Woodbridge, Connecticut 06525 (the "Seller"), and **BETHANY FARM & NURSERY, LLC**, a Connecticut limited liability company, or its assignee, having an address at 671 Aspen Lane, Orange, Connecticut 06477 (the "Buyer").

1.  Purchase and Sale. Seller agrees to sell to Buyer and Buyer agrees to purchase from Seller all of Seller's right, title and interest in and to certain real property located in Bethany and Woodbridge, Connecticut, consisting of a parcel of land of approximately 17.8 acres, which is numbered 229 Seymour Road, said piece or parcel being more particularly described on **Schedule A** attached hereto, together with all right, title and interest of Seller in and to all buildings, structures and other improvements located thereon, and all fixtures, furniture and equipment currently located thereon, including, but not limited to, shelving, racking, lighting (including LED lighting), potting equipment , and office furniture and equipment (collectively, the "Premises"), subject to the Permitted Encumbrances (as hereinafter defined).

2.  Purchase. For the above and in consideration of all of the terms hereof Buyer agrees to pay to Seller a purchase price equal to Six Hundred Thousand Dollars ($600,000.00) (the "Purchase Price"), which shall be payable in manner and form as follows:

    (a)   Ten Thousand Dollars ($10,000.00) (the "Deposit"), on or before the signing of this Agreement, as a deposit on account of the Purchase Price. The Deposit shall be held in escrow by Seller's attorney as "Escrow Agent"; and

    (b)   The balance of the Purchase Price, subject to adjustment as provided herein, by certified check or bank check or federal funds wire transfer to an account designated by Seller upon the closing of title and delivery of the deed as hereinafter provided. A bank check shall be defined as a check issued by a lending institution defined as a "Bank" under the Federal Bank Holding Act.

3.  Due Diligence Inspections.

    Commencing on the Effective Date hereof and ending on the date which is thirty (30) days following the Effective Date (the "Due Diligence Period"), the Buyer shall have the right to inspect the Premises, review the economic data, conduct appraisals, perform examinations of the physical condition of the Improvements, and to otherwise conduct such due diligence review of the Premises and all records and other materials related thereto as Buyer, in its absolute discretion, deems appropriate. If, between the date of this Agreement and the end of the Due Diligence Period, Buyer shall, for any reason or no reason, in Buyer's sole discretion, determine that it does not wish to purchase the Premises, Buyer shall be entitled to terminate this Agreement by giving written notice thereof to Seller's attorney prior to the expiration of the Due Diligence Period. Upon such termination, the Deposit shall be immediately returned to Buyer and this Agreement shall be null and void. If Buyer shall fail to complete its purchase of the Premises for any reason, Buyer shall within five (5) Business Days after termination of this Agreement return to Seller all materials

1

furnished by Seller relating to the Premises in Buyer's possession (including, without limitation, all copies of leases, reports, environmental reports, title and survey materials) and Seller and Buyer shall have no further obligations or liabilities to each other hereunder. If Buyer fails to give notice of termination prior to the expiration of the Due Diligence Period, it shall conclusively be deemed to have elected to waive its right to terminate this Agreement under this Section 3.1 and shall be obligated to purchase the Premises in accordance with and subject to the terms hereof.

During the term of this Agreement, Buyer, personally or through its authorized agents, representatives, contractors or consultants, shall be entitled to enter upon the Premises during normal business hours and shall have the right to make such investigations, including appraisals, surveys, engineering studies, soil tests, non-invasive environmental studies and underwriting analyses, as Buyer deems necessary or advisable. Buyer shall notify Seller's Representative and Seller's Broker before accessing the Premises. Buyer shall: (i) indemnify, hold harmless and defend the Seller Parties against, and hold the Seller Parties harmless from, all loss, liability, claims, costs (including reasonable attorneys' fees), liens and damages resulting from the activities of Buyer or its agents under this Agreement (but not from Buyer's or its agents' discovery of an existing condition) that are not caused by Seller and (ii) repair any damage to the Premises or any portion thereof caused by Buyer or its agents. The foregoing indemnification obligation shall survive the Closing or termination of this Agreement.

4.    Intentionally Omitted.

5.    Condition of Premises.

Buyer agrees to take and pay for the Premises, at the Closing, in "AS-IS" and "WITH ALL FAULTS" condition at the time of Closing. By consummating the Closing, the Buyer shall be conclusively deemed to have accepted the Premises in its then condition (physical, economic, environmental or otherwise) and have assumed the risk and responsibility of both apparent and latent defects, if any, therein. Seller shall have no obligation to make any repairs of any kind or nature to the Premises either prior to or after the Closing.

6.    Representations and Warranties.

(a)    Seller represents to Buyer that the following statements are true in all material respects as of the date of this Agreement:

(i)    Seller is a duly existing corporation in good standing under the laws of the State of Connecticut, and Seller has full power and authority to sell and convey the Property and to execute this Agreement and such other documents described herein to be executed by Seller. Prior to the Closing, Seller shall have taken all actions required to be taken by the members of Seller for the consummation of the transaction contemplated by this Agreement, and the execution and delivery of all documents required in connection herewith. Seller will provide such certifications and documents as Buyer's title insurer may reasonably request as to such actions;

(ii)    No party, except as herein set forth, has any right to acquire the Premises;

2

(iii)   This Agreement, when executed and delivered by Seller and Buyer, will constitute the valid and binding agreement of Seller, enforceable against Seller in accordance with its terms;

(iv)   There are no contracts for services or supplies to which Seller is a party which will be binding upon the Buyer or upon the Premises after the Closing;

(v)   To Seller's actual knowledge, there is no condemnation threatened or pending against the Premises, or any part thereof;

(vi)   There is no lease or other occupancy agreement to which the Premises is subject;

(vii)   Seller is not a foreign person as defined by the Internal Revenue Code Section 1445, and will execute and deliver a certification to that effect at Closing;

(viii)   Seller has not received written notice of any violations of any restrictive covenants or agreements which are part of the Permitted Encumbrances;

(ix)   There is no litigation pending or, to Seller's actual knowledge, threatened against the Premises; and

(x)   Seller has not received written notice of any special assessments levied against the Premises for which a lien has not yet been filed and has no actual knowledge of any existing improvements that may result in special taxes or assessments thereon.

(b)   Buyer represents to Seller that the following statements are true in all material respects as of the date of this Agreement:

(i)   This Agreement, when executed and delivered by Seller and Buyer, will constitute the valid and binding agreement of Buyer, enforceable against Buyer in accordance with its terms.

7.   Title. Buyer's obligations hereunder are specifically conditioned upon title to the Premises being marketable at the time of Closing and upon there being then no liens, charges, restrictions, easements or encumbrances ("Encumbrances"), affecting the Premises except those set forth in **Schedule B** attached and such other encumbrances as the Buyer may approve and/or as the Buyer is deemed to have approved pursuant to this Agreement (the "Permitted Encumbrances"). Buyer and Seller further agree that Buyer's obligation to complete the purchase of the Premises is contingent upon its obtaining, at normal premium rates, a title policy insuring such title without exceptions other than the Permitted Exceptions. On or before the end of the Due Diligence Period, Buyer, at its sole expense, shall obtain a title search of the Premises and shall notify Seller, in writing, of any title matters as to which Buyer objects on the grounds that such title matters render title to the Premises unmarketable (the "Title Exceptions"). All matters of

record as of the date of Buyer's initial title search with respect to which Buyer fails to object to prior to the expiration of the Due Diligence Period shall be deemed to constitute Permitted Encumbrances. If Buyer notifies Seller of any Title Exceptions prior to the expiration of the Due Diligence Period, and Seller thereafter notifies Buyer that Seller will not attempt to remedy such Title Exceptions, Buyer shall have ten (10) business days after being notified by Seller that it will not remedy such Title Exceptions in which Buyer shall either: (i) terminate this Agreement in writing; or (ii) be deemed to accept such Title Exceptions as Permitted Encumbrances. If at the Closing Seller shall be unable to convey good and marketable title to the Premises free and clear of any Encumbrances other than the Permitted Encumbrances, Buyer shall have the option either of accepting such title as Seller can convey with no diminution of the Purchase Price to reflect such Encumbrances, or of terminating this Agreement. Notwithstanding anything contained herein to the contrary, (i) in no event shall Seller be required to remove any Encumbrance placed upon the Premises by Buyer or anyone claiming by, through or under Buyer, and (ii) nothing shall constitute a Title Exception for the purposes of this Agreement if the Standards of Title of the Connecticut Bar Association recommends that no corrective or curative action is necessary in circumstances substantially similar to those presented by such encumbrance, lien or exception to title.

8.    Closing.

(a)    The closing of title to the Premises, (the "Closing"), shall take place on or before _____ , 2019. Closing shall be held at the offices of counsel for Buyer at 10:00 a.m., or at such other time and place as may be agreed upon between Seller and Buyer. The "Closing Date" is the date upon which Closing is in fact consummated.

(b)    Seller shall convey the Premises to Buyer by good and sufficient Connecticut form of Warranty Deed (the "Deed"). Seller shall pay any conveyance taxes due in connection with this transaction imposed by Sections 12-494 through 12-504 of the Connecticut General Statutes, 1958 Revision (as amended). The Buyer shall bear the expense of recording the deed. Any title search, title insurance policy or survey desired or required by Buyer or any mortgagee shall be obtained by Buyer at the expense of the Buyer.

(c)    Seller shall also provide Buyer at Closing with a title insurance affidavit in favor of Buyer's title insurance company respecting the absence of any mechanics liens, tenants in possession and other matters customarily required of Sellers by title insurance companies to delete standard title insurance exceptions to the extent based upon matters which are within Seller's actual knowledge, as well as a FIRPTA Affidavit, so-called and a resolution of Seller authorizing the sale and delivery of the Deed; and any other documents required by this Agreement to be delivered by Seller.

(d)    Taxes, sewer and water use charges, and fuel oil, if any, shall be prorated as of the Closing Date between Seller and Buyer in accordance with the closing customs of the New Haven County Bar Association.

4

9.   <u>Default; Liquidated Damages</u>. If Buyer shall be in default of any of the obligations imposed upon the Buyer by this Agreement, then Seller shall, as its sole remedy, have the right to treat this Agreement as having been breached by Buyer and Seller shall have the right to terminate this Agreement by written notice to Buyer, and, upon such termination, (i) the Buyer shall forfeit all rights and claims with respect to the Premises pursuant to this Agreement, and (ii) Seller shall be entitled to receive and retain the Deposit. Seller and Buyer hereby agree that Seller's receipt and retention of the Deposit shall be deemed to be fair and adequate, but not excessive, liquidated damages based upon the following considerations which Seller and Buyer agree would constitute damages to Seller for any default by the Buyer, but which are impossible to quantify, to wit: (a) the removal of the Premises from the real estate market, together with the uncertainty of obtaining a new Buyer at the same or greater Purchase Price; (b) the expenses incurred by Seller, including (but not by way of limitation) attorneys' fees, taxes, and other items incidental to the maintenance of the Premises until it is eventually sold; and (iii) all other expenses incurred by Seller as a result of Buyer's default. The actual tender of the deed shall not be necessary if Seller has received indication or otherwise learned or been advised prior to the scheduled date of closing that Buyer will not or cannot close, or otherwise meet his obligations hereunder. In the event of any such default by Buyer, the parties further agree that Buyer shall pay all costs and expenses incurred by Seller as a result of the Seller's enforcement of this Contract in court, including a reasonable attorney's fee. The foregoing liquidated damages shall not limit Seller's rights with respect to Buyer's indemnity or other obligations under this Agreement which are stated to survive the termination of this Agreement. If the sale of the Premises shall fail to close as required by this Agreement a result of the Seller's failure to perform, observe or comply with any of its covenants, agreements or obligations hereunder, then Buyer shall, as its sole remedy, have the right to terminate this Agreement by written notice to Seller, and, upon such termination the Deposit shall be returned to Buyer as Buyer's sole and exclusive remedy, at law and in equity, for Seller's breach. Seller shall further reimburse Buyer for all costs and expenses incurred by the Buyer including but not limited to Title Search, Due Diligence and reasonable attorney fees.

10.   <u>Risk of Loss; Condemnation</u>.

(a)   In the event all or a portion of the Premises should be damaged or destroyed by fire or other casualty prior to Closing such that the estimated cost to repair or restore the same (determined as hereinafter provided) exceeds ten percent (10%) of the Purchase Price or there is any permanent loss of access to the Property, Buyer may, at Buyer's sole option, elect to either:

(i)   terminate this Agreement (in which case the Deposit shall be immediately returned to Buyer); or

(ii)   close the transaction as set forth in this Agreement, including payment of the full Purchase Price without deduction.

For purposes of this Paragraph 10, the cost of repair or restoration shall be determined by an independent construction contracting firm designated by Seller and reasonably satisfactory to Buyer. The parties shall endeavor to have such determination made as promptly as possible, but if such determination is not made by the scheduled Closing Date, either party shall be entitled to adjourn the Closing for a reasonable period of time to permit such determination to be made. If

such determination cannot be made before the scheduled Closing Date and neither party elects to adjourn, then the estimated cost to repair or restore such damage shall be deemed to exceed ten percent (10%) of the Purchase Price as of such Closing Date. If Buyer elects to proceed pursuant to (a) (ii) above, Buyer shall purchase the Premises in accordance with the terms hereof. Buyer shall be deemed to have elected to terminate this Agreement under (a) (i) above unless, within ten (10) days after written notice to Buyer of the estimated cost to repair or restore any casualty in an amount greater than ten percent (10%) of the Purchase Price or the date of any deemed such determination, Buyer provides Seller with written notice that Buyer elects to proceed pursuant to (a) (ii).

Seller discloses and Buyer acknowledges that there is no property or casualty insurance insuring the Premises. In the event of any damage to the Premises by fire or other hazard prior to Closing Seller shall have no obligation to repair the Premises and Buyer's options are only as set forth in this Paragraph.

(b)     If prior to the Closing Date, condemnation or eminent domain proceedings shall be commenced by any competent public authority against the Premises or any part thereof, Seller shall promptly give Buyer written notice thereof. After notice of the commencement of any such proceedings (from Seller or otherwise) and in the event that the taking of such property is Material (as hereinafter defined) and is other than for a widening of the road in front of the Premises, Buyer shall have the right (i) to accept the Premises, subject to the proceedings, upon payment of the Purchase Price without diminution, whereupon any award shall, after the consummation of Closing, be paid to Buyer and Seller shall deliver to Buyer, at the Closing, all assignments and other documents reasonably requested by Buyer to vest such award in Buyer, or (ii) to terminate this Agreement and upon the return of the Deposit, this Agreement shall be null and void and neither party will have any further obligations hereunder. A Taking shall be deemed to be Material if said Taking would reduce the estimated value of the Premises (as reasonably determined by an appraiser chosen by Seller and reasonably satisfactory to Buyer) by ten percent (10%) or more. In the event of a non-Material Taking of any part of the Premises, or in the event of a widening of the road in front of the Premises, Buyer shall accept the Premises subject to the condemnation proceedings, whereupon any award shall, after the consummation of Closing, be paid to Buyer and Seller shall deliver to Buyer, at the Closing, all assignments and other documents reasonably requested by Buyer to vest such award in Buyer.

11.     Miscellaneous.

(a)     Buyer agrees that the delivery and acceptance of the Deed shall constitute full compliance by Seller with all of the terms, conditions, covenants and representations, if any, contained in this Agreement or connected with this transaction, except for warranties, if any, contained in the Deed.

(b)     Buyer represents that no agent, broker or finder played any part in bringing about the within Agreement and Buyer will before and after the Closing indemnify Seller and hold Seller harmless of and from all liability to any other person whose claim for compensation is based upon showing the Premises to and/or interesting Buyer in purchasing the Premises in breach of said representation. Notwithstanding anything contained herein to the contrary, Buyer's obligations

under this subparagraph (b) shall survive the Closing and/or the termination of this Agreement for any reason.

(c)　　Neither this Agreement nor any rights or remedies hereunder shall be assigned by Buyer and any attempt thereat shall be void and a breach by Buyer hereunder, except that Buyer may assign this Agreement to a limited liability company of which Buyer is the owner. Subject to the foregoing, this Agreement shall bind and inure to the benefit of the parties hereto and their respective successors and assigns.

(d)　　All notices hereunder shall be in writing and shall be duly given if personally delivered, or sent by Registered or Certified Mail, Return Receipt Requested, Postage Prepaid, by guaranteed overnight commercial delivery service (e.g., Federal Express), or sent electronically or by facsimile on a business day as follows:

(i)　　If to Seller at the following address:

　　　c/o Thomas J. Dufour, Esq.
　　　Law Offices of Thomas Dufour, LLC
　　　1129 Essex Place
　　　Stratford, CT 06615
　　　Fax: 866-849-2042
　　　Email Address: tdufour@tomdufour.com

(ii)　　If to Buyer at the following address:

　　　c/o Donald H. Tamis, Esq.
　　　246 Bank Street
　　　Seymour, CT 06483
　　　Fax:
　　　Email address: dhtamis@sbcglobal.net

or to such other address as either party shall supply to the other pursuant to the provisions hereof.

(e)　　Buyer will not cause or allow the within Agreement or any instrument relating to the sale of the Premises contemplated by this Agreement to be recorded in the Bethany or Woodbridge Land Records until delivery of the Deed at Closing.

(f)　　This Agreement may be executed in two or more counterparts, all of which together shall constitute one single document.

(i)　　This Agreement shall be governed by and construed in accordance with the laws of the State of Connecticut. This Agreement shall be construed without regard to any presumption or other rule requiring construction against the party causing this Agreement to be drafted. All terms

and words used in this Agreement, regardless of the number of gender in which they are used, shall be deemed to include any other number and any other gender as the context may require. The headings of the several Paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference and in no way define, limit or describe the scope of this Agreement or the intent of any provision thereof. This Agreement may not be modified or amended, except in writing, signed by the party to be charged.

(g)     Delivery of this Agreement for inspection or otherwise by Seller to Buyer and/or its attorneys shall not constitute an offer or create any rights in favor of Buyer or others and shall in no way obligate or be binding upon Seller or Buyer; and this Agreement shall have no force or effect unless and until the same is fully executed and delivered by the parties.

(h)     Notwithstanding anything to the contrary contained in this Agreement, in the event the Sellers, after due diligence, cannot obtain at or prior to the closing a release for any existing encumbrance whose release is a condition of the closing and whose release is dependent upon the payment of money (such as a mortgage, tax lien, attachment) (a "Debt Encumbrance"), because, for example, a lending institution will not release the Debt Encumbrance without first receiving payment or because such lending institution has delayed in sending Sellers' attorney the release of the Debt Encumbrance, then Buyer agrees to close title notwithstanding the absence of the release of the Debt Encumbrance, provided the attorney for the Sellers furnishes the attorney for the Buyer, at the closing, with a payoff letter for said Debt Encumbrance, a copy of the transmittal letter and check to be sent or delivered in payment in accordance with the payoff letter, and an undertaking and indemnity agreement by Sellers' attorney to make the payoff in accordance with the payoff letter, check and transmittal letter.

(i)     In order to expedite the transaction contemplated herein, electronically transmitted signatures may be used in place of original signatures on this Agreement. Seller and Buyer intend to be bound by the signatures on any electronically transmitted document, are aware that the other party will rely on the electronically transmitted signatures, and hereby waive any defenses to the enforcement of the terms of this Agreement based on the form of signature.

*[Signature Page Follows]*

8

IN WITNESS WHEREOF, the parties hereto have hereunto set their respective hands and seals as of the day and year first above written.

SELLER:

ACE BEGONIAS, INC.

By: _Paul R Rieur_ 7/18/19

Name: Paul R. Rieur
Title: President


BUYER:

BETHANY FARM & NURSERY, LLC

By: _Charles D. Smith_

Name:  Charles D. Smith
Title:  Member




LIST OF SCHEDULES

Schedule A – Premises
Schedule B – Encumbrances

## SCHEDULE A

## PREMISES

A certain parcel of land located in the Towns of Bethany and Woodbridge, Connecticut, with all improvements thereon, designated as Lot #1 on a certain map entitled, "Subdivision of Land Owned by Jon Davison and Paul Rieur, Bethany-Woodbridge, Connecticut, Scale 1"=80', January 21, 1985" prepared by William E. Gilbert Associates, Consulting Engineers, Bethany, Connecticut, which map was filed in the office of the Bethany Town Clerk on April 15, 1985 as Map #467. Said Lot #1 is bounded and described as follows:

Commencing at an iron pin on the northeasterly line of Seymour Road (Connecticut Rt. #67), which point is N 38^ 06' 11" W 104.44 feet from a CHD monument; thence along the northerly lines of land now or formerly of The Woodbridge Topsoil Company and land now or formerly of Earley, the following courses and distances: N 31^ 12' 29" E 150.19 feet to an iron pin, N 46^ 15' 09" E 793.47 feet to a point, N 29^ 35' W35.0 feet to an iron pin, N 34^ 16' 05" E 306.82 feet to an iron pin, N 21^ 55' 20" W 197.16 feet to an iron pin, N 26^ 30' 22" E 66.74 feet to a point, and N 23^ 37' 50" E 82.96 feet to an iron pin; thence along the southerly line of land now or formerly of McHugh, N 72^ 47' 28" W 205.97 feet to a point; thence along Lot #2 on the aforementioned map, S 20^ 03' 56" W 91.16 feet, N 69^ 56' 04" W 211.04 feet, and N 24^ 14' 02" E 352.55 feet to a point on the southerly line of Bear Hill Road; thence along said southerly line of Bear Hill Road, S 81^ 21' 48" W 29.00 feet to a point; thence along the southerly lines of land now or formerly of William and Nancy Bukoski, land now or formerly of Herbert Johnson and land now or formerly of Bissell, the following courses and distances: S 24^ 14' 02" W 350.00 feet to a point, S 23^ 54' 41" W 343.70 feet to an iron pin, N 75^ 34' 58" W 510.14 Feet to an iron pin, and S 26^ 25' 02" W 250 feet, more or less, to the centerline of Bladens Brook; thence following the centerline of said Bladens Brook in a southerly direction, 825 feet, more or less, to a point in the centerline of said brook; thence in a southwesterly direction, 14 feet, more or less, to a point on the northeasterly line of Seymour Road; thence along said northeasterly line of said Seymour Road, S 38^ 06' 11" E 207.46 feet to a point; thence along Lot #3 as shown on the aforementioned map the following courses and distances: N 31^ 12' 29" E 137.91 feet, N 46^ 15' 09" E 20.00 feet, N 43^ 44' 51" W 200.00 feet, N 46^ 15' 09" E 325.00 feet, S 43^ 44'51" E 225.00, S 46^ 15' 09" W 341.70 feet, S 31^ 12' 29" W 144.05 feet to a point on the northeasterly line of Seymour Road; thence along said northeasterly line of Seymour Road, S 38^ 06' 11" E 26.72 feet to the point and place of beginning.

TOGETHER WITH a right-of-way over and across an existing driveway through the southerly portion of Lot #3.

## SCHEDULE B

1. Any restrictions or limitations imposed or to be imposed by governmental authority, including the zoning and planning rules and regulations of the Towns of Bethany and Woodbridge.

2. Taxes of the Towns of Bethany and Woodbridge which become due and payable after the date of the closing, which taxes Buyer will assume and agree to pay as pat of the consideration for the deed.

3. Public improvement assessments and sewer connection charges, or other assessments and/or any unpaid installments thereof, which assessments and/or installments become due and payable after the date of the closing, which assessments and/or installments Buyer will assume and agree to pay as part of the consideration for the deed.

4. State of facts shown by accurate survey and physical inspection of the premises.

5. Said premises may be affected by covenants in an Agreement between Anton Paulsen and Herbert Johnson, dated November 1955 and recorded in Volume 30, Page 449 of the Bethany Land Records.

6. A right-of-way as set forth in a deed from Anton Paulsen to William E. Flanagan, dated January 14, 1954 and recorded in Volume 28, Page 375 of the Bethany Land Records.

7. Easements to The Connecticut Light and Power Company dated January 18, 1980 and recorded in Volume 62, Page 526 of the Bethany Land Records.

8. An Easement by Vella P. Houde to The Southern New England Telephone Company dated November 13, 1979 and recorded in Volume 62, Page 858 of the Bethany Land Records.

11

# EXHIBIT B

*LAW OFFICES OF*

## DONALD H. TAMIS

*246 BANK STREET*
*P.O. BOX 351*
*SEYMOUR, CONNECTICUT 06483*

*Paralegal*
*Cindy L. Childs*

*(203) 888-2663*
*FAX (203) 888-1391*

## SELLER'S CLOSING STATEMENT

SELLER(S):   Ace Begonias, Inc.
BUYER(S):    Bethany Farm & Nursery, LLC
PROPERTY:   231 Seymour Road
              Bethany, Connecticut
CLOSING DATE:   July 19, 2019

------------------------------------------------------------------------

PURCHASE PRICE                                    $600,000.00

LESS
Tax Adjustment 07/01/19-07/19/19
19 days @$16.60 per day          $315.40          $      315.40

CASH TO CLOSE                                     $599,684.60

------------------------------------------------------------------------

AVAILABLE FUNDS
Cash to Close                                     $599,684.60

LESS DISBURSEMENTS
Sachem Capital Payoff              $385,000.00 (e)
State Tax Department              $ 25,000.00 (e)
2017 Taxes - Bethany Tax Collector  $   3,359.16
Donald H. Tamis, Legal Fee         $   2,400.00
State Conveyance Tax—Bethany       $   4,500.00
Local Conveyance Tax—Bethany       $   1,500.00
State Conveyance Tax—Woodbridge    $      15.75
Local Conveyance Tax— Woodbridge   $       5.25
Overnight Mail Charge              $      85.00
Recording Fees                     $     360.00
                                   $422,225.16    $422,225.16

NET DUE TO SELLER[S]........................................    $177,459.44


_____
DONALD H. TAMIS
Attorney at Law


Fuel Oil Adjusted Separately.

# EXHIBIT C

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

<u>Official Form 201</u>
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ace Begonias Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **06-1213359** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **231 Seymour Road**<br>**Woodbridge, CT 06525**<br>Number, Street, City, State & ZIP Code | **66 Bear Hill Road**<br>**Bethany, CT 06524**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New Haven**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

---

**Fill in this information to identify the case:**

Debtor name   **Ace Begonias Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

---

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.
   All cash or cash equivalents owned or controlled by the debtor

                                                                    Current value of
                                                                    debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1.  **New Haven Bank #6962**              **Checking**      6962                  $32.60

4. **Other cash equivalents** *(Identify all)*

   4.1.  **Check for $140,000.00 from sale of  Real Estate**                          $140,000.00

5. **Total of Part 1.**                                                        $140,032.60
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

---

8/30/19 3:08PM

Debtor   __Ace Begonias Inc._____     Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $140,032.60 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $34,000.00 | |
| 91. Total. Add lines 80 through 90 for each column | $174,032.60 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $174,032.60 |

*LAW OFFICES OF*
### DONALD H. TAMIS
*246 BANK STREET*
*P.O. BOX 351*
*SEYMOUR, CONNECTICUT 06483*

*Paralegal*
*Cindy L. Childs*

*(203) 888-2663*
*FAX (203) 888-1391*

### SELLER'S CLOSING STATEMENT

SELLER(S):   Ace Begonias, Inc.
BUYER(S):   Bethany Farm & Nursery, LLC
PROPERTY:   231 Seymour Road
            Bethany, Connecticut
CLOSING DATE:   July 19, 2019

-----------------------------------------------------------------------

PURCHASE PRICE                                          $600,000.00

LESS
Tax Adjustment 07/01/19-07/19/19
  19 days @$16.60 per day          $315.40
Deposit                           $10,000.00
                                  $10,315.40           $  10,315.40

CASH TO CLOSE                                          $589,684.60
-----------------------------------------------------------------------

AVAILABLE FUNDS
Cash to Close                                          $589,684.60
Deposit                                               $  10,000.00
                                                      $599,684.60

LESS DISBURSEMENTS
Sachem Capital Payoff            $410,500.00
State Tax Department            $ 34,000.00 (e)
2017 Taxes - Bethany Tax Collector  $  3,359.16
Donald H. Tamis, Legal Fee      $  2,400.00
State Conveyance Tax–Bethany    $  4,500.00
Local Conveyance Tax–Bethany    $  1,500.00
State Conveyance Tax–Woodbridge $     15.75
Local Conveyance Tax– Woodbridge $      5.25
Recording Fees                  $    360.00
                                $456,640.16           $456,640.16

NET DUE TO SELLER[S]...........................................   $143,044.44

_____
DONALD H. TAMIS
Attorney at Law

Debtor   Ace Begonias Inc.                                     Case number *(if known)*   _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Novak Law Office, PC 280 Adams Street Manchester, CT 06042 | retainer and filing fees | 6/21/19 | $1,800.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Ellen Kolarik | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Bethany Farm & Nursery LLC 671 Aspen Lane Orange, CT 06477 | sold real property located in Bethany & Woodbridge CT, consisting of a parcel of land of approximately 17.8 acres which is numbered 229 Seymour Road Bethany CT and .21 acres of land in Woodbridge CT totalling 18.01 acres | 7/19/19 | $600,000.00 |
| | Relationship to debtor | | | |
| 13.2 | Bethany Farm & Nursery LLC 671 Aspen Lane Orange, CT 06477 | SB Machinery potting maching and conveyor belt, Add-A-Veyor conveyor belt, Keystoker 2012 greenhouse heating equipment , 2013 Lumigrow agriculture lighting, 2014 Dell Optiplex computer, Keystoker 2013, Net-A-Fim 2015 irrigantion equipment;  fixtures left on property and included in the Sale of Age Begonias to Bethany Farms - has little to no value | July 19, 2019 | $0.00 |
| | Relationship to debtor | | | |

# EXHIBIT D

<<2 inv for $4450 each

| Improvement | Item / Model | Vendor | Quantity | Price | Date |
| --- | --- | --- | --- | --- | --- |
| | Security Sliding Gate | Atlas Gate | 1 | $20,409.58 | |
| | Office Trailer 10'x44' | Wilscott | 1 | $38,000.00 | |
| Structures | Office Remodeling – glass house | Ndrek & Jimmy | 1 | $6,370.00 | |
| | Property Survey for limit clearing, utilities, and structure improvements for | Horbal & Judson Land Surveyors & Associates | 1 | $14,800.00 | |
| | Regrading roads and infrastructure | Stone Hill Landscape | 1 | $50,000.00 | 2020-2021 |
| Telecom | Internet & POS installation (D.Bacchioc | Custom Automations | 1 | $52,936.57 | |
| | Office Heating/Cooling | Superior Comfort - Sal | 1 | $8,900.00 | |
| | Greenhouse Heating Units | **Superior Comfort** | 400K BTU Stainless Steel | $85,965.57 | 3/31/2020 |
| | Disconnect Heat Pump | **Superior Comfort** | | $478.58 | 1/3/2022 |
| Climate Control | Heating Unit - repaired greenhouse | Superior Comfort | 1 | $2,460.00 | 12/7/2021 |
| | Glass work to vent heating units | Precision Glass | Replace Glass Panes with | $1,265.57 | 3/31/2020 |
| | Running underground gas line and tie in | Pioneer Gas | Tie in 4 Propane Tanks | $3,200.00 | 3/31/2020 |
| | Exhaust Fan Motors | Farm Tek (Growers Supply) | (2) Motors Item | $536.61 | 4/21/2020 |
| | Environmental tank removal - DEEP | Complete Environmental Services | 1 | $17,011.00 | 1/8/2022 |
| | Schaefer 12" Versa – Kool Circulation Fan | **AmeriTempGroup** Ameritempgroup.com | 12 - $153.90 Each | $1,846.80 | 1/22/2020 |
| | 1000 Watt DE HPS Light Fixture w/ Lamp | **Luxx Lighting** Luxxlighting.com | 80 - $290.00 Each | $23,200.00 | 1/23/2020 |
| Lighting | 18 Watt L.E.D Clone Light Bars | **Luxx Lighting** Luxxlighting.com | 75 Sets of (2) - $60.00 Each | $4,500.00 | 1/23/2020 |
| | Luxx NX-1 Lighting Controller | **Luxx Lighting** Luxxlighting.com | 1 | $300.00 | 1/23/2020 |
| | Well Expansion Tank & Pump | Greco & Haines | 2 | $7,457.00 | |
| Water | Dramm 50 Gallon w/ 25 ft hose mobile | (Griffin Greenhouse) | (1) Unit | $2,415.00 | 3/9/2020 |
| | Shower with Eyewash for OSHA | Uline | (1) Station | $550.00 | 3/9/2020 |
| | SaniDate 5.0 | **Griffin Greenhouse** | 30 Gallon Drum - $34.58 | $1,037.50 | 2/12/2020 |
| Irrigation | Reirrigate property & greenhouses | CB Irrigation LLC | Labor & Materials | $32,926.47 | 4/22/2021 |

$ 3,039.67  <<<4 line

| Category | Description | CB Irrigation LLC | Labor & Materials | Amount | Date |
|---|---|---|---|---|---|
| Irrigation | Setup sprinkler zones for outdoor | | | $11,300.00 | 5/1/2022 |
| | Demolition of greenhouse | Stone Hill Landscape | 1 | $20,000.00 | |
| | Install Floor drains in Glasshouse | Stone Hill Landscape | 42 | $7,500.00 | |
| | Concrete Floors in Greenhouse | Gene Garguilo | 2 | $26,070.00 | |
| | Greenhouse Repairs/Improvements | JC Van der Spek Greenhouse Service | 1 | $31,140.40 | 2021-2022 |
| | 8mm 6' x 12' Twin Wall ThermaGlass PolyCarbonate | Griffin Greenhouse Supplies | 20 Sheets - $117.41 Each | $2,348.24 | 1/21/2020 |
| | 12' Double H Aluminum Extension | Griffin Greenhouse Supplies | 28 - $16.97 Each | $475.31 | 1/21/2020 |
| | #12 SDST Screw 1 ½" No Washer (100ct Bag) | Griffin Greenhouse Supplies | 6 - $26.55 Each Bag | $159.31 | 1/21/2020 |
| | #12 x 1 – 1/8" Neo / Bonded Washer (100ct Bag) | Griffin Greenhouse Supplies | 3 - $18.93 Each Bag | $56.81 | 1/21/2020 |
| Greenhouse Improvements/Repairs | H Aluminum Extrusion Channel | Griffin Greenhouse Supplies | 10 (12) Ft. lengths - $13.20 Each | $132.06 | 1/23/2020 |
| | #12 x 1 – 1/8" Neo / Bonded Washer (100ct Bag) | Griffin Greenhouse Supplies | 2 (Bags of 100ct) - $18.93 Each Bag | $37.88 | 1/27/2020 |
| | 8mm 6' x 12' Twin Wall ThermaGlass | Griffin Greenhouse Supplies | 21 Sheets - $100.00 Each | $2,100.00 | 2/3/2020 |
| | H Aluminum Extrusion Channel | Griffin Greenhouse Supplies | 5 (12) Ft. | $ 66.03 | 2/5/2020 |
| | Various materials, tools, & equipment for Greenhouse repairs | Griffin Greenhouse Supplies | 1 | $26,533.40 | 2020-2022 |
| | Labor - Greenhouse Repairs (rewrap house, brace structures, fix gutters,etc.) | Bethany Farm and Nursery Staff | 1 | $40,000.00 | 2020-2022 |
| | Labor - Glass House renovation, XXX | Paul Harrison (Harrison Farms) | 1 | $22,779.00 | 2020-2021 |
| | UST Removal | GO Environmental LLC | UST Removal | $ 4,110.00 | ########## |

| Labor | | | |
|---|---|---|---|
| Garage Door Work - loading dock install | Rhino Garage Doors | Construction | $7,649.91 5/1/2020 |
| Garage Door Work - staff house install | Rhino Garage Doors | Construction | $1,375.00 5/13/2020 |
| Garage Door Work - xxx house install | Rhino Garage Doors | Construction | $6,300.00 5/13/2020 |
| Rhino Garage Doors - final payment | Garage Door work | Construction | $34,048.76 6/10/2020 |
| Electrician - part time employee to bring | Bill Aliou | Bring electrical to code | $47,403.00 2020-2022 |
| Electrical Supplies | Valley Electric Supply & Lighting | Bring electrical to code | $ 56,322.25 2020-2022 |
| Misc. Charge Receipts | | | $ 1,396.09 |

TOTAL          $725,869.70

Page:        1

## Invoice

Atlas Residential & Commercial
Services,LLC
30 Northeast Industrial Road
Branford, CT 06405
(203) 483-9013

**Invoice Number** 9912117-IN

**Invoice Date:** 8/31/2020

**Salesperson:** PT

**Tax Schedule:** NONTAX

**Job Number:** PT52327

BETHANY FARM & NURSERY
229 SEYMOUR ROAD
Woodbridge, CT  06525

**Customer Numb** 02-BETHANY

**Customer P.O.:** WOODBRIDGE

**Ship VIA:**

**Contact:**

**Terms:** 30 Days

| Item Code | Description | UM | Quantity | Price | Amount |
|-----------|-------------|-----|----------|-------|--------|
| | WOODBRIDGE | | | | |
| | -------------------------------------------- | | | | |
| COM-NP-NT | Comm NP Non-Taxable | EACH | 1.000 | 19,966.050 | 19,966.05 |
| | FURNISH LABOR & MATERIAL TO INSTALL SINGLE TRACK | | | | |
| | ALUMINUM SLIDE GATE COATED GREEN & INSTALLED | | | | |
| | GOOSENECK STAND | | | | |

| | |
|---|---|
| Net Invoice: | 19,966.05 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **19,966.05** |
| Retention Amount: | 0.00 |



## Invoice

Atlas Residential & Commercial
Services,LLC
30 Northeast Industrial Road
Branford, CT 06405
(203) 483-9013

**Invoice Number** 9913966-IN

**Invoice Date:** 3/31/2022

**Salesperson:** COMO

**Tax Schedule:** CT

BETHANY FARM & NURSERY
229 SEYMOUR ROAD
Woodbridge, CT  06525

**Customer Numb** 02-BETHANY

**Customer P.O.:** GATE TICKET 2603

**Ship VIA:**

Contact:

**Terms:** COD

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| GATE1 | Gate Operator Repairs | | 1.000 | 417.050 | 417.05 |
| | GATE TICKET 2603 | | | | |
| | ------------------------------------------------ | | | | |
| | (1) LMA- 1800 LOOP DETECTOR | | | | |

| | |
|---|---|
| Net Invoice: | 417.05 |
| Freight: | 0.00 |
| Sales Tax: | 26.48 |
| **Invoice Total:** | **443.53** |



Corporate Operations
901 S. Bond Street, Suite 600
Baltimore, MD 21231-3357

# INVOICE

| Invoice # | Amount Due | Due Date |
|---|---|---|
| 8154416 | 2,294.07 | 09/30/2020 |

| PLEASE REMIT PAYMENT VIA ACH OR GO TO WEB Use Hyperlink https://portal.mobilemini.com Ph (800) 782-1500, Option 1 | Amount Enclosed |
|---|---|
| | |

Go paperless by paying via ACH or remit payment to:

Do not include correspondence with your remittance. Correspondence should be directed to the Williams Scotsman Branch address indicated below.

**Billed to:**

BETHANY FARM AND NURSERY LLC
231 SEYMOUR ROAD
WOODBRIDGE , CT 06525

**WILLIAMS SCOTSMAN, INC.**
PO BOX 91975
CHICAGO , IL 60693-1975

---

▲ Please detach and return top portion with your payment to insure proper credit to your account. Thank you. ▲

# INVOICE

*Page 1 of*

WILLIAMS SCOTSMAN

www.willscot.com

| Questions regarding your account should be directed to: |
|---|
| **Williams Scotsman** |
| 85 Kenneth Dooley Drive |
| Middletown , CT 06457 |
| **888-378-9084** |

| | | Unit Location |
|---|---|---|
| **Invoice Date** | 09/30/2020 | |
| **Invoice #:** | 8154416 | Bethany Farm and Nursery LLC 231 Seymour Road WOODBRIDGE , CT 06525 |
| **Due Date:** | 09/30/2020 | |
| **Customer #:** | 23147777 | **Purchasing Agent** |
| | | Michael Anderson |

Federal ID NO. 52-0665775 The buyer agrees to pay all applicable state and municipal taxes on this transaction.

| UNIT NO. | BILLING TERM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Auto-Pay is now available at http://willscot.billtrust.com (USD accounts) and http://willscotca.billtrust.com (CAD accounts), eliminating the need to log into the WillScot payment portal each month to pay new invoices. Set up recurring ACH or credit card payments today; it's fast, simple and free of charge! | | |
| FSS-08616 | | 44X10 MOBILE OFFICE (40X10 BOX | 33907.14 |
| | | DELIVERY - 10' WIDE | 780.00 |
| | | STEPS - OSHA ALUMINUM SALE | 1440.00 |
| | | ADV INV 72754952 DEPOSIT | -18842.44 |
| | | SALES TAX | 2294.07 |
| | | | |
| | | TOTAL PAYMENTS | -17284.70 |
| | | Balance Due as of 04/30/2021. Verify current balance in MM Connect.: | **2,294.07** |

Late fees of 1 ½% per month on all past due accounts. A $30.00 fee will be charged for any returned checks.



**SALES INVOICE**

901 S Bond St
Suite 600
Baltimore, MD 21231-3357
Phone: (800) 782-1500

FED#52-0665775

| Customer # | Invoice # | Invoice Date | Seq # | Terms |
|---|---|---|---|---|
| 10454387 | 9012998566 | 02/06/2022 | | Pay immediately w/o deduction |
| **Payment Due** | | | | **$1,191.79** |
| **Invoice Due Date** | | | | **02/06/2022** |

BETHANY FARM & NURSERY LLC
231 SEYMOUR RD
WOODBRIDGE CT  06525

**BRANCH:**

MD Hartford CT
85 Kenneth Dooley Drive
MIDDLETOWN CT  06457
Phone# (203) 699-2469

| Contract# | Previous Customer# | Bill to ID | Customer PO | Ordered By | Rental Period | Job Location |
|---|---|---|---|---|---|---|
| 1001637635 | 23146491 | 155371 | | Andrew Konopka 203-892-0880 | | BETHANY FARM AND NURSERY LLC 231 Seymour Road WOODBRIDGE CT  06525 |

| Quantity | Item#/Description | Price/Rate | Amount | |
|---|---|---|---|---|
| 1.00 | MISC | $0.00 | $0.00 | N* |
| 1.00 | Modification to Unit M | $117.65 | $117.65 | T* |
| 1.00 | Modification to Unit L repair area around door | $1,066.67 | $1,066.67 | N* |
| | Sub - Total | | $1,184.32 | |
| | Tax | | $7.47 | |
| | **Invoice Total:** | | **$1,191.79** | |

Invoice in USD                                   T* - Denotes taxable item, N* Denotes non-taxable item.

---

 **PAYMENT OPTIONS**

*Welcome to the WillScot | Mobile Mini customer portal! Register today to make online payments, sign up for Auto-Pay, or view invoices and statements.*

🖥 **https://portal.mobilemini.com**

📞 **(800) 782-1500, Option 1**

*You remain responsible for the invoice balance if there is an issue with your method of payment. Late fees and interest charges may be assessed if payment is not made within terms.*

**Thank you for your business!**

**P L E A S E   R E M I T   W I T H   P A Y M E N T**

| Invoice Total: | $1,191.79 |
|---|---|
| Invoice Number: | 9012998566 |
| Due Date: | 02/06/2022 |
| Customer: | BETHANY FARM AND NURSERY LLC |
| Customer No: | 10454387 |

Please Remit To:

WILLIAMS SCOTSMAN, INC.
PO BOX 91975
CHICAGO, IL 60693-1975

0000 10454387 9012998566 0000000000 1191798



| **WILLSCOT** | Williams Scotsman, Inc.<br>85 Kenneth Dooley Drive<br>Middletown CT 06457 | **Your Williams Scotsman Representative**<br>Lisa Roosa, Territory Sales Manager<br>Phone: (203)699-2469<br>Email: lisa.roosa@willscot.com<br>Toll Free: 800-782-1500 | **Contract Number:** 1305653<br>**Revision:** 2<br>**Date:** June 29, 2020 |
|---|---|---|---|

## Payment Terms

Sales Percent Down: 30%
Sales Percent Pre Delivery: 60%
Sales Percent Net: 10%

Sales Percent Net Days: 10 days
Credit Terms: 30% upon placement of order; 30% due upon approval of drawings; 30% due upon completion of modules at the factory; 10% due Net 10 days from substantial completion; subject to credit review.

## Acknowledgement

This Sales Agreement (the "Agreement") is made on July 13, 2020, by and between **Williams Scotsman, Inc.**, a Maryland corporation, doing business at 901 S Bond Street Suite 600, Baltimore, Maryland 21231 ("Seller") and Bethany Farm and Nursery LLC ("Buyer"), doing business at the address noted above.

Buyer agrees to purchase from Seller one or more trailer(s) and/or relocatable modular and/or pre-fabricated structures, including stairs, railings, furniture, and other items attached or appurtenant thereto, as noted above and detailed on any Addenda to this Agreement (hereinafter collectively referred to as the "Equipment"), for the purchase price and payment terms and subject to the terms and conditions set forth of this Agreement and as detailed on the Addenda to this Agreement. The Agreement and the Addenda together form the "Contract Documents". The Addenda are as follows and are an integral part of this Agreement.

Addenda:

Addenda: No addenda are included with this document

1. spec sheet

*All prices exclude applicable taxes.

**By its signature below, Buyer hereby acknowledges that it has read and agrees to be bound by the Seller's Sales Agreement Additional Terms and Conditions (11-30-2011) located on Seller's internet site (https://www.willscot.com/About/terms-conditions) in their entirety, which are incorporated herein by reference and agrees to purchase the Equipment from Seller subject to the terms therein.**

LIMITED WARRANTY: Seller hereby warrants to Buyer that at the time of delivery Seller has good and marketable title to the Equipment, free and clear of all liens and encumbrances arising by or through the Seller. Seller warrants to Buyer that the materials and equipment (the "Equipment") furnished by Seller hereunder will be of good quality and new (factory built) and free from defects for a period of one (1) year from the date of delivery of the Equipment. Further, Seller hereby assigns to Buyer all assignable manufacturers' warranties, which shall be subject to the specific manufacturer's warranty provisions and time period. During the warranty period, Seller shall repair or replace all defective parts of the Equipment which are covered under Seller's warranty, (excluding maintenance items such as HVAC filters, fire extinguishers, fuses/breakers, and light bulbs). Seller's warranty excludes repairs for damage or defect caused by abuse, work or modifications not executed by Seller, Buyer's alteration of the Equipment, improper or insufficient maintenance, improper operation, unreasonable and/or excessive use, or use of the Equipment for a purpose for which it was not intended or other misuse. Seller shall have no liability whatsoever for any consequential or incidental damages, costs or expenses arising from the Equipment, the work or any other factor. **Except as expressly stated herein, Seller disclaims any and all other warranties, either expressed or implied, including without limitation all warranties of merchantability, fitness for a particular purpose or usage of trade.**

## Signatures

| BUYER (Name): Bethany Farm and Nursery LLC | SELLER: Williams Scotsman, Inc. |
|---|---|
| Signature: *[signature]* | |
| Print Name: Michael Anderson | |
| Title: Vice President | |
| Date: 7/27/2020 | |
| PO# | |

PLEASE RETURN SIGNED AGREEMENT TO: BALLeases@willscot.com

Williams Scotsman now issues paperless invoices via email, an efficient, convenient & environmentally friendly process. Go green and provide us with the proper email address for your invoices.

AP Email:

| No thanks. Please mail my invoices to:<br>231 Seymour Road<br>Seymour, Connecticut, 06483 | |
|---|---|



| | | |
|---|---|---|
| **Williams Scotsman, Inc.**<br>85 Kenneth Dooley Drive<br>Middletown CT 06457 | **Your Williams Scotsman Representative**<br>Lisa Roosa, Territory Sales Manager<br>**Phone: (203)699-2469**<br>**Email:** lisa.roosa@willscot.com<br>**Toll Free:** 800-782-1500 | **Contract Number:** 1305653<br>**Revision:** 2<br>**Date:** June 29, 2020 |

## SALE AGREEMENT FOR NEW EQUIPMENT WITH LIMITED WARRANTY

| **Buyer:** 23146491 | **Contact:** | **Ship To Address:** |
|---|---|---|
| Bethany Farm and Nursery LLC<br>130 Day Street<br>Seymour, Connecticut, 06483 | Michael Anderson<br>231 Seymour Road<br>Woodbridge, CT, 06524<br>Phone: (201) 841-6605<br>Fax:<br>Email: michaelandersersonsstonehill@gmail.com | 231 Seymour Road<br>WOODBRIDGE , CT  06525  US<br>**Delivery Date (on or about):**<br>08/12/2020 |

| Unit Description and Pricing | | Quantity | Price | Extended |
|---|---|---|---|---|
| 44x10 Mobile Office (40x10 Box) | Unit Number: | 1 | $33,907.14 | $33,907.14 |
| Steps - OSHA Aluminum Sale | | 2 | $720.00 | $1,440.00 |
| Delivery Freight | | 1 | $780.00 | $780.00 |
| Block and Level | | 1 | $282.74 | $282.74 |
| Vinyl skirting | | 100 | $12.75 | $1,275.00 |
| **Total Purchase Price Including Delivery & Installation (if applicable)\* :** | | | | **$37,684.88** |

*All prices exclude applicable taxes.

| Summary of Charges | | |
|---|---|---|
| Model: MO4410 | QUANTITY: 1 | Total Charges for ( 1 ) Building(s):  $37,684.88 |



**Williams Scotsman, Inc.**
85 Kenneth Dooley Drive
Middletown CT 06457

**Your Williams Scotsman Representative**
Lisa Roosa, Territory Sales Manager
Phone: (203)699-2469
Email: lisa.roosa@willscot.com
Toll Free: 800-782-1500

**Contract Number:** 1305675
**Revision:** 3
**Date:** June 29, 2020

## Payment Terms

Sales Percent Down: 30%
Sales Percent Pre Delivery: 60%
Sales Percent Net: 10%

Sales Percent Net Days: 10 days
Credit Terms: 30% upon placement of order; 30% due upon approval of drawings; 30% due upon completion of modules at the factory; 10% due Net 10 days from substantial completion; subject to credit review.

## Acknowledgement

This Sales Agreement (the "Agreement") is made on July 13, 2020, by and between Williams Scotsman, Inc., a Maryland corporation, doing business at 901 S Bond Street Suite 600, Baltimore, Maryland 21231 ("Seller") and Stone Hill Landscapes Inc ("Buyer"), doing business at the address noted above.

Buyer agrees to purchase from Seller one or more trailer(s) and/or relocatable modular and/or pre-fabricated structures, including stairs, railings, furniture, and other items attached or appurtenant thereto, as noted above and detailed on any Addenda to this Agreement (hereinafter collectively referred to as the "Equipment"), for the purchase price and payment terms and subject to the terms and conditions set forth of this Agreement and as detailed on the Addenda to this Agreement. The Agreement and the Addenda together form the "Contract Documents". The Addenda are as follows and are an integral part of this Agreement.

Addenda:

Addenda: No addenda are included with this document

1. spec sheet

*All prices exclude applicable taxes.

**By its signature below, Buyer hereby acknowledges that it has read and agrees to be bound by the Seller's Sales Agreement Additional Terms and Conditions (11-30-2011) located on Seller's Internet site (https://www.willscot.com/About/terms-conditions) in their entirety, which are incorporated herein by reference and agrees to purchase the Equipment from Seller subject to the terms therein.**

LIMITED WARRANTY: Seller hereby warrants to Buyer that at the time of delivery Seller has good and marketable title to the Equipment, free and clear of all liens and encumbrances arising by or through the Seller. Seller warrants to Buyer that the materials and equipment (the "Equipment") furnished by Seller hereunder will be of good quality and new (factory built) and free from defects for a period of one (1) year from the date of delivery of the Equipment. Further, Seller hereby assigns to Buyer all assignable manufacturers' warranties, which shall be subject to the specific manufacturer's warranty provisions and time period. During the warranty period, Seller shall repair or replace all defective parts of the Equipment which are covered under Seller's warranty. (excluding maintenance items such as HVAC filters, fire extinguishers, fuses/ breakers, and light bulbs). Seller's warranty excludes repairs for damage or defect caused by abuse, work or modifications not executed by Seller, Buyer's alteration of the Equipment, improper or insufficient maintenance, improper operation, unreasonable and/or excessive use, or use of the Equipment for a purpose for which it was not intended or other misuse. Seller shall have no liability whatsoever for any consequential or incidental damages, costs or expenses arising from the Equipment, the work or any other factor. **Except as expressly stated herein, Seller disclaims any and all other warranties, either expressed or implied, including without limitation all warranties of merchantability, fitness for a particular purpose or usage of trade.**

## Signatures

| BUYER (Name):   Stone Hill Landscapes Inc | SELLER:   Williams Scotsman, Inc. |
|---|---|
| Signature: *Michael G Anderson* | |
| Print Name:  Michael  Anderson | |
| Title:  Vice  President | |
| Date:  7/27/2020 | |
| PO# | |

**PLEASE RETURN SIGNED AGREEMENT TO: BALLeases@willscot.com**

Williams Scotsman now issues paperless invoices via email, an efficient, convenient & environmentally friendly process.  Go green and provide us with the proper email address for your invoices.

AP Email:

| No thanks.  *Please mail my invoices to:*<br>130 Day Street<br>Seymour, Connecticut, 06483 | |
|---|---|



| | Williams Scotsman, Inc.<br>85 Kenneth Dooley Drive<br>Middletown CT 06457 | Your Williams Scotsman Representative<br>Lisa Roosa, Territory Sales Manager<br>**Phone: (203)699-2469**<br>**Email:** lisa.roosa@willscot.com<br>**Toll Free:** 800-782-1500 | **Contract Number:** 1305675<br>**Revision:** 3<br>**Date:** June 29, 2020 |

## SALE AGREEMENT FOR NEW EQUIPMENT WITH LIMITED WARRANTY

| Buyer: 23146504 | Contact: | Ship To Address: |
|---|---|---|
| Stone Hill Landscapes Inc<br>130 Day Street<br>Seymour, Connecticut, 06483 | Michael Anderson<br>130 Day Street<br>Seymour, CT, 06483<br>Phone: 2018416605<br>Fax:<br>Email: michaelandersonstonehill@gmail.com | tbd<br>SEYMOUR , CT  06483 US<br>**Delivery Date (on or about):**<br>08/26/2020 |

| Unit Description and Pricing | | Quantity | Price | Extended |
|---|---|---|---|---|
| 32x8 Mobile Office (28x8 Box) | Unit Number: | 1 | $27,992.86 | $27,992.86 |
| Steps - OSHA Aluminum Sale | | 1 | $720.00 | $720.00 |
| Delivery Freight | | 1 | $551.43 | $551.43 |
| Block and Level | | 1 | $231.36 | $231.36 |
| Vinyl skirting | | 72 | $12.75 | $918.00 |
| **Total Purchase Price Including Delivery & Installation (if applicable)* :** | | | | **$30,413.65** |

*All prices exclude applicable taxes.

| Summary of Charges | | |
|---|---|---|
| Model: MO328 | QUANTITY: 1 | Total Charges for (1 ) Building(s):  $30,413.65 |

INVOICE
INV0026

**NEP home improvement LLC t**

Ndreke Kimca
GST # 0646489
20 spector Rd Woodbridge ct 06525
2035591593
kimcandrek@gmail.com

DATE
Sept 17, 2020

DUE
On Receipt

BALANCE DUE
USD $2,870.00

BILL TO

**Stone hill (offices at the Woodbridge farme )**

📞 (201) 841-6605
📱 (203) 641-6275
michaelandersonstonehill@gmail.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Balance for sheetrack and painting etc of $1750 | $2,870.00 | 1 | $2,870.00 |
| Install floors $650 | | | |
| Install shoe molding $120 | | | |
| Remove countertop with cabinets outside . Play wood it . Remove and install damaged play wood . | | | |
| Primer and pint material  and labor $350 | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $2,870.00 |
| TAX (6.35%) | | $0.00 |
| TOTAL | | $2,870.00 |
| BALANCE DUE | | **USD $2,870.00** |

**Payment Info**

BY CHEQUE
NEP home improvement  LLC

Payed in fill

N.E.P. Home Improvement LLC.

20 Spector Rd, Woodbridge CT 06525

LIC# 0646489     Tel: 203 559 1593

**Proposal: 1990**

Date: 07/23/2020                    For: Remodel

## Address: 229 Seymour Rd, Woodbridge CT

## Scope of work

1) Remove insulation on the roof
2) Demo bathroom sheetrock
3) Demo all the sheetrock damaged in the office
4) Close cabinet file opening
5) Close a/c opening
6) Tape, primer and paint office
7) Replace bathroom door
8) Install any necessary trim/molding

## Total for labor and material          **$3,500.00**

*Payments to be made in 2 Installments: 50% at beginning, 25% after plumbing and electrical and 25% at the end of work.

*Payments not made in agreed upon time are subject to 14% interest for month and Possible lien on the property in question.

*price may be subject to change if changes in work detail are requested

If proposal is satisfactory as agreed with contractor sign and send back through e-mail: Kimcandrek@gmail.com.   **Proposal # 1990   Total: $3,500.00**

Customer

Kyle &

7 - 27 - 20

Contractor

Ndrek Kimca



**HORBAL & JUDSON**
LAND SURVEYORS & ASSOCIATES
52 Main Street, Seymour, CT 06483

203-888-9660
hjlandsurveyors@yahoo.com

# PROFESSIONAL SERVICES AGREEMENT

August 8, 2020

Bethany Farm & Nursery, LLC
Mr. Michael Anderson
229 Seymour Road
Bethany/Woodbridge, CT

Re: Proposal for Land Surveying Services
    Property and Aerial Topography Survey of 18± acre parcel
    229 Seymour Road, Bethany/Woodbridge, CT

Dear Mr. Anderson,

    As requested, the following represents our proposal for Professional Land Surveying services associated with the preparation of a Property and Aerial Topographic Survey of #229 Seymour Road, Bethany/Woodbridge. The following describes the Scope of Services, Special Conditions/Exclusions, Fees, and Terms and Conditions for this project.

## SCOPE OF SERVICES:
    The work to be provided during this project includes the following:

## PREPARATION OF PROPERTY SURVEY:

We will perform a Class "A-2" Perimeter-Property Survey of 229 Seymour Road, Bethany/Woodbridge. The final mapping will be prepared at a scale not to exceed 1" = 80' and depict:

- Location of all boundary markers found
- Improvements including buildings, sheds, driveways, roadways, the existing bridge, fence lines, and surface utilities within close proximity to the property lines will be located by field survey.
- Record easement lines including C.L.& P. easement.
- Current zoning and building setback lines.
- Existing well locations, septic tank location, propane tanks, and visible surface utilities (transformers, etc.) Underground utilities will be mapped provided the client has such utilities marked. Utility exploration/marking is not included.
- Wetland boundary delineation is not included. If the client can provide mapping which depicts any previous delineated wetland boundaries they will be traced on to the mapping and their source referenced.

Page 1

- Interior parcel features (greenhouses, forest lines, etc.) will be obtained by aerial mapping from the topographic survey and will not be obtained by field measurements. These features will be verified by field inspection.
- The parcel boundary lines along the accessway and southeasterly property line will be marked in nine locations with iron pins or other permanent markers. See attached sketch.

## PREPARATION OF TOPOGRAPHIC SURVEY:

A class "T-3" (aerial) topographic survey will be performed of the parcel that will include coverage of the site with an approximate 50 foot overlap onto the adjoining properties. Topography will be mapped at two foot intervals and depict elevations & features based on 2016 aerial photos.

## OWNER FURNISHED INFORMATION:

The owner/applicant shall be responsible for furnishing the following information:

-A copy of the title search from when the property was purchased, if available.
-Legible copies of any existing survey maps of the parcel, including any past wetland mapping.
-The marking of any underground utility lines to be mapped.

## SPECIAL CONDITIONS & WORK NOT INCLUDED:

-Any work not specifically listed in the scope of services. Additional work to be billed at our hourly rates. No additional work will be performed without consent of the client.
-Wetland delineation by a soil scientist and any related mapping.
-Any proposed mapping for site plan approval including any proposed buildings, septic systems, or bridge replacement.
-Soil testing services for any proposed septic system or location of the existing septic fields.
-Any and all legal services
-Representation at Town Agency meetings.

## SCHEDULE:

We are available to begin work on this project within two weeks of receiving written notice to proceed and retainer. Substantial completion of survey plan is anticipated to take up to six weeks from the start of our field work. We will work to expedite this schedule to the greatest extent possible.

## FEES & PAYMENT SCHEDULE:

The fee for the above services will not exceed **$14,800.00**

Invoices will be submitted periodically (monthly) based upon the amount of work completed in the prior period. Invoices are due and payable upon receipt. The fees quoted herein remain in effect for 60 days.

If the terms of this proposal are acceptable, please sign in the space indicated below and return one copy of this document along with a retainer check for **$4,000.00** to this office. Upon receipt, the signed proposal will become our agreement for the services described herein and will serve as authorization to proceed.

Please feel free to contact me with any questions you may have regarding this matter.

We look forward to working with you on this project.

_____     Date: 8/8/2020 .

Jesse T. Judson, Member: Judson Land Surveying, LLC

## AUTHORIZED TO PROCEED WITH WORK BY:

_____ (Signature)

Michael Anderson, P.E. _____ (Printed)

TITLE: Vice President _____ .

DATE: 8/17/2020 _____ .

**\* Return copy and retain original for your records**



# Town of Bethany, Connecticut
## Assessment Parcel Map

Parcel: **00160400**
Address: **229 SEYMOUR RD**

Map Produced: Jul 2020

Approximate Scale:    1 inch = 275 feet

0    140    280    420    560
Feet

Disclaimer: This map is for informational purposes only. All information is subject to verification by any user. The Town of Bethany and its mapping contractors assume no legal responsibility for the information contained herein.

## TERMS AND CONDITIONS:

1. This agreement may be terminated by either party upon five (5) days written notice by mutual consent or in the event of persistent failures of performance of material terms and conditions of this Agreement by the other party through no fault of the terminating party. HJLSA shall then be paid for the services completed up to the time of termination based upon the above described fees.
2. All services not specifically described herein will be deemed extra work and billed at hourly rates.
3. Client shall discuss expectations and provide all pertinent information to HJLSA prior to commencement of the project.
4. HJLSA shall not be responsible for or held liable for any information not prepared directly by HJLSA.
5. Outside consultants and application fees will be charged at our costs plus 10%.
6. It is understood that HJLSA will prepare all plans in accordance with existing State and Local regulations which apply to this Project. However, no warranty of approvals is expressed nor implied for the Project.
7. All documents, including original drawings, electronic files, estimates, field notes and data are and shall remain the sole and exclusive property of HJLSA as instruments of service. The client may, at his expense, obtain record prints of drawings, in consideration of which the client will use them solely in connection with the above described project and not for the purpose of making subsequent extensions or enlargements thereto. Accordingly, all common law, statutory and other rights, including copyright are herein reserved by this office. The owner shall be permitted to retain copies, including reproducible copies, of the drawings, reports and other information as may be required for information and for reference in connection with the use and occupancy of the project.
8. The client agrees to pay HJLSA for work in accordance with terms of this agreement without regard to the success of the Project. Payment is not conditioned on payments from third parties who are not part of this agreement, nor shall it be conditioned on any payments from others or any funding sources. Payment is not conditioned on approval by any regulatory agency.
9. Unless otherwise specified in this Agreement, payment for the above described services shall be due upon receipt of invoice. In the event that said account is unpaid after the thirtieth day subsequent to the date of the first billing, the client shall be subject to a monthly service charge of 1.5% on the unpaid balance (18.0% true annual rate). In the event that any portion of all of this account remains unpaid ninety (90) days subsequent to the first billing date, the client shall pay all costs of collection including reasonable attorneys' fees. HJLSA reserves the right to cease all work on the project if the outstanding balance is more than forty (40) days past due.
10. Unless otherwise stated, HJLSA will have access to the site for activities necessary for the performance of the services. HJLSA will take precautions to minimize damage due to these activities, but have not included in the fee the cost of restoration of any resulting damage.
11. The Client shall indemnify and hold harmless HJLSA and all of its personnel from and against any and all claims, damages, losses and expenses (including reasonable attorneys' fees) arising out of or resulting from the performance of the services, provided that any such claim, damage, loss or expense is caused in whole or in part by the negligent act, omission, and/or strict liability of the Client, anyone directly or indirectly employed by the Client (except HJLSA), or anyone for whose acts any of them may be liable.



**HORBAL & JUDSON**
LAND SURVEYORS & ASSOCIATES
52 Main Street, Seymour, CT 06483

203-888-9660
hjlandsurveyors@yahoo.com

## HOURLY RATE SCHEDULE
### EFFECTIVE 1/15/2019

| | |
|---|---|
| LICENSED LAND SURVEYOR | $90/PER HOUR |
| PROFESSIONAL ENGINEER | $140/PER HOUR |
| 2 MAN SURVEY CREW (WITH RLS) | $140/PER HOUR |
| 2 MAN SURVEY CREW | $130/PER HOUR |
| 1 MAN SURVEY CREW W/ROBOT | $100/PER HOUR |
| 1 MAN (RLS) SURVEY CREW W/ROBOT | $120/PER HOUR |
| 1 MAN SURVEY CREW W/GPS | $120/PER HOUR |
| SURVEY TECH – LEVEL 1 | $75/PER HOUR |
| SURVEY TECH – LEVEL 2 | $66/PER HOUR |
| SURVEY TECH – LEVEL 3 | $48/PER HOUR |
| OFFICE SUPPORT/SECRETARY | $48/PER HOUR |
| MYLAR PRINT FOR RECORDING | $75 EACH |
| PLAN REPRODUCTION/PAPER PRINTS | $5 EACH |
| BANK/TITLE COMPANY CERTIFICATION | $150 MINIMUM |
| CONSULTANTS | COST PLUS 10% |

**Stone Hill Landscape Inc.**
35 Nutmeg Dr M275
Trumbull, CT  06611
+1 2038779324
Contact@stonehilllandscape.com
www.stonehilllandscape.com

# Invoice



| BILL TO |
| --- |
| Bethany Farm and Nursery |
| 35 Nutmeg Drive |
| Suite M275 |
| Trumbull, Connecticut  06611 |
| United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11520 | 12/01/2020 | $50,000.00 | 12/01/2020 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | **Furnish all Labor** <br> Furnish all labor, equipment and material necessary for the completion of the following scope of work: <br> - regrade and prep roadways/infrasture <br> - remove all junk from open space and dispose of <br> - reshape drives with proper grading <br> - shore up eroded areas and foundation of glasshouse <br> - mill roads for more structure and direct runoff <br> - shore up foundations and add walls as needed <br> - repair loading dock areas so functional | 1 | 0.00 | 0.00 |
| | **Labor** <br> - 2 operators & 2 laborers <br> - 4 weeks | 20 | 1,000.00 | 20,000.00 |
| | **Machine** <br> Loader, skid steer, roller (per day) | 20 | 750.00 | 15,000.00 |
| | **Material** <br> 100 ton millings | 1,500 | 10.00 | 15,000.00 |

This is the invoice for the scope of work listed above. We appreciate your prompt payment. Please contact us with any questions or concerns. Thank you!

**BALANCE DUE**        **$50,000.00**

We appreciate your business.

# custom automations

**Invoice**

40 Macintosh Drive
Oxford, CT 06478
203-888-6634 (office/fax)
finance@customautomations.com

PAID
01/14/2021

| Date | Invoice # |
|------|-----------|
| 12/23/2020 | 1897 |

**Bill To**

Bethany Farm and Nursery
229 Seymour Avenue
Woodbridge, CT 06525
Kyle Smith

| P.O. No. | Account # | Terms | Project |
|----------|-----------|-------|---------|
|  |  | Due upon receipt | 2020-10-06 - Network Wiring |

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | Network Wiring Infrastructure | 24,850.00 |
| 1 | Climate Controlled Network Cabinet | 4,750.00 |
| 3 | Non-Climate Controlled Network Cabinets | 2,975.00 |

*Please remit payment to the above address.  Thank you for your business.*

| | |
|---|---|
| Sub-Total | $32,575.00 |
| Sales Tax | $0.00 |
| **Total** | **$32,575.00** |
| Payments/Credits | -$32,575.00 |
| **Balance Due** | **$0.00** |


**custom automations**

40 Macintosh Drive
Oxford, CT 06478
203-888-6634 (office/fax)
finance@customautomations.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2021 | 1941 |

**PAID 04/02/2021**

**Bill To**

Bethany Farm and Nursery
229 Seymour Avenue
Woodbridge, CT 06525
Kyle Smith

| P.O. No. | Account # | Terms | Project |
|----------|-----------|-------|---------|
| | | Due upon receipt | 2021-01-19 - Interior Wiring |

| Qty | Description | Amount |
|-----|-------------|--------|
| | Interior Network Wiring (Office & Trailer) | 3,300.00T |
| 2 | Additional items from Original Statement of Work<br>Cat6 Solid Cable (1000' Box)<br>Change Order: Move wall mounted cabinet in wholesale house, grounding of wall cabinets | 379.98T<br>525.00 |

*Please remit payment to the above address.  Thank you for your business.*

| | |
|---|---|
| Sub-Total | $4,204.98 |
| Sales Tax | $233.68 |
| **Total** | **$4,438.66** |
| Payments/Credits | -$4,438.66 |
| **Balance Due** | **$0.00** |



# custom automations

40 Macintosh Drive
Oxford, CT 06478
203-888-6634 (office/fax)
finance@customautomations.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2021 | 1981 |

**PAID** 7/14/2021

**Bill To**

Bethany Farm and Nursery
229 Seymour Avenue
Woodbridge, CT 06525
Kyle Smith

| P.O. No. | Account # | Terms | Project |
|----------|-----------|-------|---------|
|          |           | Due upon receipt | 2021-04-15 - Network Buildout |

| Description | Amount |
|-------------|--------|
| Managed IT Services - Network Equipment & Installation | |
| Materials & Equipment (Per Original Proposal) | 4,250.00 |
| Labor- Installation and Configuration (Per Original Proposal) | 6,500.00 |
| Change Order | 673.45 |
| -Additional equipment changes due to network equipment backorders and post-installation changes not included in original proposal | |
| -- Fiber to Ethernet Media Converters | |
| -- Fiber Transceivers | |
| -- Rack Shelves (media converters) | |
| -- Patch Cables & Installation Materials | |
| Shipping & Handling (Expedited) | 124.50 |

*Please remit payment to the above address. Thank you for your business.*

| | |
|---|---|
| Sub-Total | $11,547.95 |
| Sales Tax | $0.00 |
| **Total** | **$11,547.95** |
| Payments/Credits | -$11,547.95 |
| Balance Due | $0.00 |



# custom automations

40 Macintosh Drive
Oxford, CT 06478
203-888-6634 (office/fax)
finance@customautomations.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/24/2021 | 2058 |

**PAID**
12/04/2021

**Bill To**

Bethany Farm and Nursery
229 Seymour Avenue
Woodbridge, CT 06525
Kyle Smith

| P.O. No. | Account # | Terms | Project |
|----------|-----------|-------|---------|
|  |  | Due upon receipt | 2021-08-10 - Network Setup (Barn) |

| Description | Amount |
|-------------|--------|
| Equipment & Installation Materials | 1,989.44T |
| Shipping & Handling | 249.30T |
| Labor (Backbone Wiring & Connectivity, Interior Patching & Connectivity, Network Equipment Installation and Configuration) | 1,875.00T |

*Please remit payment to the above address. Thank you for your business.*

| | |
|---|---|
| Sub-Total | $4,113.74 |
| Sales Tax | $261.22 |
| **Total** | **$4,374.96** |
| Payments/Credits | -$4,374.96 |
| Balance Due | $0.00 |

**Superior Comfort Heating & Air Conditioning LLC**

**390 East Main ST**
**Ansonia CT 06401**

(203)736-6309  CT Lic# S1-0390206

# Invoice



| Date | 1/11/2021 |
|---|---|
| Invoice # | 9807 |

**www.superiorcomfort.com**

### Bill To

Kyle Smith
Bethany Farm & Nursery LLC
231 Seymour Rd
Woodbridge CT 06525

| Terms | Project |
|---|---|
| Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | This invoice is regarding start of work installing heat pump system for office area | 4,450.00 | 4,450.00 |

Thank you for your business.

| | Total | $4,450.00 |
|---|---|---|

**Superior Comfort Heating & Air Conditioning LLC**

**390 East Main ST**
**Ansonia CT 06401**

**(203)736-6309  CT Lic# S1-0390206**

# Invoice



| | |
|---|---|
| Date | 1/25/2021 |
| Invoice # | 9849 |

**www.superiorcomfort.com**

| Bill To |
|---|
| Kyle Smith<br>Bethany Farm & Nursery LLC<br>231 Seymour Rd<br>Woodbridge CT 06525 |

| Terms | Project |
|---|---|
| Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | This invoice is regarding the completion of heating and air conditioning system for office space at Bethany Farn Nursery Bethany, CT, Total cost of work $8900.00  received $4450.00 balance due $4450.00 | 4,450.00 | 4,450.00 |

Thank you for your business.

| | Total | $4,450.00 |
|---|---|---|

**Superior Comfort Heating & Air Conditioning LLC**

**390 East Main ST**
**Ansonia CT 06401**

**(203)736-6309  CT Lic# S1-0390206**

# Invoice



| | |
|---|---|
| **Date** | 3/31/2020 |
| **Invoice #** | 9188 |

**www.superiorcomfort.com**

**Bill To**

Kyle Smith
Bethany Farm & Nursery LLC
231 Seymour Rd
Woodbridge CT 06525

| Terms | Project |
|---|---|
| Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | This invoice is regarding the completion of heating systems and gas piping for green houses located at 231 Seymour Rd Woodbridge CT, | 0.00 | 0.00 |
| | Total cost of installation of heater and gas piping | 81,500.00 | 81,500.00 |
| | Cost of Glass work to exhaust heater (invoice is attached) | 1,265.57 | 1,265.57 |
| | Cost of running under ground gas lines and tie in propane tanks original quote from Pioneer Gas $4700.00 i got it done for 3,200.00 parts and material | 3,200.00 | 3,200.00 |
| | Ten- Sterling Green house stainless steel propane fired unit heaters M/N GF400A | | |

Thank you for your business.

| Total | $85,965.57 |
|---|---|

# Statement

Superior Comfort Heating & Air Conditioning LLC
390 East Main ST
Ansonia CT 06401
Phone 203-736-6309

| Date |
|------|
| 5/31/2021 |

| To: |
|-----|
| Kyle Smith |
| Bethany Farm & Nursery LLC |
| 231 Seymour Rd |
| Woodbridge CT 06525 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $20,965.57 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| | | | 0.00 |
| 01/31/2020 | Balance forward | | |
| 03/31/2020 | INV #9188. | 85,965.57 | 85,965.57 |
| 04/09/2020 | PMT #1142. | -40,000.00 | 45,965.57 |
| 06/08/2020 | PMT #1290. | -10,000.00 | 35,965.57 |
| 10/04/2020 | PMT #1323. | -10,000.00 | 25,965.57 |
| 01/07/2021 | PMT #1333. | -5,000.00 | 20,965.57 |
| 01/11/2021 | INV #9807. | 4,450.00 | 25,415.57 |
| 01/11/2021 | PMT #1324. | -4,450.00 | 20,965.57 |
| 01/25/2021 | INV #9849. | 4,450.00 | 25,415.57 |
| 02/02/2021 | PMT #1387. | -4,450.00 | 20,965.57 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 20,965.57 | $20,965.57 |

**Superior Comfort Heating & Air Conditioning LLC**

**390 East Main ST**
**Ansonia CT 06401**

**(203)736-6309  CT Lic# S1-0390206**

# Invoice

| Date | 1/3/2022 |
|---|---|
| Invoice # | 10577 |

| **www.superiorcomfort.com** |
|---|



| Bill To |
|---|
| Kyle Smith
Bethany Farm & Nursery LLC
231 Seymour Rd
Woodbridge CT 06525 |

| Terms | Project |
|---|---|
| Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 12/6/21 This invoice is regarding disconnecting heat pump unit serving office area in rear green house. Recovered refrigerant and disconnected electrical. | 150.00 | 150.00T |
| | 12/31/21 This invoice is regarding reconnecting heat pump for office area located in rear greenhouse, brazed refrigerant line evacuated and charged system unit checked operation unit running well. | 300.00 | 300.00T |
| | Conn Sales Tax | 6.35% | 28.58 |

Thank you for your business.

| **Total** | **$478.58** |
|---|---|

**Superior Comfort Heating & Air Conditioning LLC**

**390 East Main ST**
**Ansonia CT 06401**

**(203)736-6309  CT Lic# S1-0390206**

# Invoice



| Date | 12/7/2021 |
|---|---|
| Invoice # | 10549 |

**www.superiorcomfort.com**

**Bill To**

Kyle Smith
Bethany Farm & Nursery LLC
231 Seymour Rd
Woodbridge CT 06525

| Terms | Project |
|---|---|
| Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | This invoice is regarding Running gas piping and vent for propane fired hanging unit for green house  with well pump is located . installed regulator and ran gas lines also installed venting, Cecked operation of unit system running well | 0.00 | 0.00 |
| | 6" B-venting | 320.00 | 320.00 |
| | Two regulators | 225.00 | 225.00 |
| | Copper piping and gas piping material | 315.00 | 315.00 |
| | labor | 1,600.00 | 1,600.00 |

Thank you for your business.

| Total | $2,460.00 |
|---|---|

Precision Glass & Mirror

43 Old State Road
Oxford, CT 06478

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2020 | 2019-2968 |

| Bill To |
|---------|
| Superior Comfort<br>East main St<br>Ansonia, CT. 06401 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| Acc Begonia | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Remove glass in greenhouse replace w Lexan for exhaust | | |
| 4 | 24 3/4 x 48 x 1/8 lexan | 100.00 | 400.0 |
| | | 0.00 | 0.0 |
| 16 | barcaps | 15.00 | 240.0 |
| | labor | 550.00 | 550.0 |
| | Sales Tax | 6.35% | 75.5 |

| | Total | $1,265.5 |
|--|-------|----------|

**Invoice: 7645503**

## INVOICE

Invoice Date: 8/19/2021



**Corporate**
1395 John Fitch Blvd., South Windsor, CT 06074
**Distribution**
1440 Field of Dreams Way, Dyersville, IA 52040

p: 1.800.476.9715 • f: 1.800.457.8887 • www.growerssupply.com

| Order Number: 7726440 | Cust ID: 9030078 | Invoice Total: 447.08 |
|---|---|---|

**Sold To:**

ANDREW
BETHANY FARM & NURSERY
229 SEYMOUR RD
WOODBRIDGE CT 06525-1015 UNITED STATES

**Ship To:**

ANDREW
BETHANY FARM & NURSERY
229 SEYMOUR RD
WOODBRIDGE CT 06525-1015
UNITED STATES

### Detach and return top portion with payment to Corporate Office

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PO Number: | Terms: PREPAY BEFORE |  |
|---|---|---|
| Sales Rep: ALEXIS SAMUEL | Ordered: 8/19/2021 | Ship Via: FEDEX PARCEL GROUND |
| Packing Slip: 621513 | | Ship Date: 8/19/2021 |

| Line | Part Number/Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | 111673 GREENHOUSE CURVED VENT RACK | 10.00EA | 11.25/1 | 112.50 |
| 2 | 111679 GREENHOUSE VENT RACK DRIVE | 6.00EA | 11.59/1 | 69.54 |
| 3 | 111674 GREENHOUSE VENT BEARING PLATE | 10.00EA | 7.00/1 | 70.00 |
| 4 | 111681 GREENHOUSE VENT WINDOW CONNECTOR | 10.00EA | 2.39/1 | 23.90 |
| 5 | 111680 GREENHOUSE VENT RACK | 6.00EA | 9.59/1 | 57.54 |
| 6 | 104774 3M VENT TAPE FOR POLY-CARB 1"X108' | 1.00EA | 26.95/1 | 26.95 |

*Miscellaneous Charges:*

| Description | Amount |
|---|---|
| 10.) Freight | 59.95 |

**Invoice: 7645503**                     **INVOICE**                    Invoice Date: 8/19/2021

| Payment Schedule | | |
|---|---|---|
| Due Date | | Amount |
| 1 | 8/19/2021 | 447.08 |
| | *Total* | 447.08 |

In the event any monies are not paid in full on or before the "Due Date", an interest rate shall accrue on the unpaid balance at the rate of 1.5% per month or the maximum rate allowed by law until paid in full.



Corporate Offices
Distribution Center

1395 John Fitch Blvd., South Windsor, CT 06074
1440 Field of Dreams Way, Dyersville, IA 52040
Phone: 1.800.476.9715 • Int'l Phone 860.529.9550
Fax: 1.800.457.8887 • Int'l Fax: 800.289.4711
Website: www.growerssupply.com

| | |
|---|---|
| Line(s) Subtotal: | 360.43 |
| Miscellaneous Charges: | 59.95 |
| Less Advance Billing: | 0.00 |
| Total Tax: | 26.70 |
| Reverse Charge Tax: | 0.00 |
| Less Prepaid Deposits: | 0.00 |
| Less Deposit: | 0.00 |
| Rounding: | 0.00 |
| Total | 447.08 USD |

From: ClearSpan Inbound     Fax: 18607600210        To: 12034091167@rcfax.com     Fax: (203) 409-1167              Page: 2 of 2       08/13/2022 6:41 PM

**Invoice: 7646652**

INVOICE

Invoice Date: 8/27/2021



**Corporate**
1395 John Fitch Blvd., South Windsor, CT 06074
**Distribution**
1440 Field of Dreams Way, Dyersville, IA 52040

p: 1.800.476.9715 • f: 1.800.457.8887 • www.growerssupply.com

| Order Number: 7726440 | Cust ID: 9030078 | Invoice Total: | -26.70 |
|---|---|---|---|

**Sold To:**

BETHANY FARM & NURSERY
229 SEYMOUR RD
WOODBRIDGE CT 06525-1015 UNITED STATES

**Ship To:**

BETHANY FARM & NURSERY
229 SEYMOUR RD
WOODBRIDGE CT 06525-1015
UNITED STATES

### Detach and return top portion with payment to Corporate Office

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PO Number: | Terms: PREPAY BEFORE | |
|---|---|---|
| Sales Rep: ALEXIS SAMUEL | Ordered: 8/19/2021 | Ship Via: FEDEX PARCEL GROUND |
| | | Ship Date: 8/27/2021 |

| Line | Part Number/Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | TAX CREDIT<br>CT AGRICULTURE TAX EXEMPT | -1.00EA | 26.70/1 | -26.70 |

| Payment Schedule | | |
|---|---|---|
| Due Date | | Amount |
| 1 | 8/27/2021 | -26.70 |
| | *Total* | -26.70 |

In the event any monies are not paid in full on or before the "Due Date", an interest rate shall accrue on the unpaid balance at the rate of 1.5% per month or the maximum rate allowed by law until paid in full.



Corporate Offices          1395 John Fitch Blvd., South Windsor, CT 06074
Distribution Center        1440 Field of Dreams Way, Dyersville, IA 52040
                           Phone: 1.800.476.9715 • Int'l Phone 660.529.9550
                           Fax: 1.800.457.8887 • Int'l Fax: 660.269.4711
                           Website: www.growerssupply.com

| | |
|---|---|
| Line(s) Subtotal: | -26.70 |
| Miscellaneous Charges: | 0.00 |
| Less Advance Billing: | 0.00 |
| Total Tax: | 0.00 |
| Reverse Charge Tax: | 0.00 |
| Less Prepaid Deposits: | 0.00 |
| Less Deposit: | 0.00 |
| Rounding: | 0.00 |
| Total | -26.70 USD |

**Invoice: 7652503**

## INVOICE

Invoice Date: 10/4/2021



**Corporate**
1395 John Fitch Blvd., South Windsor, CT 06074
**Distribution**
1440 Field of Dreams Way, Dyersville, IA 52040

p: 1.800.476.9715 • f: 1.800.457.8887 • www.growerssupply.com

| Order Number: 7733011 | Cust ID: 9030078 | Invoice Total: 116.23 |
|---|---|---|

**Sold To:**

ANDREW
BETHANY FARM & NURSERY
229 SEYMOUR RD
WOODBRIDGE CT 06525-1015 UNITED STATES

**Ship To:**

ANDREW
BETHANY FARM & NURSERY
229 SEYMOUR RD
WOODBRIDGE CT 06525-1015
UNITED STATES

### Detach and return top portion with payment to Corporate Office

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| PO Number: 7733011SOA | Terms: NET 20 DAYS | |
| Sales Rep: ALEXIS SAMUEL | Ordered: 9/29/2021 | Ship Via: FEDEX PARCEL GROUND |
| Packing Slip: 627659 | | Ship Date: 10/1/2021 |

| Line | Part Number/Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | 111679 GREENHOUSE VENT RACK DRIVE | 4.00EA *PO Number:* 7733011SOA | 11.59/1 | 46.36 |
| 2 | 111681 GREENHOUSE VENT WINDOW CONNECTOR | 4.00EA *PO Number:* 7733011SOA | 2.39/1 | 9.56 |
| 3 | 111680 GREENHOUSE VENT RACK | 4.00EA *PO Number:* 7733011SOA | 9.59/1 | 38.36 |

*Miscellaneous Charges:*

| Description | Amount |
|---|---|
| 10.) Freight | 21.95 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 10/24/2021 | 116.23 |
| | *Total* | 116.23 |

In the event any monies are not paid in full on or before the "Due Date", an
interest rate shall accrue on the unpaid balance at the rate of 1.5% per month
or the maximum rate allowed by law until paid in full.



Corporate Offices
Distribution Center
1395 John Fitch Blvd., South Windsor, CT 06074
1440 Field of Dreams Way, Dyersville, IA 52040
Phone: 1.800.476.9715 • Int'l Phone 860.528.9550
Fax: 1.800.457.8887 • Int'l Fax: 860.289.4711
Website: www.growerssupply.com

| | |
|---|---|
| Line(s) Subtotal: | 94.28 |
| Miscellaneous Charges: | 21.95 |
| Less Advance Billing: | 0.00 |
| Total Tax: | 0.00 |
| Reverse Charge Tax: | 0.00 |
| Less Prepaid Deposits: | 0.00 |
| Less Deposit: | 0.00 |
| Rounding: | 0.00 |
| Total | 116.23 USD |



**Complete Environmental Services**
674 AMITY RD
BETHANY, CT  06524 US
(203) 393-7397
www.completeenvironmentalservices.com

# INVOICE

**BILL TO**
Bethany Farm & Nursery
229 Seymour Road
Bethany, CT  06524

**INVOICE #** 5180
**DATE** 01/08/2022

**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Mobilization Demobilization | 1 | 600.00 | 600.00 |
| Equipment & labor to excavate (1) 10,000 gallon steel gasoline tank & backfill | 1 | 7,400.00 | 7,400.00 |
| Vac Truck & service crew for power washing, cutting, cleaning | 1 | 2,840.00 | 2,840.00 |
| Fuel Oil Disposal | 1 | 960.00 | 960.00 |
| Labor & equipment to cut, clean & remove 4,000 gal AST | 1 | 1,850.00 | 1,850.00 |
| Backfill - 1/14" clean processed stone | 1 | 2,736.00 | 2,736.00 |
| CT DEEP notification, town permit & administrative | 1 | 625.00 | 625.00 |

Farmer Tax Exemption Permit
Corr ID: 1900036943807
CT Reg No: 78761459-002

**BALANCE DUE** **$17,011.00**

Remit To:

AMERITEMP, Ltd.
3314 N. RICHMOND ROAD
JOHNSBURG, IL 60051

www.ameritempgroup.com

**Paid in Full**

| Completed | Invoice# |
|---|---|
| Thu 1/23/2020 | 40140 |

Bill to:                                          Customer #: 26446

**BETHANY FARM & NURSERY**
229 SEYMOUR RD

Woodbridge, CT 06525

Job Descr:  VK-12

PO #:  PHONE ORDER

Date Out  Wed 1/22/2020

| Terms | Aging Date |
|---|---|
| UPON RECEIPT | Thu 1/23/2020 |

**Ordered By:** BETHANY FARM & NURSERY   845-636-3189
**Salesman:** AMERITEMP   815-385-2350   sales@ameritempltd.com
   **Delivery Wed 1/22/2020   4:33PM**
      BETHANY FARM & NURSERY 845-636-3189
      229 SEYMOUR RD
      Woodbridge, CT 06525

| Qty | Key | Items Sold | Part# | Status | Each | Price |
|---|---|---|---|---|---|---|
| 1 | VK12-BFARM5 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM5 | Model #VK12 | | | | |
| 1 | VK12-BFARM9 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM9 | Model #VK12 | | | | |
| 1 | VK12-BFARM8 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM8 | Model #VK12 | | | | |
| 1 | VK12-BFARM7 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM7 | Model #VK12 | | | | |
| 1 | VK12-BFARM6 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM6 | Model #VK12 | | | | |
| 1 | VK12-BFARM4 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM4 | Model #VK12 | | | | |
| 1 | VK12-BFARM3 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM3 | Model #VK12 | | | | |
| 1 | VK12-BFARM2 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM2 | Model #VK12 | | | | |
| 1 | VK12-BFARM12 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM12 | Model #VK12 | | | | |
| 1 | VK12-BFARM11 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM11 | Model #VK12 | | | | |
| 1 | VK12-BFARM10 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM10 | Model #VK12 | | | | |
| 1 | VK12-BFARM1 | 12" Versa-Kool Circulation Fan {White} | VK12 | Pulled | $153.90 | $153.90 |
| | Serial #BFARM1 | Model #VK12 | | | | |
| 1 | FREIGHT | FREIGHT EQUIPMENT | | Sold | $0.00 | $0.00 |
| | ESTES: | | | | | |

150+ Days aged

**Please pay from this invoice.**

| Rental and Sales: | | | | | CONNECTICUT TAX: |
|---|---|---|---|---|---|
| $1,846.80 | | | | | $0.00 |

| Total Amount: | $1,846.80 | | Total Paid | $1,846.80 | Total Due | $0.00 |
|---|---|---|---|---|---|---|

815-385-2350                                www.ameritempgroup.com                          815-385-2940

## Real Estate Acquisition Financing, Inc.

### Cash- ION Checking Bank ████████████████████████

| Date | Ref No. | Payee | Memo | Payment | Deposit | Stat | Balance |
|------|---------|-------|------|---------|---------|------|---------|
|      | Type | Account |  |  |  | Auto |  |
| 01/23/2020 |  | Bethany Farm & Nursery LLC | WIRE OUT DOM Luxx Lighting Inc | $28,000.00 |  | R | n/a |
|  | Expense | Loan Receivable- Bethany Farm |  |  |  |  |  |

**CALL FIRST** (TIME) **1ST CALL** (DAY) **SATURDAY**   Account #

# Greco & Haines inc.

1730 DERBY-MILFORD ROAD, DERBY CT 06418
Tel. 203-735-9308 - New Haven & Shoreline 203-777-2256
CT Licenses: PLM.0286129-J1, PLM.0285943-P1, HIC.0520348 & NHC.0001055

NORTH WELL

SEND DAN S & JIM

Date _____ 8/10/19 _____

| | | DATE |
|---|---|---|
| Name | BETHANY FARMS & NURSERY LLC SEE KYLE FROM STONE HILL | |
| Address | 231 SEYMOUR RD | |
| City | BETHANY | |
| Tel. H # | KYLE (203)641-6275 | |
| Tel. W # | JOHN HUDSON (203)619-1432 | |

| EQUIPMENT | | DATE |
|---|---|---|
| Pump H.P. | 1HP   Volts 230 | |
| Pump Model | TWO WIRE | REMOVE |
| Tank Size | 250 | REMOVE |
| Softener | | |
| Filter | | |
| Other | | |
| Other | | |

**LABOR:**

Time Left Prev. Job   82c

Time Arrived This Job   8:45

Time In _____ Time Out _____

Mechanics   Dan / Jim

Helpers

Job Complete [✓]   Not Complete [ ]

**FILL IN ALL INFORMATION**

**WELL LOCATION**

[ ] Buried   NORTH WELL

OR

[✓] P/A

Well Driller _____

Depth of Well   235'

Amt. of Pipe in Well   SET PUMP 215'

Gal. Per Min   SEE NORTH WELL REPORT

**TROUBLE REPORTED:**

NORTH WELL.
INSTALL NEW AQUAVAR SOLO VARIABLE SPEED SYSTEM.
BRING:
2HP 3PHASE WITH 18GS10 WET-END (18GP1020)
3AS20
WX-251
GROUND LUG & SURG PROTECTOR
WTC-6
12-3 SUBMERSIBLE WIRE
1" 160 PSI POLY PIPE
NO OVER PRESSURE SWITCH.. (MOISTURE SENSOR ONLY)
200PSI TRANSDUCER
1 1/4" (174A) PRESSURE RELEIF VALVE
SET PRESSURE 90 PSI

| Will Pay [✓] Send Bill [ ] Time Call Rec'd | PAUL 8/7/19  4:30P.M |
|---|---|

**1ST CALL**   **SATURDAY**   CALL FIRST
(TIME)        (DAY)

**Important Notes to Technician:**
**Enter email address below:**

Kyle to get S.C his Tax Form →see Pau

7457.00

COLLECT

| EXPLAIN ALL COSTS 1ST |
|---|

# COLLECT

Payment by Credit Card:

Card # _____ Exp _____

Select type: [ ] MC   [ ] VISA   [ ] AMEX   [ ] DISCOVER

Name on Card- _____

(Customer's Signature) _____   (Auth #)

Credit Sale [ ]   Paid [✓]  $ 7457.00

**ATTN: GET TICKET SIGNED**

ALL LABOR, MATERIALS AND TAX PAYABLE IMMEDIATELY UPON COMPLETION OF WORK UNLESS OTHERWISE AGREED IN WRITING.
Interest on unpaid balance shall be 1.5 % per month from 30 days after delivery, billing or contract date, as applicable to date of payment. The debtor shall be responsible for reasonable attorney fees for collection of any portion of this account. Greco & Haines, Inc. is not responsible for grading seeding or damage to the lawn, or any other real or any personal property. All warranties extend to the repair or replacement of work done by Greco & Haines, Inc. and specifically exclude liability for water, mold or other damage to equipment or property. LIEN WAIVERS: No blanket lien waivers shall be given. All waivers shall be only for the single payment of mortgage proceeds following the date of the signed waiver and shall be conditioned upon and held in escrow pending forwarding of payment to Greco & Haines, Inc. Any waiver given shall be null and void for failure to make contribution from such proceeds. The specific language and intent of this provision shall supercede any general language of lien waivers signed herewith or hereafter by agents, servants or employees of Greco & Haines, Inc. All waivers are subordinate only to the first mortgage.

(Customer's Signature) _____   (Individual with no title (Signature only))

| STOCK NUMBER | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| | Pump 2HP 3∅ 18G-S10 | 1 | | |
| | Tank WX 251 | 1 | | |
| | Wire | | | |
| | Fitting Pkg. | | | |
| | Pitless Adap. | | | |
| | Plastic Pipe | | | |
| | Surge Protection | 1 | | |
| | Over Press Switch | 1 | | |
| | 3 A/20 Cont | 1 | | |
| | Wt/C-6 | 1 | | |
| | 1"/4 Relief Valve | 1 | | |
| Not Used InShop for Returnto DFS-so | 200 PSI Transducer | 1 | | |
| | Installed 18GP1S2c | | | |
| | WX251 - 3A52c | | | |
| | ran new offset wire | | | |
| | new pump, wire, pitl - cap. | | | |
| | Set 75 psi | | | |
| | Did not use the 200# Transducer | Per Pum | |

FILL IN TEST RESULTS



**CentriPro®**

Motor: M20432 /200C313

2.0 HP

FLA: 6.7    SFA: 8.0    LRA:

SF: 1.25    Hz: 60

Volts: 230    PH: 3

CHECK SALT LEVEL IN BRINE TANK

ENOUGH W/C SUPPLIES ON-HAND?

| | | |
|---|---|---|
| No new | | |
| ran at | Backly | |
| drain | cycles | |
| ok air | psi | |
| Sat | 120 psi | |

| MATERIALS | |
|---|---|
| LABOR | |
| SALES TAX | |
| TOTAL AMT. DUE | |

## Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| | |
|---|---|
| Vendor: | |
| Invoice Number: | **04204046** |
| Invoice Date: | 04/14/2020 |
| Due Date: | 04/14/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | MOTOR FREIGHT (LTL) |
| Required Date: | Wk 2020-14 03/31/2020 |
| Customer PO#: | |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04215223 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHANY FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 231 SEYMOUR RD |
| | WOODBRIDGE CT 06525 | | BETHANY CT 06524 |
| | Phone: 203-400-0597 | | Phone: 203-489-0612 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | FMST50-25 - AIR POWERED FOAMER 50 GALLON SPRAYTRAX 25' HOSE | *33-0171 | 2415.0000 | 2,415.00 |
| | | | ***************************** | | | |
| | | | *LEAD TIME - TBD CAN BE UPWARDS OF 4-6 WEEKS* | | | |
| | | | ***************************** | | | |
| | | | *Please verify your shipments immediately upon receipt. All claims of damaged shipments must be made within 48 hours of delivery. For motor freight shipments, you must note the shortage/damage on the freight bill and get the driver's signature. Do not accept the damaged shipments without this documentation in place. Griffin wants you to be satisfied with your order. All returns require prior approval. Returns must be made within 30 days and may result in a restocking charge of up to 30% of the value of the order.* | | | |
| | | | *VISA xxxxxxxxxxxx1882 $2,415.00 EXP 10/22 AUTH NO 01038G* | | | |

*this Dramm foamers* (handwritten)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | **1** | **0** | | SubTotal | | 2,415.00 |
| | | | | Freight/Handling: | | 0.00 |
| | | | | Misc Charges: | | 0.00 |
| | | | | Tax: | | 0.00 |
| | | | | Deposit: | | 0.00 |
| | | | | **Total:** | | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 03/06/2020

## Stone Hill Landscape Inc.

### Categorized

| | DATE | DESCRIPTION | AMOUNT | ADDED OR MATCHED | Rule | ACTION |
|---|---|---|---|---|---|---|
| ☐ | 04/03/2021 | ULINE *SHIP SUPPLIES | -$543.50 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/03/2021 $543.50 | | Undo |
| ☐ | 04/03/2021 | ULINE *SHIP SUPPLIES | -$3,495.90 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/03/2021 $3,495.90 | | Undo |
| ☐ | 09/10/2020 | ULINE *SHIP SUPPLIES | -$2,874.53 | Added to: Expense: Furniture 09/10/2020 $2,874.53 | | Undo |
| ☐ | 04/09/2020 | ULINE *SHIP SUPPLIES | -$412.43 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/09/2020 $412.43 | | Undo |
| ☐ | 03/10/2020 | Uline Ship Supplies | -$5,899.31 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/10/2020 $5,899.31 | | Undo |
| ☐ | 02/18/2020 | Uline Ship Supplies | $54.05 | Added to: Credit Card Credit: Due from Bethany Farm & Nursery LLC 02/18/2020 $54.05 | | Undo |
| ☐ | 02/14/2020 | Uline Ship Supplies | -$905.24 | Added to: Expense: Due from Bethany Farm & Nursery LLC 02/14/2020 $905.24 | | Undo |

1-7 of 7 items

SHOWER W/ EYEWASH FOR OSHA COMPLIANCE

## Invoice As of: 06/08/22



**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

| Vendor: | |
|---|---|
| Invoice Number: | **04202035** |
| Invoice Date: | 02/18/2020 |
| Due Date: | 02/18/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | Our Truck |
| Required Date: | Wk 2020-08 02/18/2020 |
| Customer PO#: | SANIDATE |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04214363 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHANY FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 231 SEYMOUR RD |
| | WOODBRIDGE CT 06525 | | BETHANY CT 06524 |
| | Phone: 203-400-0597 | | Phone: 203-489-0612 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | Sanidate 5.0 28.3% 30GAL OMRI BIOSAFE EPA# 70299-19 *EPA# 70299-19* ****************************** ****************************** ****Colin/phone.**** *VISA xxxxxxxxxxxx1882 $1,072.50* *EXP 10/22* *AUTH NO 02064G* | 71-35151 | 1037.5000 | 1,037.50 |
| **1** | **1** | **0** | | | | |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

| | |
|---|---|
| SubTotal | 1,037.50 |
| **Freight/Handling:** | 35.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 02/12/2020

PO Box 381
Stratford, CT 06615

Phone 203.394.3599
Chrisblaser2@gmail.com

**CB Irrigation
Systems LLC**

# INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

Invoice as follows:

## DECEMBER 10,2019

## Partial materials for hemp house installation.

TOTAL DUE ON INVOICE…………………………………….$3,740.00

*\* No sales tax included on this invoice.*

**12/10/19 - Received deposit of $2,100 (check # 1056)…. ($2,100.00)**

Balance due……………………………………………………….$1,640.00

PO Box 381
Stratford, CT 06615

Phone 203.394.3599
Chrisblaser2@gmail.com

**CB Irrigation
Systems LLC**

# INVOICE

## Bethany Farm & Nursery LLC

35 Nutmeg Drive

Trumbull, CT 06611

### Invoice as follows:

### JANUARY 15,2020

Labor for installation of drainage system in hemp house.

(12/24/19) 6 hrs labor @ $90/hr.....................................................$540.00

Labor for irrigation install in hemp house.

(1/14/20)   8 hrs labor @ $90/hr....................................................$720.00

Labor for irrigation install in hemp house & completion of drainage system for hemp house.

(1/15/20)   4 hrs labor @ $90/hr....................................................$360.00

Materials supplied from Site One for drainage system in glass house.....$2,809.52

**TOTAL DUE .........................................$4,429.52**

*\* No sales tax included on this invoice.*

## PAID IN FULL ON 1/15/20 CHECK # 1648

PO Box 381
Stratford, CT 06615

Phone 203.394.3599
Chrisblaser2@gmail.com

**CB Irrigation
Systems LLC**

# INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

## Invoice as follows:

## February 5,2021

Labor for installation of zone lines in hemp house.

(1/13/21) 8 hrs labor - 3 guys @ $120/hr.............................................................$960.00

Labor for installation of zone lines at hemp house.

(1/14/21)   8 hrs labor - 3 guys @ $120/hr.....................................................$960.00

Materials ..........................................................................................................$429.64

**TOTAL DUE .............................................$2,249.64**

*No sales tax included on this invoice.*

## CB IRRIGATION SYSTEMS, LLC

PO Box 381, Stratford, CT 06615
Chrisblaser2@gmail.com / 203.394.3599
Lic # 0279844

## INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

**March 15 ,2021**

Install all piping and connections for Dosatron units and all zone valves.

Materials........................................................................$1,731.65

Labor  Monday 3/8/21 / 3 guys 8.25 hrs @ $120/hr..................$990.00

Labor Tuesday 3/9/21 / 3 guys 5.5 hrs @ $120/hr....................$660.00

**TOTAL.............................................................................$3,381.65**

**Non Taxable**

## CB IRRIGATION SYSTEMS, LLC

PO Box 381, Stratford, CT 06615
Chrisblaser2@gmail.com / 203.394.3599
Lic # 0279844

## INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

**April 6 ,2021**

Install 4 zones for new plantings on 4/6/21.

Materials.............................................................................$2,650.43

Labor ...............................................................................$1,100.00

**TOTAL………………………………………………………...…………$3,750.43**

**Non Taxable**

# CB IRRIGATION SYSTEMS, LLC

PO Box 381, Stratford, CT 06615
Chrisblaser2@gmail.com / 203.394.3599
Lic # 0279844

## INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

### July 26,2021

7/19 & 7/20:

Extended 2" main line for 4 additional zones (across from retail store.)

Installed control clock, rain sensor, and wires.

Installed main line for future zones in front of retail store.

Installed hose bib for manual watering (by valve box.)

Labor ………………………………………………………………………..$2,535.00

Materials…………………………………………………………………….$3,441.00

**TOTAL…………………………………………………………..…………$5,976.00**

**Non Taxable (Farm)**

# CB IRRIGATION SYSTEMS, LLC

PO Box 381, Stratford, CT 06615
Chrisblaser2@gmail.com / 203.394.3599
Lic # 0279844

## INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

### August 4 ,2021

Work Performed August 2, 3, 4th:

Finish main line in glass house.

Installed 2 control clocks with wires.

Installed Dosatron unit.

Labor...............................................................................$2,530.00

Materials.........................................................................$2,994.23

## TOTAL...............................................................$5,524.23

## Non Taxable (Farm)

# CB IRRIGATION SYSTEMS, LLC

PO Box 381, Stratford, CT 06615
Chrisblaser2@gmail.com / 203.394.3599
Lic # 0279844

## INVOICE

**Bethany Farm & Nursery LLC**

35 Nutmeg Drive

Trumbull, CT 06611

**May 28, 2022:**

Work Performed 5/25 & 5/26

## Install 6 additional zones for trees & plantings.

**TOTAL………………………………………………………...………$11,300.00**

**Non Taxable (Farm)**

# CB IRRIGATION SYSTEMS, LLC

PO Box 381, Stratford, CT 06615
Chrisblaser2@gmail.com / 203.394.3599
Lic # 0279844

**Stone Hill Landscape Inc.**
35 Nutmeg Dr M275
Trumbull, CT  06611
+1 2038779324
Contact@stonehilllandscape.com
www.stonehilllandscape.com



# Invoice



| BILL TO |
|---|
| Bethany Farm and Nursery |
| 35 Nutmeg Drive |
| Suite M275 |
| Trumbull, Connecticut  06611 |
| United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11517 | 04/01/2020 | $20,000.00 | 04/01/2020 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **Furnish all Labor**<br>Furnish all labor, equipment and material necessary for the<br>completion of the following scope of work:<br> - Clean out and demo all dilapidated/unusable greenhouses<br> - dispose of material properly<br> - 8 men, 2 weeks | 1 | 16,000.00 | 16,000.00 |
| | **Machine**<br>loader and machine to move equipment (per day) | 10 | 400.00 | 4,000.00 |

This is the invoice for the scope of work listed above. We
appreciate your prompt payment. Please contact us with any
questions or concerns. Thank you!

**BALANCE DUE**

## $20,000.00

**Stone Hill Landscape Inc.**
35 Nutmeg Dr M275
Trumbull, CT  06611
+1 2038779324
Contact@stonehilllandscape.com
www.stonehilllandscape.com

# Invoice



| BILL TO |
| --- |
| Bethany Farm and Nursery |
| 35 Nutmeg Drive |
| Suite M275 |
| Trumbull, Connecticut  06611 |
| United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11518 | 04/20/2020 | $7,500.00 | 04/20/2020 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | **Furnish all Labor**<br>Furnish all labor, equipment and material necessary for the completion of the following scope of work:<br>- Install floor drains in 2 greenhouses to prevent puddling during irrigation<br>- 4 men, 1 week | 5 | 1,000.00 | 5,000.00 |
| | **Machine**<br>mini-excavator to trench (per day) | 5 | 400.00 | 2,000.00 |
| | **Material**<br>Pipe, stone, fill, fittings, drain, etc. | 1 | 500.00 | 500.00 |

This is the invoice for the scope of work listed above. We appreciate your prompt payment. Please contact us with any questions or concerns. Thank you!

**BALANCE DUE**                    **$7,500.00**

We appreciate your business.

Gargiulo Construction Co. Inc.

104 Commerce Circle
Suite C
CT 06422

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/2/20 | APP #1 |

| Bill To |
|---------|
| Charles Smith |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Concrete Floors | 10,005.00 | 10,005.00 |

Thank you for your business.

| **Total** | **$10,005.00** |
|-----------|----------------|

Gargiulo Construction Co. Inc.

104 Commerce Circle
Suite C
CT 06422

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/20 | 2040-2067 |



**Bill To**

Bethany Farm & Nursery

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| 04.1 Slabs | Slab | 16,065.00 | | | 15,300 | 1.05 | 100.00% | 100.00% | 16,065.00 |
| | ~~~~~ CHANGE ORDER ~~~~~ | | | | | | | | |
| | June 19, 2020 | | | | | | | | |
| | > Increased quantity of 04.1 Slabs from 1 to 15,300. | | | | | | | | |
| | Increased price of 04.1 Slabs from $15,300.00 to $16,065.00. (+$765.00) | | | | | | | | |
| | Total change to estimate +$765.00 | | | | | | | | |
| | ~~~~~~~~~~~~~~~~~~~~~ ~~ | | | | | | | | |

| | |
|---|---|
| **Total** | $16,065.00 |
| **Payments/Credits** | -$16,065.00 |
| **Balance Due** | $0.00 |

 **GARGIULO CONSTRUCTION CO, INC.**
**104 COMMERCE CIRCLE**
**DURHAM, CT  06422**
estimate.gargiulo@comcast.net 

| Project: | | Green House Slab | Date: | | June 17, 2020 |
|---|---|---|---|---|---|
| | | | Proposal Request No: | | |
| Subcontractor: | | | Division Of Work: | | |

## Material/Equipment

| Item | | | Units | Unit Cost | Extended |
|---|---|---|---|---|---|
| Concrete Slab | | | 15,300.00 | $1.05 | $16,065.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| Sub Total Material and Equipment | | | | | $16,065.00 |
| 6.35% Sales Tax | | | | | $0.00 |
| 10% OH&P On Materials | | | | | $1,606.50 |
| | | | **Total Material and Equipment** | | **$17,671.50** |

## Labor (all inclusive value)

| Trade | | | Units | Unit Cost | Extended |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | **Total Labor** | **$0.00** |

## Subcontractors

| | | | | | Sub Trade Amt |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Sub Total Subcontractors | | | | | $0.00 |
| 6.35% Sales Tax | | | | | $0.00 |
| 20% O&P On Subcontractors | | | | | $0.00 |
| | | | | **Total Subcontractors** | **$0.00** |

| **Total Requested** | **$17,672** |
|---|---|



# J.C. van der Spek Greenhouse Services

**YOUR PARTNER IN GREENHOUSE CARE**
P.O. Box 467
Woodbury, CT 06798

Invoice Date:                3/8/21
Invoice #                    2021037
Terms:            Upon Receipt

To:        Bethany Farms                    For:
           231 Seymour Rd.
           Woodbridge, CT 06524

| Description | Amount |
|---|---|
| As proposed on 1-27-21 for the installation of a blackout shade curtain system | |
| Due upon signing of proposal | $ 9,580.00 |

Farmers tax exemption permit on file, # 1900036943807, exp. 7/31/21

|  | |
|---|---|
| Subtotal: | $ 9,580.00 |
| Sales Tax labor only: | |
| Total Due: | $ 9,580.00 |

Notice: A finance charge of 1 1/2% per month will be charged to all past due accounts.



# J.C. van der Spek Greenhouse Services

**YOUR PARTNER IN GREENHOUSE CARE**
P.O. Box 467
Woodbury, CT 06798

| | |
|---|---|
| Invoice Date: | 9/20/21 |
| Invoice # | 2021121 |
| Terms: | Upon Receipt |

To:   Bethany Farms
      231 Seymour Rd.
      Woodbridge, CT 06524

For:

| Description | Amount |
|---|---|
| As proposed on 1-27-21 for the installation of a blackout shade curtain system | |
| | |
| Due upon end of week one | $  9,400.00 |
| Due upon Completion | $  1,000.00 |

Farmers tax exemption permit on file, ID # L0001060715, exp. 5/31/23

| | |
|---|---|
| Subtotal: | $ 10,400.00 |
| Sales Tax labor only: | $     660.40 |
| Shipping of cloth: | $     270.00 |
| Total Due: | $ 11,330.40 |

Notice: A finance charge of 1 1/2% per month will be charged to all past due accounts.



# J.C. van der Spek Greenhouse Services

**YOUR PARTNER IN GREENHOUSE CARE**
P.O. Box 467
Woodbury, CT 06798

| | |
|---|---|
| Invoice Date: | 4/18/22 |
| Invoice # | 2022028 |
| Terms: | Upon Receipt |

To:   Bethany Farms
      231 Seymour Rd.
      Woodbridge, CT 06524

For:

| Description | Amount |
|---|---|
| As proposed on 2-10-22 for glass panels | |
| 120 @ $16.00 per pane | $  1,920.00 |
| Credit for 6 trees($183.33 ea.) | $ (1,100.00) |

Please send updated farmers certificate with payment or add $121.92 sales tax
Farmers tax exemption permit on file, # 1900036943807, exp. 7/31/21

| | |
|---|---|
| Subtotal: | $   820.00 |
| Sales Tax labor only: | |
| Total Due: | $   820.00 |

Notice: A finance charge of 1 1/2% per month will be charged to all past due accounts.



## J.C. van der Spek Greenhouse Services

**YOUR PARTNER IN GREENHOUSE CARE**
P.O. Box 467
Woodbury, CT 06798

Invoice Date:                    4/21/22
Invoice #                       2022029
Terms:                    Upon Receipt

To:     Bethany Farms                      For:
        231 Seymour Rd.
        Woodbridge, CT 06524

| Description | Amount |
|---|---|
| As proposed on 3-11-22 for the installation of a shade/heat retention curtain system using the Harmony 5457 FR | |
| | |
| Due upon signing of proposal | $  8,550.00 |
| Additional cost for Harmony 5457 FR | $     860.00 |

Farmers tax exemption permit on file, ID# L0001060715, exp. 5/31/23

| | Subtotal: | $  9,410.00 |
|---|---|---|
| | Sales Tax labor only: | |
| | Paid Ck# 1449, dated 4/25 | $ (8,550.00) |
| | Total Due: | $     860.00 |

Notice: A finance charge of 1 1/2% per month will be charged to all past due accounts.

**Invoice As of: 06/08/22**

# GRIFFIN

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04201404** |
| Invoice Date: | 01/21/2020 |
| Due Date: | 01/21/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | Our Truck |
| Required Date: | Wk 2020-04 01/21/2020 |
| Customer PO#: | |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04213722 |

Sold To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To: BETHAN FARM & NURSERY LLC (628190)
231 SEYMOUR RD
BETHANY CT 06524
Phone: 203-489-0612

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 6 | 3 | 3 | #12 X 1-1/8" Neo/Bonded Washer 100/Bag | 09-5026 | 18.9383 | 56.81 |
| | | | *\*\* DELIVERY OUR TRUCK \*\** | | | |
| | | | *EMAIL PHON ORD NEIL B CONFIRM ITEM* | | | |
| | | | *SHIP TO* | | | |
| 6 | 6 | 0 | #12- SDST Screw 1 1/2" No Washer 100/Bag | 09-2255 | 26.5513 | 159.31 |
| 28 | 28 | 0 | 12' Double H Alum Extrusion (use with 8mm polycarbonate) | 09-5236 | 16.9752 | 475.31 |
| 20 | 20 | 0 | 8MM 6'X 12' Twin Wall Thermaglass Clear | 08-3047 | 117.4119 | 2,348.24 |
| | | | *VISA xxxxxxxxxxxx1882 $3,074.67* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 04477G* | | | |

| **60** | **57** | **3** | | | |
|---|---|---|---|---|---|

| | |
|---|---|
| SubTotal | 3,039.67 |
| Freight/Handling: | 35.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| Total: | 0.00 |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 01/15/2020

## Invoice As of: 06/08/22



**GRIFFIN**

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04201487** |
| Invoice Date: | 01/24/2020 |
| Due Date: | 01/24/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | PICK UP |
| Required Date: | Wk 2020-04 01/24/2020 |
| Customer PO#: | ALUMINUM |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04213897 |

Sold To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To:  BETHANY FARM & NURSERY LLC (628190)
231 SEYMOUR RD
BETHANY CT 06524
Phone: 203-489-0612

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 10 | 10 | 0 | 12' Single h Alum Extrusion (use with 8mm polycarbonate) **\*\*Roger will pick up Friday.\*\* on Friday.\*\*\*** *VISA xxxxxxxxxxxx1882 $132.06 EXP 10/22 AUTH NO 09245G* | 09-5235 | 13.2056 | 132.06 |
| **10** | **10** | **0** | | | | |

| | |
|---|---|
| SubTotal | 132.06 |
| Freight/Handling: | 0.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions herein are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 01/23/2020

## Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| | |
|---|---|
| Vendor: | |
| Invoice Number: | **04201512** |
| Invoice Date: | 01/27/2020 |
| Due Date: | 01/27/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | Our Truck |
| Required Date: | Wk 2020-04 01/21/2020 |
| Customer PO#: | |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04213722-1 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHAN FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 231 SEYMOUR RD |
| | WOODBRIDGE CT 06525 | | BETHANY CT 06524 |
| | Phone: 203-400-0597 | | Phone: 203-489-0612 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 3 | 2 | 1 | #12 X 1-1/8" Neo/Bonded Washer 100/Bag | 09-5026 | 18.9383 | 37.88 |
| | | | *** DELIVERY OUR TRUCK ***  | | | |
| | | | *EMAIL PHON ORD NEIL B CONFIRM ITEM* | | | |
| | | | *SHIP TO* | | | |
| | | | | | | |
| | | | *VISA xxxxxxxxxxxx1882 $37.88* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 05838G* | | | |
| **3** | **2** | **1** | | | | |

| | |
|---|---|
| SubTotal | 37.88 |
| Freight/Handling: | 0.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 01/15/2020

# Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| | |
|---|---|
| Vendor: | |
| Invoice Number: | **04201666** |
| Invoice Date: | 02/03/2020 |
| Due Date: | 02/03/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | WILL PICKUP |
| Required Date: | Wk 2020-05 01/29/2020 |
| Customer PO#: | COLIN |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 01688986 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHANY FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 231 SEYMOUR RD |
| | WOODBRIDGE CT 06525 | | BETHANY CT 06524 |
| | Phone: 203-400-0597 | | Phone: 203-489-0612 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 21 | 21 | 0 | 8MM 6'X 12' Twin Wall Thermaglass Clear | 08-3047 | 100.0000 | 2,100.00 |
| | | | *colin phone will pick up in cheshire* | | | |
| | | | *VISA xxxxxxxxxxxx1882 $2,100.00* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 09164G* | | | |

| **21** | **21** | **0** | | SubTotal | | 2,100.00 |
|---|---|---|---|---|---|---|
| | | | | Freight/Handling: | | 0.00 |
| | | | | Misc Charges: | | 0.00 |
| | | | | Tax: | | 0.00 |
| | | | | Deposit: | | 0.00 |
| | | | | Total: | | 0.00 |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 01/29/2020

**Invoice As of: 06/08/22**



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04201807** |
| Invoice Date: | 02/07/2020 |
| Due Date: | 02/07/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | WILL PICKUP |
| Required Date: | Wk 2020-06 02/05/2020 |
| Customer PO#: | |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 02208033 |

Sold To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To:  BETHANY FARM & NURSERY LLC (628190)
229 seymour rd
Bethany CT 06525
Phone: 203-489-0612

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 5 | 5 | 0 | 12' Single h Alum Extrusion (use with 8mm polycarbonate) *** collin Decker will be in on Friday 2/7/20 to pickup.***LDP  VISA xxxxxxxxxxxx1882 $66.03 EXP 10/22 AUTH NO 06729G | 09-5235 | 13.2056 | 66.03 |
| **5** | **5** | **0** | | | | |

| | |
|---|---|
| SubTotal | 66.03 |
| Freight/Handling: | 0.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| Total: | 0.00 |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 02/05/2020

## Invoice As of: 06/08/22

 **GRIFFIN**

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04202108** |
| Invoice Date: | 02/20/2020 |
| Due Date: | 02/20/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | UPS GROUND |
| Required Date: | Wk 2020-08 02/19/2020 |
| Customer PO#: | |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04214560 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHANY FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 229 SEYMOUR RD |
| | WOODBRIDGE CT 06525 | | woodbridge CT 06525 |
| | Phone: 203-400-0597 | | Phone: 203-489-0612 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 2" X 48' Poly Patch Repair Tape JR209 | 09-1406 | 10.7226 | 21.45 |
| 2 | 2 | 0 | 4" X 48' Poly Patch Repair Tape JR209 | 09-1411 | 19.6014 | 39.20 |
| | | | *ord ver phone colin* | | | |
| | | | *customer called back to have the* | | | |
| | | | *items sent ups.* | | | |
| | | | *...............................* | | | |
| | | | *Freight is F.O.B. Shipping* | | | |
| | | | *Point, and the Freight Charge will* | | | |
| | | | *be added to our Invoice.* | | | |
| | | | *...............................* | | | |
| | | | *VISA xxxxxxxxxxx1882 $86.01* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 00999G* | | | |

| | | | | | |
|---|---|---|---|---|---|
| **4** | **4** | **0** | | SubTotal | 60.65 |
| | | | | Freight/Handling: | 25.36 |
| | | | | Misc Charges: | 0.00 |
| | | | | Tax: | 0.00 |
| | | | | Deposit: | 0.00 |
| | | | | Total: | 0.00 |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 02/19/2020

# Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| | |
|---|---|
| Vendor: | |
| Invoice Number: | **04204043** |
| Invoice Date: | 04/14/2020 |
| Due Date: | 04/14/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | Our Truck |
| Required Date: | Wk 2020-16 04/14/2020 |
| Customer PO#: | PROP SUPPLIES |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04216503 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190)<br>229 SEYMOUR RD<br>WOODBRIDGE CT 06525<br>Phone: 203-400-0597 | Ship To: | BETHANY FARM & NURSERY LLC (628190)<br>229 SEYMOUR RD<br>WOODBRIDGE CT 06525<br>Phone: 845-636-3189 |
|---|---|---|---|

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 6 | 6 | 0 | TOP ELITE 50 SR PT 1.75 50/CS DEPTH HOLDS 40 MM PLUG 720750C<br>***Plug Dimension is 1.94", cell depth is 1.75".***<br>*****************************<br>QUOTE CONVERTED TO ORDER PER COLIN 4.8.20 * QTY INCREASE<br>*****************************<br>---------------------------- A<br>$35.00 delivery charge will be added to your invoice<br>----------------------------<br>***************************** OK<br>TO SHIP 4.8.20 SR<br><br>VISA xxxxxxxxxxxx1882 $408.20<br>EXP 10/22<br>AUTH NO 03598G | 59-720750 | 62.2000 | 373.20 |
| **6** | **6** | **0** | | | | |

| | |
|---|---|
| SubTotal | 373.20 |
| Freight/Handling: | 35.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 04/08/2020

## Invoice As of: 06/08/22



**GRIFFIN**

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04204044** |
| Invoice Date: | 04/14/2020 |
| Due Date: | 04/14/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | Our Truck |
| Required Date: | Wk 2020-16 04/14/2020 |
| Customer PO#: | PF 1 GALLON |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04216646 |

Sold To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-489-0612

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 5 | 4 | 1 | NSI PF400 Pressure Form Smooth Sided Custom Blk 85/Stk ***1 gallon option.*** ***Colin/phone.*** VISA xxxxxxxxxxxx1882 $180.12 EXP 10/22 AUTH NO 06605G | 52-35501 | 45.0300 | 180.12 |
| **5** | **4** | **1** | | | | |

| | |
|---|---|
| SubTotal | 180.12 |
| Freight/Handling: | 0.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 04/13/2020

# Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| | |
|---|---|
| Vendor: | |
| Invoice Number: | **04204045** |
| Invoice Date: | 04/14/2020 |
| Due Date: | 04/14/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | RETAIL SHIPMENT BESTWAY |
| Required Date: | Wk 2020-15 04/08/2020 |
| Customer PO#: | SUNBLASTER 1020 QUAD |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 01695442 |

| Sold To: BETHANY FARM & NURSERY LLC (628190) | Ship To: BETHANY FARM & NURSERY LLC (628190) |
|---|---|
| 229 SEYMOUR RD | 229 SEYMOUR RD |
| WOODBRIDGE CT 06525 | WOODBRIDGE CT 06525 |
| Phone: 203-400-0597 | Phone: 845-636-3189 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 300 | 225 | 75 | SUNBLASTER 1020 QUAD THICK TRAY (NO HOLES) | 81740064 | 3.2061 | 721.37 |
| | | | **************************** | | | |
| | | | *PHONE > COLIN CALLED TO* | | | |
| | | | *CONVERT QUOTE TO ORDER* | | | |
| | | | **************************** | | | |
| | | | *Customer is aware of BO's and would* | | | |
| | | | *like us to ship what is* | | | |
| | | | *available.* | | | |
| | | | *------------------------------ A* | | | |
| | | | *$35.00 delivery charge will* | | | |
| | | | *be added to your invoice* | | | |
| | | | *------------------------------* | | | |
| | | | *ORDER READY FOR DELIVERY NOW - CAN* | | | |
| | | | *TAKE LTL DELIVERY - NO* | | | |
| | | | *LIFTGATE NEEDED - HAS FORKLIFT -* | | | |
| | | | *HRS 8AM-3:30PM* | | | |
| | | | **************************** OK* | | | |
| | | | *TO SHIP 4.8.20 SR* | | | |
| | | | | | | |
| | | | *VISA xxxxxxxxxxx1882 $756.37* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 04790G* | | | |

| 300 | 225 | 75 | | | | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **SubTotal** | 721.37 |
| **Freight/Handling:** | 35.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

# Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04204241** |
| Invoice Date: | 04/20/2020 |
| Due Date: | 04/20/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | NO CHARGE |
| Required Date: | Wk 2020-16 04/13/2020 |
| Customer PO#: | PF 1 GALLON |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04216646-1 |

Sold To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-489-0612

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | NSI PF400 Pressure Form Smooth Sided Custom Blk 85/Stk | 52-35501 | 45.0300 | 45.03 |
| | | | ***1 gallon option.*** | | | |
| | | | ***Colin/phone.*** | | | |
| | | | | | | |
| | | | VISA xxxxxxxxxxxx1882 $45.03 | | | |
| | | | EXP 10/22 | | | |
| | | | AUTH NO 07783G | | | |
| **1** | **1** | **0** | | | | |

| | |
|---|---|
| SubTotal | 45.03 |
| Freight/Handling: | 0.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 04/13/2020

# Invoice As of: 06/08/22

nc.

 **GRIFFIN**

onliant.griffin.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04204605** |
| Invoice Date: | 04/29/2020 |
| Due Date: | 04/29/2020 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | BEST WAY |
| Required Date: | Wk 2020-15 04/08/2020 |
| Customer PO#: | PROP |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04216502 |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHANY FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 229 SEYMOUR RD |
| | WOODBRIDGE CT 06525 | | WOODBRIDGE CT 06525 |
| | Phone: 203-400-0597 | | Phone: 845-636-3189 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 300 | 300 | 0 | CK64081 HYDROFARM VENTED DOME 7.5", 50 PER CASE | *93-100465 | 3.6000 | 1,080.00 |

****************************** ***
*These domes fit directly onto the
standard 10 x 20" cut kit
trays to create a humid and warm
environment ideal for
cuttings and seed germination. Tall
7.5" dome
gives extra height for your taller
cuttings. Adjustable
vents allow for perfect humidity
and temperature
control.*
*******************************
*************************
****Customer is interested in 300
domes total.***
***Colin/phone.****
...............................
*Freight is F.O.B. Shipping
Point, and the Freight Charge will
be added to our Invoice.*
...............................
*This is a special order item. Once
it has been shipped
and/or produced by the manufacturer
it is not
eligible to be returned or
canceled. Please ensure that
this product is correct, and that
you understand the
potential lead time prior to
ordering. If you need a
sample or information regarding
this item it can be
supplied upon request. Thank You*
*Please verify your shipments
immediately upon receipt. All
claims of damaged shipments must be
made within 48 hours
of delivery. For motor freight
shipments, you must note the
shortage/damage on the freight bill*

Original Entry Date: 04/08/2020

# Invoice As of: 06/08/22



| Vendor: | |
|---|---|
| Invoice Number: | **04204605** |
| Due Date: | 04/29/2020 |
| Customer PO#: | PROP |
| Griffin Order #: | 04216502 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| | | | *and get the driver's* | | | |
| | | | *signature. Do not accept the* | | | |
| | | | *damaged shipments without this* | | | |
| | | | *documentation in place.* | | | |
| | | | *Thank you for the opportunity to* | | | |
| | | | *quote your supply needs.* | | | |
| | | | *\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** | | | |
| | | | *QUOTE CONVERTED TO ORDER PER* | | | |
| | | | *COLIN 4.8.20* | | | |
| | | | *\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** | | | |
| | | | *OK TO SHIP 4.8.20 SR* | | | |
| | | | *\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** | | | |
| | | | | | | |
| | | | *VISA xxxxxxxxxxxx1882 $1,216.07* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 04382G* | | | |
| **300** | **300** | **0** | | | | |

| | |
|---|---|
| **SubTotal** | 1,080.00 |
| **Freight/Handling:** | 136.07 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser.
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 04/08/2020

## Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04213936** |
| Invoice Date: | 04/05/2021 |
| Due Date: | 04/05/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | PICK UP |
| Required Date: | Wk 2021-14 04/05/2021 |
| Customer PO#: | POLY |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04227371 |

| Sold To: | Ship To: |
|---|---|
| BETHANY FARM & NURSERY LLC (628190)<br>229 SEYMOUR RD<br>WOODBRIDGE CT 06525<br>Phone: 203-400-0597 | BETHANY FARM & NURSERY LLC (628190)<br>229 SEYMOUR RD<br>WOODBRIDGE CT 06525<br>Phone: 845-636-3189 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | SUNMASTER 4YR 006 20' X 100' CLEAR<br>*** 1 roll located in our CT warehouse, the 2nd could be transferred down from our MA warehouse.***<br>OR | SMIV620100 | 172.0000 | 172.00 |
| 2 | | 2 | SUNMASTER 4YR 006 20' X 150' CLEAR SHEET | SMIV620150 | 258.0000 | 0.00 |
| 1 | 1 | 0 | SUNMASTER 4YR 006 24' X 100' CLEAR<br>***This roll is available in our CT warehouse.***<br>*** These two options for the retail house.***<br>***************************** | SMIV624100 | 206.4000 | 206.40 |
| P 2 | 2 | 0 | SUNMASTER 4YR 006 32' X 100' CLEAR<br>***These rolls to cover the wholesale house areas. ( 1 ) 28' x 30', ( 1 ) 7' x 30', ( 1 ) 11' x 30'.*** | SMIV632100 | 275.2000 | 550.40 |
| P 2 | | 2 | Tufflite IV 006 28'x150' Clear<br>615581<br>***These rolls to cover the wholesale house areas. ( 2 ) 8' x 133' and ( 1 ) 23' x 133' sections.***<br>***Located in our MA location and could be transferred in to our CT warehouse.***<br>***Andrew/email.***<br>Thank you for the opportunity to quote your supply needs.<br><br>VISA XXXX-XXXX-XXXX-9034 $928.80<br>EXP 03/26<br>AUTH NO 124597 | 061-6281501 | 361.2000 | 0.00 |
| **8** | **4** | **4** | | | | |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

| | |
|---|---|
| SubTotal | 928.80 |
| Freight/Handling: | 0.00 |
| Misc Charges: | 0.00 |
| Tax: | 0.00 |
| Deposit: | 0.00 |
| **Total:** | **0.00** |

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 04/05/2021

**Historical Order As of: 06/08/22**

**GRIFFIN**

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

20 GRANDVIEW COURT

CHESHIRE, CT 06410-1261

| Vendor: | |
|---|---|
| Order Number: | 04227371 |
| Delivery Date: | Wk 2021-14 04/05/2021 |
| Vendor Order #: | |
| Customer PO#: | POLY |
| Customer Program: | |
| Ship Method: | PICK UP |
| Terms: | NET ON CREDIT CARD |
| Tags: | |
| Sales Rep: | NEIL BASINET |
| Subs Allowed: N | Accept Backorder: Y |

| Sold To: BETHANY FARM & NURSERY LLC (628190) | Ship To: BETHANY FARM & NURSERY LLC (628190) |
|---|---|
| 229 SEYMOUR RD | 229 SEYMOUR RD |
| WOODBRIDGE CT 06525 | WOODBRIDGE CT 06525 |
| Phone: 203-400-0597 | Phone: 845-636-3189 |

| Order Qty | Confirm Qty | B/O Qty | Description | Unit Price | Tag | Royalty | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | SUNMASTER 4YR 006 20' X 100' CLEAR | 172.0000 | | | 172.00 |
| | | | *** 1 roll located in our CT warehouse, the 2nd could be transferred down from our MA warehouse.*** | | | | |
| | | | OR | | | | |
| 2 | 0 | 2 | SUNMASTER 4YR 006 20' X 150' CLEAR SHEET | 258.0000 | | | 516.00 |
| 1 | 1 | 0 | SUNMASTER 4YR 006 24' X 100' CLEAR | 206.4000 | | | 206.40 |
| | | | ***This roll is available in our CT warehouse.*** | | | | |
| | | | *** These two options for the retail house.*** | | | | |
| | | | ***************************** | | | | |
| 2 | 2 | 0 | SUNMASTER 4YR 006 32' X 100' CLEAR | 275.2000 | | | 550.40 |
| | | | ***These rolls to cover the wholesale house areas. ( 1 ) 28' x 30', ( 1 ) 7' x 30', ( 1 ) 11' x 30'.*** | | | | |
| 2 | 0 | 2 | Tufflite IV 006 28'x150' Clear 615581 | 361.2000 | | | 722.40 |
| | | | ***These rolls to cover the wholesale house areas. ( 2 ) 8' x 133' and ( 1 ) 23' x 133' sections.*** | | | | |
| | | | ***Located in our MA location and could be transferred in to our CT warehouse.*** | | | | |
| | | | ***Andrew/email.*** | | | | |
| | | | Thank you for the opportunity to quote your supply needs. | | | | |

| 8 | 4 | 4 | | | | SubTotal | 2,167.20 |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimated Freight: | 0.00 |
| | | | | | | Tax: | 0.00 |
| | | | | | | Total: | 2,167.20 |

FOR TERMS AND CONDITIONS OF THIS ORDER PLEASE GO TO onliant.griffin.com. ALL ORDERS (WITHOUT EXCEPTION) ARE SUBJECT TO THE TERMS AND CONDITIONS. IF YOU WOULD LIKE A PRINTED COPY OF THE TERMS AND CONDITIONS SENT TO YOU PLEASE CALL 800-323-7253

**Please note individual vendor reductions and cancellation policies and associated liabilities.**
**For more detail visit:  https://www.griffins.com/plantcancellationpolicy**

Original Entry Date: 04/05/2021

**Historical Order As of: 06/08/22**



20 GRANDVIEW COURT

CHESHIRE, CT 06410-1261

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

| | |
|---|---|
| Vendor: | |
| Order Number: | 11114405 |
| Delivery Date: | Wk 2021-14 04/06/2021 |
| Vendor Order #: | |
| Customer PO#: | ANDREW |
| Customer Program: | |
| Ship Method: | WILL PICKUP |
| Terms: | NET ON CREDIT CARD |
| Tags: | |
| Sales Rep: | NEIL BASINET |
| Subs Allowed: N | Accept Backorder: Y |

| Sold To: | BETHANY FARM & NURSERY LLC (628190) | Ship To: | BETHANY FARM & NURSERY LLC (628190) |
|---|---|---|---|
| | 229 SEYMOUR RD | | 35 NUTMEG DRIVE |
| | WOODBRIDGE CT 06525 | | SUITE M275 |
| | Phone: 203-400-0597 | | TRUMBULL CT 06611 |
| | | | Phone: 203-641-6275 |

| Order Qty | Confirm Qty | B/O Qty | Description | Unit Price | Tag | Royalty | Ext. Price |
|---|---|---|---|---|---|---|---|
| 5 | 3 | 2 | #10 Woodtite Screw 1 1/2" No Washer 100/bag | 10.0481 | | | 50.24 |
| 120 | 0 | 120 | AA 6' Zig Zag Spring Lock Wire Stainless Steel | 3.6169 | | | 434.03 |
| 13 | 8 | 5 | DOUBLE WIRE LOCK BASE-12' | 26.8850 | | | 349.51 |
| 34 | 34 | 0 | WIRE LOCK BASE 12' | 12.9472 | | | 440.20 |

| 172 | 45 | 127 | | | SubTotal | 1,273.98 |
|---|---|---|---|---|---|---|
| | | | | | Estimated Freight: | 0.00 |
| | | | | | Tax: | 0.00 |
| | | | | | **Total:** | **1,273.98** |

FOR TERMS AND CONDITIONS OF THIS ORDER PLEASE GO TO onliant.griffin.com. ALL ORDERS (WITHOUT EXCEPTION) ARE SUBJECT TO THE TERMS AND CONDITIONS. IF YOU WOULD LIKE A PRINTED COPY OF THE TERMS AND CONDITIONS SENT TO YOU PLEASE CALL 800-323-7253

**Please note individual vendor reductions and cancellation policies and associated liabilities.**
**For more detail visit: https://www.griffins.com/plantcancellationpolicy**

Original Entry Date: 04/06/2021

**Invoice As of: 06/08/22**



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04213994** |
| Invoice Date: | 04/06/2021 |
| Due Date: | 04/06/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | WILL PICKUP |
| Required Date: | Wk 2021-14 04/06/2021 |
| Customer PO#: | ANDREW |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 11114405 |

Sold To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To:  BETHANY FARM & NURSERY LLC (628190)
35 NUTMEG DRIVE
SUITE M275
TRUMBULL CT 06611
Phone: 203-641-6275

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 5 | 3 | 2 | #10 Woodtite Screw 1 1/2" No Washer 100/bag | 09-2251 | 10.0481 | 30.14 |
| 120 | | 120 | AA 6' Zig Zag Spring Lock Wire Stainless Steel | 09-16501 | 3.6169 | 0.00 |
| 13 | 8 | 5 | DOUBLE WIRE LOCK BASE-12' | 81-500170 | 26.8850 | 215.08 |
| 34 | 34 | 0 | WIRE LOCK BASE 12' | 81-500150 | 12.9472 | 440.20 |
| | | | *VISA XXXX-XXXX-XXXX-8475 $685.42* | | | |
| | | | *EXP 10/22* | | | |
| | | | *AUTH NO 01721G* | | | |
| **172** | **45** | **127** | | | | |

| | |
|---|---|
| SubTotal | 685.42 |
| **Freight/Handling:** | 0.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 04/06/2021

# Invoice As of: 06/08/22



Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

| Vendor: | |
|---|---|
| Invoice Number: | **04214078** |
| Invoice Date: | 04/07/2021 |
| Due Date: | 04/07/2021 |
| Terms: | Payment in Advance |
| Ship Method: | UPS GROUND |
| Required Date: | Wk 2021-14 04/07/2021 |
| Customer PO#: | ANDREW |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04227574 |

Sold To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-892-0880

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 100 | 100 | 0 | Poly Clip For Tube 1.25" Used For Roll-Up Sidewalls | 02-3101 | 0.7375 | 73.75 |
| | | | *PHONE/ ANDREW/ VER ORDER & SHIP TO* | | | |
| | | | .............................. | | | |
| | | | *Freight is F.O.B. Shipping* | | | |
| | | | *Point, and the Freight Charge will* | | | |
| | | | *be added to our Invoice.* | | | |
| | | | .............................. | | | |
| **100** | **100** | **0** | | | | |

| | |
|---|---|
| **SubTotal** | 73.75 |
| **Freight/Handling:** | 24.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **97.75** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept
13-14 / In-person - Sept 21-22

Original Entry Date: 04/07/2021

## Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04214312** |
| Invoice Date: | 04/12/2021 |
| Due Date: | 04/12/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | WILL PICKUP |
| Required Date: | Wk 2021-14 04/06/2021 |
| Customer PO#: | ANDREW |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 11114405-1 |

| Sold To: BETHANY FARM & NURSERY LLC (628190) | Ship To: BETHANY FARM & NURSERY LLC (628190) |
|---|---|
| 229 SEYMOUR RD | 35 NUTMEG DRIVE |
| WOODBRIDGE CT 06525 | SUITE M275 |
| Phone: 203-400-0597 | TRUMBULL CT 06611 |
| | Phone: 203-641-6275 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 2 | | 2 | #10 Woodtite Screw 1 1/2" No Washer 100/bag | 09-2251 | 10.0481 | 0.00 |
| 120 | 120 | 0 | AA 6' Zig Zag Spring Lock Wire Stainless Steel | 09-16501 | 3.6169 | 434.03 |
| 5 | 5 | 0 | DOUBLE WIRE LOCK BASE-12' | 81-500170 | 26.8850 | 134.43 |
| 1 | 1 | 0 | Jaderloon Outside Air (New) Inflation kit #4PN0029A | 81-510105 | 256.0156 | 256.02 |
| | | | *VISA XXXX-XXXX-XXXX-1121 $824.48* | | | |
| | | | *EXP 02/25* | | | |
| | | | *AUTH NO 09241G* | | | |

| 128 | 126 | 2 | | | | |

| | |
|---|---|
| **SubTotal** | 824.48 |
| **Freight/Handling:** | 0.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser.
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 04/06/2021

# Invoice As of: 06/08/22



**GRIFFIN**

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Remit To:
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04214606** |
| Invoice Date: | 04/16/2021 |
| Due Date: | 04/16/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | WILL PICKUP |
| Required Date: | Wk 2021-15 04/16/2021 |
| Customer PO#: | KENT |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04228143 |

Sold To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To:  BETHANY FARM & NURSERY LLC (628190)
35 NUTMEG DRIVE
SUITE M275
TRUMBULL CT 06611
Phone: 203-641-6275

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 5 | 5 | 0 | DOUBLE WIRE LOCK BASE-12'<br>*ord ver w/i kent*<br><br>*VISA XXXX-XXXX-XXXX-3090 $134.43*<br>*EXP 10/22*<br>*AUTH NO 02578G* | 81-500170 | 26.8850 | 134.43 |
| **5** | **5** | **0** | | | | |

| | |
|---|---|
| **SubTotal** | 134.43 |
| **Freight/Handling:** | 0.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 04/16/2021

## Invoice As of: 06/08/22



onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04214758** |
| Invoice Date: | 04/20/2021 |
| Due Date: | 04/20/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | BEST WAY |
| Required Date: | Wk 2021-16 04/20/2021 |
| Customer PO#: | MOTOROLA |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04228344 |

Sold To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To:  BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 845-636-3189

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 6 | 6 | 0 | MOTOROLA Portable Radio 1Watt/4Channel CLS1410 | 83-6072 | 179.0000 | 1,074.00 |
| | | | ***Customer interested in the free ( 1 ) CLS1410 and ( 1 ) CB300-D under the promotion.*** | | | |
| | | | ............................. | | | |
| | | | Freight is F.O.B. Shipping Point, and the Freight Charge will be added to our Invoice. | | | |
| | | | ............................. | | | |
| | | | Please verify your shipments immediately upon receipt. All claims of damaged shipments must be made within 48 hours of delivery. For motor freight shipments, you must note the shortage/damage on the freight bill and get the driver's signature. Do not accept the damaged shipments without this documentation in place. | | | |
| | | | Thank you for the opportunity to quote your supply needs. | | | |
| | | | VISA XXXX-XXXX-XXXX-8475 $1,092.06 EXP 10/22 AUTH NO 03690G | | | |

| | | |
|---|---|---|
| **6** | **6** | **0** |

| | |
|---|---|
| **SubTotal** | 1,074.00 |
| **Freight/Handling:** | 18.06 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 04/20/2021

## Invoice As of: 06/08/22



**Remit To:**
Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

onliant.griffins.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

| | |
|---|---|
| Vendor: | |
| Invoice Number: | **04215649** |
| Invoice Date: | 05/07/2021 |
| Due Date: | 05/07/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | Our Truck |
| Required Date: | Wk 2021-22 06/01/2021 |
| Customer PO#: | POLY |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04227371-1 |

**Sold To:** BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

**Ship To:** BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 845-636-3189

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| | | | *** 1 roll located in our CT warehouse, the 2nd could be transferred down from our MA warehouse.*** | | | |
| | | | OR | | | |
| | | | ***This roll is available in our CT warehouse.*** | | | |
| | | | *** These two options for the retail house.*** | | | |
| | | | ***************************** | | | |
| | | | ***These rolls to cover the wholesale house areas. ( 1 ) 28' x 30', ( 1 ) 7' x 30', ( 1 ) 11' x 30'.*** | | | |
| P 1 | 1 | 0 | SUNMASTER 4YR 006 20' X 150' CLEAR SHEET | SMIV620150 | 258.0000 | 258.00 |
| P 1 | | 0 | SUNMASTER 4YR 006 20' X 150' CLEAR SHEET | SMIV620150 | 258.0000 | 0.00 |
| P 2 | | 0 | Tufflite IV 006 28'x150' Clear 615581 | 061-6281501 | 361.2000 | 0.00 |
| | | | ***These rolls to cover the wholesale house areas. ( 2 ) 8' x 133' and ( 1 ) 23' x 133' sections.*** | | | |
| | | | ***Located in our MA location and could be transferred in to our CT warehouse.*** | | | |
| | | | ***Andrew/email.*** | | | |
| | | | *Thank you for the opportunity to quote your supply needs.* | | | |
| | | | *VISA XXXX-XXXX-XXXX-9210 $258.00 EXP 02/25 AUTH NO 05513G* | | | |
| **4** | **1** | **0** | | | | |

| | |
|---|---|
| **SubTotal** | 258.00 |
| **Freight/Handling:** | 0.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 04/05/2021

# Invoice As of: 06/08/22



nc.

**GRIFFIN**

onliant.griffin.com
Livegoods: 800-323-7253
Hardgoods: 800-659-4346

Griffin Greenhouse Supplies, I
P.O. Box 712937
Philadelphia, PA  19171-2937

| Vendor: | |
|---|---|
| Invoice Number: | **04215709** |
| Invoice Date: | 05/10/2021 |
| Due Date: | 05/10/2021 |
| Terms: | NET ON CREDIT CARD |
| Ship Method: | WILL PICKUP |
| Required Date: | Wk 2021-18 05/07/2021 |
| Customer PO#: | ESPOMA & BONIDE |
| Customer Program: | |
| Sales Rep: | NEIL BASINET |
| Griffin Order #: | 04229374 |

Sold To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

Ship To: BETHANY FARM & NURSERY LLC (628190)
229 SEYMOUR RD
WOODBRIDGE CT 06525
Phone: 203-400-0597

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 4 | | 2 | CORONA CLASSIC CUT BYPASS PRUNER 1/2 " FORGED | 81380005 | 17.9800 | 0.00 |
| | | | ------------------------------ A | | | |
| | | | *$35.00 delivery charge will* | | | |
| | | | *be added to your invoice* | | | |
| | | | ------------------------------ | | | |
| | | | *Griffin wants you to be satisfied* | | | |
| | | | *with your order. All* | | | |
| | | | *returns require prior approval.* | | | |
| | | | *Returns must be made within* | | | |
| | | | *30 days and may result in a* | | | |
| | | | *restocking charge of up to* | | | |
| | | | *30% of the value of the order.* | | | |
| | | | *Please verify your shipments* | | | |
| | | | *immediately upon receipt. All* | | | |
| | | | *claims of damaged shipments must be* | | | |
| | | | *made within 48 hours* | | | |
| | | | *of delivery. For motor freight* | | | |
| | | | *shipments, you must note the* | | | |
| | | | *shortage/damage on the freight bill* | | | |
| | | | *and get the driver's* | | | |
| | | | *signature. Do not accept the* | | | |
| | | | *damaged shipments without this* | | | |
| | | | *documentation in place.* | | | |
| | | | ***Andrew/email.**** | | | |
| 1 | | 1 | CORONA POLY WHEELBARROW 6 C FT WOOD HANDLES 15" | 81380079 | 75.7335 | 0.00 |
| | | | *** 1 in our Stafford Springs warehouse.*** | | | |
| 12 | 12 | 0 | ESPOMA 4# GARDEN TONE | 80030018 | 4.6900 | 56.28 |
| | | | ***Located in Cheshire.*** | | | |
| 12 | | 12 | ESPOMA 4# HOLLY TONE | 80030019 | 4.6900 | 0.00 |
| | | | ***Located in our PA warehouse and can be transferred up.*** | | | |
| 12 | | 12 | ESPOMA 4# PLANT TONE | 80030020 | 4.6900 | 0.00 |
| | | | ***Located in or PA warehouse.*** | | | |
| 12 | | 12 | ESPOMA 4# ROSE TONE | 80030021 | 4.6900 | 0.00 |
| | | | ***Located in our PA warehouse and can be transferred up.*** | | | |
| 12 | | 12 | ESPOMA 4# TOMATO TONE | 80030022 | 4.6900 | 0.00 |
| | | | ***Located in our PA warehouse and can be | | | |

Original Entry Date: 05/07/2021

# Invoice As of: 06/08/22

 **GRIFFIN**

| Vendor: | |
|---|---|
| Invoice Number: | **04215709** |
| Due Date: | 05/10/2021 |
| Customer PO#: | ESPOMA & BONIDE |
| Griffin Order #: | 04229374 |

| Order Qty | Shipped Qty | B/O Qty | Description | Product Number | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| | | | *transferred up.\*\*\** | | | |
| 10 | | 10 | GILMOUR VINYL HOSE WASHERS SOLD AS BAG OF 10 WASHERS | 80150166 | 0.7950 | 0.00 |
| | | | ***\*\*\*Located in our Stafford Springs location.\*\*\**** | | | |
| 1 | | 1 | MASTER GARDNER STEEL YLW STEEL HANDLE PRO DUAL TIRES | 81060201 | 77.3745 | 0.00 |
| | | | ***\*\*\* 4 located in our Stafford Springs warehouse. \*\*\**** | | | |
| 1 | | 1 | SOLO #406-US MULTI-PURPOSE SPRAYER 2 GAL | 81140003 | 18.4749 | 0.00 |
| | | | ***\*\*\*Located in our PA warehouse.\*\*\**** | | | |
| 1 | 1 | 0 | SOLO #425 4GL PRO BACKPACK SPRAYER PISTON PUMP | 41-3130 | 89.8969 | 89.90 |
| | | | ***\*\*\*Located in our Cheshire branch.\*\*\**** | | | |
| 1 | | 1 | SOLO #430-2G PRESSURE SPRAYER | 81140005 | 29.3050 | 0.00 |
| | | | ***\*\*\*Located in our PA warehouse.\*\*\**** | | | |
| | | | *VISA XXXX-XXXX-XXXX-9210 $146.18*<br>*EXP 02/25*<br>*AUTH NO 06605G* | | | |

| | | |
|---|---|---|
| 79 | 13 | 64 |

| | |
|---|---|
| **SubTotal** | 146.18 |
| **Freight/Handling:** | 0.00 |
| **Misc Charges:** | 0.00 |
| **Tax:** | 0.00 |
| **Deposit:** | 0.00 |
| **Total:** | **0.00** |

Notice to Purchaser
The following is made in lieu of all warranties expressed or implied. Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller or manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed except by an agreement signed by officers of seller and manufacturer. All terms and conditions listed are subject to change.

Thank you for your business. Join us for our 2022 Expos! Virtual - Sept 13-14 / In-person - Sept 21-22

Original Entry Date: 05/07/2021

**Stone Hill Landscape Inc.**
35 Nutmeg Dr M275
Trumbull, CT  06611
+1 2038779324
Contact@stonehilllandscape.com
www.stonehilllandscape.com

# Invoice



| BILL TO |
| --- |
| Bethany Farm and Nursery |
| 35 Nutmeg Drive |
| Suite M275 |
| Trumbull, Connecticut  06611 |
| United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11519 | 05/08/2020 | $40,000.00 | 05/08/2020 | Due on receipt | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | **Furnish all Labor** <br> Furnish all labor, equipment and material necessary for the completion of the following scope of work: <br> - Repairs to salvageable greenhouses <br> - Rewrap houses, brace structures (weld, etc.), repair gutters, remove junk, wires, etc. <br> - clean and restore greenhouses to workable conditions | 1 | 0.00 | 0.00 |
| | **Labor and machine** <br> 8 men, 4 weeks | 20 | 1,800.00 | 36,000.00 |
| | **Material Disposal** <br> several loads of junk to dispose | 4 | 250.00 | 1,000.00 |
| | **Material** <br> greenhouse materials, cleaning supplies, tools, etc. | 1 | 3,000.00 | 3,000.00 |

This is the invoice for the scope of work listed above. We appreciate your prompt payment. Please contact us with any questions or concerns. Thank you!

**BALANCE DUE**     **$40,000.00**

# Bethany Farm & Nursery

**Type: All transactions · Status: All statuses · Name: Harrison Farms · Date: All dates**

| Date | Type | No. | Payee | Category | Memo | Balance | Total |
|------|------|-----|-------|----------|------|---------|-------|
| 06/04/2020 | Check | 1282 | Harrison Farms | Improvements | | $0.00 | $3,500.00 |
| 04/24/2020 | Check | 1276 | Harrison Farms | Improvements | | $0.00 | $7,672.00 |
| 04/14/2020 | Expense | 1270 | Harrison Farms | Improvements | | $0.00 | $4,612.00 |
| 03/04/2020 | Expense | 1212 | Harrison Farms | Improvements | | $0.00 | $520.00 |
| 01/21/2020 | Check | 1127 | Harrison Farms | Improvements | | $0.00 | $575.00 |
| 12/18/2019 | Check | 1076 | Harrison Farms | Improvements | | $0.00 | $2,500.00 |
| 11/19/2019 | Expense | 1054 | Harrison Farms | Improvements | | $0.00 | $3,400.00 |


$22,779.00

GO Environmental, LLC
203 Broad Street, C-10
Milford CT 06460

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/21/2021 | 7173 |

| BILL TO |
|---------|
| Bethany Farm & Nursery,LLC<br>Wesley Hanscome<br>229 Seymour Road<br>Bethany,CT 06525 |

| SUBJECT SITE |
|--------------|
| Commercial Property<br>229 Seymour Road<br>Bethany,CT 06525 |

| PO # | TERMS |
|------|-------|
| 427.3599.02.21 | Due on receipt |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| UST Removal | 1 | 4,110.00 | 4,110.00 |

Pd   Ck #1247

12-28-21

X   *Christopher Pecca*

GO Environmental          12/28/2021

A 3% percent surcharge will be applied to credit/debit payments.   A finance charge of 1 1/2 % per month  - 18 % per annum will be assessed  on all accounts past due , including all collection costs and attorney's fees.

Thank You for choosing GO Environmental, LLC

| | |
|---|---|
| **Total** | $4,110.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,110.00 |

**BETHANY FARM & NURSERY, LLC**
35 Nutmeg Drive, Suite M275
Trumbull, CT 06611

Ion Bank
Naugatuck, CT 06770-0370
51-7417/2111

1247

12-28-21

PAY TO THE
ORDER OF   Go environmental LLC                                    $ 4,110.00

Four  thousand  one hundred and Ten Dollars    00/100    DOLLARS

MEMO Invoice # 7173

⑈00⑈247⑈ ⑆2⑈⑈⑈74⑈78⑆ ⑈900667⑈30⑈

---

**BETHANY FARM & NURSERY, LLC**                                   1247

12-28-21

Invoice  # 7113                          $ 4,110.00

---

**BETHANY FARM & NURSERY, LLC**                                   1247

go enviramental llc        $ 4,110.00

φ Invoice # 7173

12-28-21



**RHINO GARAGE DOORS**

14 Scott St
Naugatuck, CT 06770
(860) 450-6173
rhinodoorsllc@gmail.com

# Invoice

| DATE | 05/01/2020 |
|---|---|
| INVOICE# | 1458 |
| TERMS | Cash On Delivery |

| BILL TO |
|---|
| Bethany Farms Nursery |
| Colin , |
| 229 Seymour Road |
| Woodbridge, CT 06525 |

| SERVICE LOCATION |
|---|
| 229 Seymour Road |
| Woodbridge, CT 06525 |

| JOB# | DATE | PO/REF# | DESCRIPTION |
|---|---|---|---|
| 34009480 | 04/09/2020 | | Quote to frame and complete construction work to install new garage doors, exterior doors, entry doors and Restaurant Swing Doors. |

**Completion Notes:**

| Job Charges | Qty | Rate | Total |
|---|---|---|---|
| Construction<br>- Ripping out both sliding doors and sliding door track system<br>- Leveling the ground with concrete<br>- Framing down the opening to 72x84 to fit Restaurant Style Swing Doors | 2.00 | $699.99 | $1,399.98 |
| Construction<br>- Framing down 12x12 garage door to 12x11 garage door<br>- Covering frame work with Aluminum Siding | 3.00 | $499.99 | $1,499.97 |
| Construction<br>- Ripping out 9x9 exterior door and track system<br>- Framing down opening to 8x8 to fit garage door<br>- Covering frame work with Aluminum Siding | 1.00 | $449.99 | $449.99 |
| Construction<br>- Ripping out old wooden double exterior doors<br>- Replacing rotted wood and reframing opening to 72x80 | 2.00 | $399.99 | $799.98 |
| Construction<br>- Reframing opening for entry door to 36x80 | 1.00 | $299.99 | $299.99 |
| Construction<br>- Ripping out sliding door and track system<br>- Welding two (2) vertical 2x6 steel beams attached to the current steel now (Needed to install tracks for garage door)<br>- Welding two (2) horizontal steel beams above, 9 ft behind (Needed to attach punch-holed angle iron to install horizontal tracks for garage door)<br>- Installation and welding of metal plates above all garage doors | 1.00 | $3,200.00 | $3,200.00 |
| **Job Subtotal** | | | **$7,649.91** |
| **Job Total** | | | **$7,649.91** |

| PRE-WORK SIGNATURE |
|---|
| |

| POST-WORK SIGNATURE |
|---|
| |

Signed By:

Signed By:

1

**CUSTOMER MESSAGE**

| | |
|---|---|
| **Invoice Total:** | $7,649.91 |
| **Deposits (-):** | $7,649.91 |
| **Payments (-):** | $0.00 |
| **Total Due:** | $0.00 |



# Invoice

| DATE | 05/13/2020 |
|---|---|
| INVOICE# | 1465 |
| TERMS | Cash On Delivery |

**RHINO GARAGE DOORS**
14 Scott St
Naugatuck, CT 06770
(860) 450-6173
rhinodoorsllc@gmail.com

| BILL TO | SERVICE LOCATION |
|---|---|
| Bethany Farms Nursery<br>Colin ,<br>229 Seymour Road<br>Woodbridge, CT 06525 | 229 Seymour Road<br>Woodbridge, CT 06525 |

| JOB# | DATE | PO/REF# | DESCRIPTION |
|---|---|---|---|
| 34275601 | 04/17/2020 | | Quote for custom door. |

**Completion Notes:**

| Job Charges | Qty | Rate | Total |
|---|---|---|---|
| Construction<br>- Create and install custom door between both 12x11 garage doors<br>- Wood material | 1.00 | $750.00 | $750.00 |
| Construction<br>- Installing 12 ft 2x6 Azek around both vertical sides and the horizontal top of the 12x12 garage door to fill in the gap and finish the outside. | 1.00 | $625.00 | $625.00 |
| **Job Subtotal** | | | **$1,375.00** |
| **Job Total** | | | **$1,375.00** |

| PRE-WORK SIGNATURE | POST-WORK SIGNATURE |
|---|---|
| | |

Signed By: _____    Signed By: _____

| CUSTOMER MESSAGE | | |
|---|---|---|
| | **Invoice Total:** | **$1,375.00** |
| | **Deposits (-):** | **$1,375.00** |
| | **Payments (-):** | **$0.00** |
| | **Total Due:** | **$0.00** |

1



14 Scott St
Naugatuck, CT 06770
(860) 450-6173
rhinodoorsllc@gmail.com

# Invoice

| DATE | 05/13/2020 |
|---|---|
| INVOICE# | 1464 |
| TERMS | Cash On Delivery |

| BILL TO |
|---|
| Bethany Farms Nursery<br>Colin ,<br>229 Seymour Road<br>Woodbridge, CT 06525 |

| SERVICE LOCATION |
|---|
| 229 Seymour Road<br>Woodbridge, CT 06525 |

| JOB# | DATE | PO/REF# | DESCRIPTION |
|---|---|---|---|
| 35077140 | 05/01/2020 | | Quote to finish pre-hung doors. |
| | | | **Completion Notes:** |

| Job Charges | Qty | Rate | Total |
|---|---|---|---|
| **30 Day Warranty**<br>Warranty will cover parts and/or labor for 30 Days after installation, or repair. Any issue outside of 30 days, will be charged accordingly. | | | $0.00 |
| **Limited Lifetime Operator Warranty**<br>Warranty includes Operator parts only. Warranty does not include labor, or parts that were not installed by Rhino Garage Doors, LLC. Warranty will be VOID, if customer causes damage to Operator, or Operator parts. Warranty will also be VOID if any damage is caused from natural disasters. | | | $0.00 |
| Construction<br>- Finishing single pre-hung entry doors.<br>- Painting the door and surrounding<br>- Finishing the exterior with Azek | 3.00 | $400.00 | $1,200.00 |
| Construction<br>- Finishing double exterior pre-hung entry doors.<br>- Painting the door and surrounding<br>- Finishing the exterior with Azek<br>- Finish the interior with R-15 Insulation and Azek. | 2.00 | $1,200.00 | $2,400.00 |
| Construction<br>- Finish framing of 72x84 for Restaurant Style Swing Doors with plywood, then finished with Azek. | 2.00 | $1,200.00 | $2,400.00 |
| Construction<br>- Finish exterior of all 12x11 garage doors and 8x8 garage door with Azek instead of Aluminum. | 1.00 | $0.00 | $0.00 |
| 877Max Keypad | 5.00 | $60.00 | $300.00 |
| **Job Subtotal** | | | **$6,300.00** |
| **Job Total** | | | **$6,300.00** |

| PRE-WORK SIGNATURE | POST-WORK SIGNATURE |
|---|---|
| | |

Signed By: _____   Signed By: _____

| CUSTOMER MESSAGE | | Invoice Total: | $6,300.00 |
|---|---|---|---|
| | | Deposits (-): | $6,300.00 |
| | | Payments (-): | $0.00 |
| | | Total Due: | $0.00 |



# Invoice

| DATE | 06/10/2020 |
|---|---|
| INVOICE# | 1478 |
| TERMS | Cash On Delivery |

14 Scott St
Naugatuck, CT 06770
(860) 450-6173
rhinodoorsllc@gmail.com

| BILL TO | SERVICE LOCATION |
|---|---|
| Bethany Farms Nursery<br>Colin ,<br>229 Seymour Road<br>Woodbridge, CT 06525 | 229 Seymour Road<br>Woodbridge, CT 06525 |

| JOB# | DATE | PO/REF# | DESCRIPTION |
|---|---|---|---|
| 32172313 | 03/01/2020 | | Free estimate for new garage doors. |

**Completion Notes:**

| Job Charges | Qty | Rate | Total |
|---|---|---|---|
| **30 Day Warranty**<br>Warranty will cover parts and/or labor for 30 Days after installation, or repair. Any issue outside of 30 days, will be charged accordingly. | | | $0.00 |
| **Limited Lifetime Panel Warranty**<br>Warranty includes panels on garage door only. Warranty does not include labor. Labor will be charged accordingly for the installation of new panels. The lifetime warranty will cover corrosion, erosion, paint chipping, or any damage caused by Rhino Garage Doors, LLC. Warranty will be VOID if any damage is done by the customer, or natural disasters. | | | $0.00 |
| **Limited Lifetime Operator Warranty**<br>Warranty includes Operator parts only. Warranty does not include labor, or parts that were not installed by Rhino Garage Doors, LLC. Warranty will be VOID, if customer causes damage to Operator, or Operator parts. Warranty will also be VOID if any damage is caused from natural disasters. | | | $0.00 |
| Door Builder<br>8x9<br>Insulated Double-Steel Back<br>R-Value = 18.4<br>2 inch thickness<br>White<br>Short Panel<br>12 inch radius<br>Front Torsion<br>Solid | 1.00 | $1,199.99 | $1,199.99 |
| Door Builder<br>12x11<br>Insulated Double-Steel Back<br>R-Value = 12.9<br>1 3/8 inch thicknessWhite<br>Short Panel<br>12 inch radius<br>Front Torsion<br>Solid | 3.00 | $1,899.99 | $5,699.97 |
| Ten Year Parts Warranty<br>Warranty includes parts only. Warranty does not include labor, or parts that were not installed by Rhino Garage Doors, LLC. Warranty will be VOID, if customer causes any damage to parts | 1.00 | $0.00 | $0.00 |

1

that were installed by Rhino Garage Doors, LLC. Warranty will also
be VOID if damage is caused from any natural disasters.

| | | | |
|---|---|---|---|
| Entry Door<br>35 1/2 x 81 (Needs to be framed to 36x80)<br>White<br>Galvanized Steel<br>Fire-Proof<br>Energy Efficient Core | 1.00 | $749.99 | $749.99 |
| Entry Door<br>36 x 71 1/2 (Needs to be framed to 36x80)<br>White<br>Galvanized Steel<br>Fire-Proof<br>Energy Efficient Core | 1.00 | $749.99 | $749.99 |
| Vinyl Trim | 6.00 | $99.99 | $599.94 |
| LiftMaster Jackshaft | 5.00 | $799.99 | $3,999.95 |
| Door Builder<br>8x8<br>Insulated Double-Steel Back<br>R-Value = 12.9<br>1 3/8 inch thicknessWhite<br>Short Panel<br>12 inch radius<br>Front Torsion<br>Solid | 1.00 | $999.99 | $999.99 |
| Entry Door<br>35 x 80 (Needs to be framed to 36x80)<br>White<br>Galvanized Steel<br>Fire-Proof<br>Energy Efficient Core | 1.00 | $749.00 | $749.00 |
| Entry Door<br>87x84 (Needs to be framed to 72x80)<br>Double Exterior Door<br>White<br>Galvanized Steel<br>Energy Efficient Core | 1.00 | $1,799.99 | $1,799.99 |
| Entry Door<br>84x88 (Needs to be framed to 72x80)<br>Double Exterior Door<br>White<br>Galvanized Steel<br>Energy Efficient Core | 1.00 | $1,799.99 | $1,799.99 |
| Entry Door<br>Restaurant Style Swing Doors<br>72x84<br>Eliason Model<br>Aluminum<br>18 Inch Steel Impact Plate<br>Full Frame Included | 2.00 | $3,299.99 | $6,599.98 |
| Door Builder<br>9x8<br>Insulated Double-Steel Back W/ Man Door Entry<br>R-Value = 12.9<br>1 3/8 inch thicknessWhite<br>Short Panel<br>12 inch radius<br>Front Torsion<br>Solid<br>3 total struts for added protection and reinforcement<br>Rated for winds up to 90 mph | 1.00 | $3,699.99 | $3,699.99 |
| Scissor Lift<br>Per Day (Two Day Rental)<br>*Needed to install the Restaurant Style Swing Doors* | 2.00 | $375.00 | $750.00 |
| Door Builder<br>12x12<br>Insulated Double-Steel Back<br>R-Value = 12.9<br>1 3/8 inch thicknessWhite | 1.00 | $2,249.99 | $2,249.99 |

2

Short Panel
12 Inch radius
Front Torsion
Solid
With chain hoist

| | | | |
|---|---|---|---|
| Construction<br>Brickmoulding installation around all entry doors. | 5.00 | $325.00 | $1,625.00 |
| Construction<br>R-19 Insulation for finished walls around double exterior doors and<br>Restaurant Style Swing Doors | 1.00 | $375.00 | $375.00 |
| Construction<br>Installation of two lead pipes per Restaurant Style Swing Door. | 1.00 | $400.00 | $400.00 |
| **Job Subtotal** | | | **$34,048.76** |
| **Job Total** | | | **$34,048.76** |

| PRE-WORK SIGNATURE | POST-WORK SIGNATURE |
|---|---|
| | |

Signed By: _____

Signed By: _____

| CUSTOMER MESSAGE | |
|---|---|

| | |
|---|---|
| **Invoice Total:** | **$34,048.76** |
| **Deposits (-):** | **$34,048.76** |
| **Payments (-):** | **$0.00** |
| **Total Due:** | **$0.00** |

**EMPLOYEE EARNINGS RECORD**

(Requested Check Dates 09/01/20 - 05/27/22)

Page 1 of 6

**0014 1208-6323** Stone Hill Landscape Inc

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| Aliou, William | 43 | | | | | | |
| 1 *Person(s)* | | | | | | | |

## EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 09/01/20 - 05/27/22)

0014 1208-6323 Stone Hill Landscape Inc

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | |
| 09/03 | Hourly | 28.00 | | 784.00 | | 784.00 | | 59.97 | 30.69 | 31.81 | | | 661.53 |
| 09/10 | Hourly | 29.00 | | 812.00 | | 812.00 | | 62.13 | 33.49 | 33.07 | | | 683.31 |
| 09/17 | Hourly | 38.75 | | 1085.00 | | 1085.00 | | 83.00 | 65.35 | 52.17 | | | 884.48 |
| 09/24 | Hourly | 38.50 | | 1078.00 | | 1078.00 | | 82.46 | 64.51 | 51.79 | | | 879.24 |
| 10/01 | Hourly | 34.50 | | 966.00 | | 966.00 | | 73.90 | 51.07 | 42.26 | | | 798.77 |
| 10/08 | Hourly | 37.00 | | 1036.00 | | 1036.00 | | 79.26 | 59.47 | 49.10 | | | 848.17 |
| 10/15 | Hourly | 31.00 | | 868.00 | | 868.00 | | 66.40 | 39.31 | 35.59 | | | 726.70 |
| 10/22 | Hourly | 34.50 | | 966.00 | | 966.00 | | 73.89 | 51.07 | 42.26 | | | 798.78 |
| 10/29 | Hourly | 36.25 | | 1015.00 | | 1015.00 | | 77.65 | 56.95 | 47.94 | | | 832.46 |
| 11/05 | Hourly | 36.25 | | 1015.00 | | 1015.00 | | 77.65 | 56.95 | 47.94 | | | 832.46 |
| 11/12 | Hourly | 39.50 | | 1106.00 | | 1106.00 | | 84.62 | 67.87 | 53.33 | | | 900.18 |
| 11/19 | Hourly | 30.00 | | 840.00 | | 840.00 | | 64.26 | 36.29 | 34.33 | | | 705.12 |
| 11/25 | Hourly | 37.00 | | 1036.00 | | 1036.00 | | 79.25 | 59.47 | 49.10 | | | 848.18 |
| 12/03 | Hourly | 32.00 | | 896.00 | | 896.00 | | 68.54 | 42.67 | 36.85 | | | 747.94 |
| 12/10 | Hourly | 37.50 | | 1050.00 | | 1050.00 | | 80.33 | 61.15 | 49.87 | | | 858.65 |
| 12/17 | Hourly | 29.50 | | 826.00 | | 826.00 | | 63.18 | 34.89 | 33.70 | | | 694.23 |
| 12/24 | Hourly | 22.50 | | 630.00 | | 630.00 | | 48.20 | 15.29 | 22.29 | | | 544.22 |
| 12/31 | Hourly | 25.50 | | 714.00 | | 714.00 | | 54.62 | 23.69 | 28.66 | | | 607.03 |
| 01/07 | Hourly | 32.00 | | 896.00 | | 896.00 | | 68.54 | 41.92 | 36.85 | | 4.48 | 744.21 |
| 01/14 | Hourly | 38.75 | | 1085.00 | | 1085.00 | | 83.00 | 64.60 | 52.17 | | 5.43 | 879.80 |
| 01/21 | Hourly | 39.50 | | 1106.00 | | 1106.00 | | 84.61 | 67.12 | 53.33 | | 5.53 | 895.41 |
| 01/28 | Hourly | 33.50 | | 938.00 | | 938.00 | | 71.76 | 46.96 | 39.61 | | 4.69 | 774.98 |
| 02/04 | Hourly | 32.50 | | 910.00 | | 910.00 | | 69.62 | 43.60 | 37.48 | | 4.55 | 754.75 |
| 02/25 | Hourly | 8.00 | | 224.00 | | 224.00 | | 17.14 | | | | 1.12 | 205.74 |

Aliou, William
Soc Sec#: xxx-xx-5810
54 Laurel Ave
Derby, CT 06418

ID 43
Sex: Male
Birthdate: 01/03/1958
Hire Date: 04/19/2020
Inactive Date:
Rehire Date:

Term Date:
Pay Frequency: Weekly
Standard Hrs:
Rate 1 / Salary: 28.00/Hour
Last Raise Date:

Withholding Method:
Earnings:

Federal: Married Filing Jointly, $
CT: A

Deductions:

**EMPLOYEE EARNINGS RECORD**
**(Requested Check Dates 09/01/20 - 05/27/22)**

0014 1208-6323 Stone Hill Landscape Inc

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | REIMB & OTHER PAYMENTS | TOTAL EARNINGS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04 | Hourly | 27.50 | | 770.00 | | | 770.00 | 58.90 | 28.71 | 31.18 | | 3.85 | 647.36 |
| 03/11 | Hourly | 20.50 | | 574.00 | | | 574.00 | 43.91 | 9.11 | 17.17 | | 2.87 | 500.94 |
| 03/18 | Hourly | 34.50 | | 966.00 | | | 966.00 | 73.90 | 50.32 | 42.26 | | 4.83 | 794.69 |
| 03/25 | Hourly | 35.50 | | 994.00 | | | 994.00 | 76.04 | 53.68 | 45.48 | | 4.97 | 813.83 |
| 04/01 | Hourly | 32.00 | | 896.00 | | | 896.00 | 68.55 | 41.92 | 36.85 | | 4.48 | 744.20 |
| 04/08 | Hourly | 29.50 | | 826.00 | | | 826.00 | 63.18 | 34.31 | 33.70 | | 4.13 | 690.68 |
| 04/15 | Hourly | 35.00 | | 980.00 | | | 980.00 | 74.97 | 52.00 | 43.82 | | 4.90 | 804.31 |
| 04/22 | Hourly | 20.00 | | 560.00 | | | 560.00 | 42.84 | 7.71 | 16.54 | | 2.80 | 490.11 |
| 04/29 | Hourly | 29.75 | | 833.00 | | | 833.00 | 63.73 | 35.01 | 34.02 | | 4.17 | 696.07 |
| 05/06 | Hourly | 35.25 | | 987.00 | | | 987.00 | 75.50 | 52.84 | 44.65 | | 4.93 | 809.08 |
| 05/13 | Hourly | 7.25 | | 203.00 | | | 203.00 | 15.54 | | | | 1.02 | 186.44 |
| 05/20 | Hourly | 17.00 | | 476.00 | | | 476.00 | 36.41 | | 7.97 | | 2.38 | 429.24 |
| 05/27 | Hourly | 29.00 | | 812.00 | | | 812.00 | 62.11 | 32.91 | 33.07 | | 4.06 | 679.85 |
| 06/03 | Hourly | 27.50 | | 770.00 | | | 770.00 | 58.91 | 28.71 | 31.18 | | 3.85 | 647.35 |
| 06/10 | Hourly | 38.00 | | 1064.00 | | | 1064.00 | 81.40 | 62.08 | 51.02 | | 5.32 | 864.18 |
| 06/17 | Hourly | 28.50 | | 798.00 | | | 798.00 | 61.05 | 31.51 | 32.44 | | 3.99 | 669.01 |
| 06/24 | Hourly | 23.00 | | 644.00 | | | 644.00 | 49.25 | 16.11 | 23.79 | | 3.22 | 551.63 |
| 07/01 | Hourly | 8.50 | | 238.00 | | | 238.00 | 18.22 | | 0.05 | | 1.19 | 218.54 |
| 07/08 | Hourly | 23.00 | | 644.00 | | | 644.00 | 49.26 | 16.11 | 23.79 | | 3.22 | 551.62 |
| 07/15 | Hourly | 38.00 | | 1064.00 | | | 1064.00 | 81.40 | 62.08 | 51.02 | | 5.32 | 864.18 |
| 07/22 | Hourly | 13.00 | | 364.00 | | | 364.00 | 27.84 | | 2.60 | | 1.82 | 331.74 |
| 07/29 | Hourly | 23.00 | | 644.00 | | | 644.00 | 49.27 | 16.11 | 23.79 | | 3.22 | 551.61 |
| 08/05 | Hourly | 29.00 | | 812.00 | | | 812.00 | 62.12 | 32.91 | 33.07 | | 4.06 | 679.84 |
| 08/12 | Hourly | 26.50 | | 742.00 | | | 742.00 | 56.76 | 25.91 | 29.92 | | 3.71 | 625.70 |

Aliou, William
Soc Sec #: xxx-xx-5810
54 Laurel Ave
Derby, CT 06418

Page 4 of 6

# EMPLOYEE EARNINGS RECORD
## (Requested Check Dates 09/01/20 - 05/27/22)

0014 1208-6323 Stone Hill Landscape Inc

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19 | Hourly | 33.50 | | 938.00 | | 938.00 | | 71.76 | 46.96 | 39.61 | | 4.69 | 774.98 |
| 08/26 | Hourly | 29.00 | | 812.00 | | 812.00 | | 62.12 | 32.91 | 33.07 | | 4.06 | 679.84 |
| 09/02 | Hourly | 31.00 | | 868.00 | | 868.00 | | 66.40 | 38.56 | 35.59 | | 4.34 | 723.11 |
| 09/09 | Hourly | 40.00 | | 1120.00 | | 1120.00 | | 85.68 | 68.80 | 54.49 | | 5.60 | 905.43 |
| 09/16 | Hourly | 33.50 | | 938.00 | | 938.00 | | 71.75 | 46.96 | 39.61 | | 4.69 | 774.99 |
| 09/23 | Hourly | 28.00 | | 784.00 | | 784.00 | | 59.98 | 30.11 | 31.81 | | 3.92 | 658.18 |
| 09/30 | Hourly | 36.50 | | 1022.00 | | 1022.00 | | 78.18 | 57.04 | 48.33 | | 5.11 | 833.34 |
| 10/07 | Hourly | 35.00 | | 980.00 | | 980.00 | | 74.97 | 52.00 | 43.82 | | 4.90 | 804.31 |
| 10/14 | Hourly | 32.00 | | 896.00 | | 896.00 | | 68.55 | 41.92 | 36.85 | | 4.48 | 744.20 |
| 10/21 | Hourly | 33.00 | | 924.00 | | 924.00 | | 70.68 | 45.28 | 38.54 | | 4.62 | 764.88 |
| 10/28 | Hourly | 29.00 | | 812.00 | | 812.00 | | 62.12 | 32.91 | 33.07 | | 4.06 | 679.84 |
| 11/04 | Hourly | 25.50 | | 714.00 | | 714.00 | | 54.63 | 23.11 | 28.66 | | 3.57 | 604.03 |
| 11/10 | Hourly | 19.00 | | 532.00 | | 532.00 | | 40.69 | 4.91 | 13.55 | | 2.66 | 470.19 |
| 11/18 | Hourly | 28.00 | | 784.00 | | 784.00 | | 59.98 | 30.11 | 31.81 | | 3.92 | 658.18 |
| 11/24 | Hourly | 36.75 | | 1029.00 | | 1029.00 | | 78.72 | 57.88 | 48.71 | | 5.15 | 838.54 |
| 12/02 | Hourly | 38.75 | | 1085.00 | | 1085.00 | | 83.00 | 64.60 | 52.17 | | 5.42 | 879.81 |
| 12/09 | Hourly | 33.00 | | 924.00 | | 924.00 | | 70.68 | 45.28 | 38.54 | | 4.62 | 764.88 |
| 12/16 | Hourly | 22.00 | | 616.00 | | 616.00 | | 47.13 | 13.31 | 21.66 | | 3.08 | 530.82 |
| 01/20 | Hourly | 19.00 | | 532.00 | | 532.00 | | 40.69 | 3.37 | 13.55 | | 2.66 | 471.73 |
| 02/17 | Hourly | 15.50 | | 434.00 | | 434.00 | | 33.21 | | 5.37 | | 2.17 | 393.25 |
| 02/24 | Hourly | 12.00 | | 336.00 | | 336.00 | | 25.70 | | 1.58 | | 1.68 | 307.04 |
| 03/03 | Hourly | 2.00 | | 56.00 | | 56.00 | | 4.29 | | | | 0.28 | 51.43 |
| 03/31 | Hourly | 5.50 | | 154.00 | | 154.00 | | 11.77 | | | | 0.77 | 141.46 |

Aliou, William
Soc Sec#: xxx-xx-5810
54 Laurel Ave
Derby, CT 06418

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 09/01/20 - 05/27/22)

Page 5 of 6

0014 1208-6323 Stone Hill Landscape Inc

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | PAY |
| This Period Total | | 2029.75 | | 56833.00 | | 56833.00 | | S 9374<br>M 859.67 | 850.18 | CT 742.06<br>CT 1578.71<br>CT 20.50 | | CTPFL 7.56<br>CTPFL 193.00 | 47403.00 |

Allou, William
Soc Sec#: xxx-xx-5810
54 Laurel Ave
Derby, CT 06418

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 09/01/20 - 05/27/22)

Page 6 of 6

0014 1208-6323 Stone Hill Landscape Inc

| CHECK DATE | DESCRIPTION | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | | | |
| This Period Total | Hourly | 2029.75 | | 56833.00 | | 56833.00 | | Social Security 3523.65<br>Medicare 824.07<br>Fed Income Tax 2540.45<br>CT Income Tax 2341.27<br>CT PFML 200.56 | | |
| This Period Total | | | | | | 56833.00 | | 9430.00 | | 47403.00 |

*Categorized*

Total $56,988.25 *(handwritten)*

## Stone Hill Landscape Inc.

### Categorized

| DATE | DESCRIPTION | AMOUNT | ADDED OR MATCHED | Rule | ACTION |
|------|-------------|--------|------------------|------|--------|
| 12/09/2021 | VALLEY ELECTRIC SUPPLY | -$41.60 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/09/2021 $41.60 | | Undo |
| 12/04/2021 | VALLEY ELECTRIC SUPPLY | -$40.31 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/04/2021 $40.31 | | Undo |
| 11/10/2021 | VALLEY ELECTRIC SUPPLY | -$176.92 | Added to: Expense: Due from Bethany Farm & Nursery LLC 11/10/2021 $176.92 | | Undo |
| 11/06/2021 | VALLEY ELECTRIC SUPPLY | -$93.09 | Added to: Expense: Due from Bethany Farm & Nursery LLC 11/06/2021 $93.09 | | Undo |
| 10/29/2021 | VALLEY ELECTRIC SUPPLY | -$786.07 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/29/2021 $786.07 | | Undo |
| 10/18/2021 | VALLEY ELECTRIC SUPPLY | -$192.70 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/18/2021 $192.70 | | Undo |
| 10/13/2021 | VALLEY ELECTRIC SUPPLY | -$274.45 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/13/2021 $274.45 | | Undo |
| 09/10/2021 | VALLEY ELECTRIC SUPPLY | -$116.69 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/10/2021 $116.69 | | Undo |
| 09/10/2021 | VALLEY ELECTRIC SUPPLY | -$32.47 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/10/2021 $32.47 | | Undo |
| 09/08/2021 | VALLEY ELECTRIC SUPPLY | -$377.60 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/08/2021 $377.60 | | Undo |
| 08/26/2021 | VALLEY ELECTRIC SUPPLY | -$8.67 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/26/2021 $8.67 | | Undo |
| 08/26/2021 | VALLEY ELECTRIC SUPPLY | -$18.98 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/26/2021 $18.98 | | Undo |
| 08/14/2021 | VALLEY ELECTRIC SUPPLY | -$2,006.27 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/14/2021 $2,006.27 | | Undo |
| 08/07/2021 | VALLEY ELECTRIC SUPPLY | -$486.24 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/07/2021 $486.24 | | Undo |
| 08/03/2021 | VALLEY ELECTRIC SUPPLY | -$396.40 | Added to: Expense: Repairs:Equipment Repairs 08/03/2021 $396.40 | | Undo |
| 07/13/2021 | VALLEY ELECTRIC SUPPLY | -$8.19 | Added to: Expense: Office Expenses 07/13/2021 $8.19 | | Undo |
| 07/10/2021 | VALLEY ELECTRIC SUPPLY | -$258.96 | Added to: Expense: Due from Bethany Farm & Nursery LLC 07/10/2021 $258.96 | | Undo |
| 06/29/2021 | VALLEY ELECTRIC SUPPLY | -$149.30 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/29/2021 $149.30 | | Undo |
| 06/29/2021 | VALLEY ELECTRIC SUPPLY | -$497.06 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/29/2021 $497.06 | | Undo |
| 06/02/2021 | VALLEY ELECTRIC SUPPLY | -$221.60 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/02/2021 $221.60 | | Undo |
| 05/26/2021 | VALLEY ELECTRIC SUPPLY | -$531.34 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/26/2021 $531.34 | | Undo |
| 05/21/2021 | VALLEY ELECTRIC SUPPLY | -$1,114.57 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/21/2021 $1,114.57 | | Undo |
| 05/18/2021 | VALLEY ELECTRIC SUPPLY | -$126.46 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/18/2021 $126.46 | | Undo |
| 05/12/2021 | Valley Electric Supply | -$442.79 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/12/2021 $442.79 | | Undo |
| 05/12/2021 | Valley Electric Supply | -$152.37 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/12/2021 $152.37 | | Undo |
| 05/06/2021 | VALLEY ELECTRIC SUPPLY | -$31.81 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/06/2021 $31.81 | | Undo |
| 04/30/2021 | VALLEY ELECTRIC SUPPLY | -$2,174.47 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/30/2021 $2,174.47 | | Undo |
| 04/28/2021 | VALLEY ELECTRIC SUPPLY | -$88.04 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/28/2021 $88.04 | | Undo |
| 04/27/2021 | VALLEY ELECTRIC SUPPLY | -$237.05 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/27/2021 $237.05 | | Undo |
| 04/21/2021 | Valley Electric Supply | -$494.56 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/21/2021 $494.56 | | Undo |
| 04/15/2021 | VALLEY ELECTRIC SUPPLY | -$864.98 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/15/2021 $864.98 | | Undo |
| 03/27/2021 | VALLEY ELECTRIC SUPPLY | -$139.81 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/27/2021 $139.81 | | Undo |
| 03/25/2021 | VALLEY ELECTRIC SUPPLY | -$372.00 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/25/2021 $372.00 | | Undo |
| 03/20/2021 | VALLEY ELECTRIC SUPPLY | -$366.01 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/20/2021 $366.01 | | Undo |
| 03/19/2021 | VALLEY ELECTRIC SUPPLY | -$204.21 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/19/2021 $204.21 | | Undo |
| 03/11/2021 | VALLEY ELECTRIC SUPPLY | -$835.24 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/11/2021 $835.24 | | Undo |
| 03/05/2021 | VALLEY ELECTRIC SUPPLY | -$1,681.18 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/05/2021 $1,681.18 | | Undo |
| 02/24/2021 | VALLEY ELECTRIC SUPPLY | -$521.04 | Added to: Expense: Due from Bethany Farm & Nursery LLC 02/24/2021 $521.04 | | Undo |
| 01/27/2021 | VALLEY ELECTRIC SUPPLY | -$27.74 | Added to: Expense: Due from Bethany Farm & Nursery LLC 01/27/2021 $27.74 | | Undo |
| 01/26/2021 | VALLEY ELECTRIC SUPPLY | -$1,023.44 | Added to: Expense: Due from Bethany Farm & Nursery LLC 01/26/2021 $1,023.44 | | Undo |
| 01/20/2021 | VALLEY ELECTRIC SUPPLY | -$170.82 | Added to: Expense: Due from Bethany Farm & Nursery LLC 01/20/2021 $170.82 | | Undo |
| 01/15/2021 | VALLEY ELECTRIC SUPPLY | -$195.45 | Added to: Expense: Due from Bethany Farm & Nursery LLC 01/15/2021 $195.45 | | Undo |
| 01/12/2021 | VALLEY ELECTRIC SUPPLY | -$401.35 | Added to: Expense: Due from Bethany Farm & Nursery LLC 01/12/2021 $401.35 | | Undo |
| 01/05/2021 | VALLEY ELECTRIC SUPPLY | -$58.58 | Added to: Expense: Due from Bethany Farm & Nursery LLC 01/05/2021 $58.58 | | Undo |
| 12/23/2020 | VALLEY ELECTRIC SUPPLY | -$89.80 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/23/2020 $89.80 | | Undo |
| 12/21/2020 | VALLEY ELECTRIC SUPPLY | -$380.00 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/21/2020 $380.00 | | Undo |

18,908.68 *(handwritten)*

| ☐ | 12/12/2020 | VALLEY ELECTRIC SUPPLY | -$213.29 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/12/2020 $213.29 | Undo |
| ☐ | 12/09/2020 | VALLEY ELECTRIC SUPPLY | -$239.34 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/09/2020 $239.34 | Undo |
| ☐ | 12/07/2020 | VALLEY ELECTRIC SUPPLY | -$489.32 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/07/2020 $489.32 | Undo |
| ☐ | 12/02/2020 | VALLEY ELECTRIC SUPPLY | -$1,033.25 | Added to: Expense: Due from Bethany Farm & Nursery LLC 12/02/2020 $1,033.25 | Undo |

Categorized

1-50 of 109 items



1 | 2 | 3

197529

## Stone Hill Landscape Inc.

### Categorized

| DATE | DESCRIPTION | AMOUNT | ADDED OR MATCHED | Rule | ACTION |
|---|---|---|---|---|---|
| 11/17/2020 | VALLEY ELECTRIC SUPPLY | -$328.97 | Added to: Expense: Due from Bethany Farm & Nursery LLC 11/17/2020 $328.97 | | Undo |
| 11/11/2020 | VALLEY ELECTRIC SUPPLY | -$344.08 | Added to: Expense: Due from Bethany Farm & Nursery LLC 11/11/2020 $344.08 | | Undo |
| 11/03/2020 | VALLEY ELECTRIC SUPPLY | -$1,568.74 | Added to: Expense: Due from Bethany Farm & Nursery LLC 11/03/2020 $1,568.74 | | Undo |
| 10/28/2020 | VALLEY ELECTRIC SUPPLY | -$134.25 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/28/2020 $134.25 | | Undo |
| 10/22/2020 | VALLEY ELECTRIC SUPPLY | -$244.97 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/22/2020 $244.97 | | Undo |
| 10/15/2020 | VALLEY ELECTRIC SUPPLY | -$854.89 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/15/2020 $854.89 | | Undo |
| 10/13/2020 | VALLEY ELECTRIC SUPPLY | -$198.54 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/13/2020 $198.54 | | Undo |
| 10/10/2020 | VALLEY ELECTRIC SUPPLY | -$828.36 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/10/2020 $828.36 | | Undo |
| 10/07/2020 | VALLEY ELECTRIC SUPPLY | -$394.65 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/07/2020 $394.65 | | Undo |
| 10/02/2020 | VALLEY ELECTRIC SUPPLY | -$638.18 | Added to: Expense: Due from Bethany Farm & Nursery LLC 10/02/2020 $638.18 | | Undo |
| 09/29/2020 | VALLEY ELECTRIC SUPPLY | -$154.27 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/29/2020 $154.27 | | Undo |
| 09/24/2020 | VALLEY ELECTRIC SUPPLY | -$785.69 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/24/2020 $785.69 | | Undo |
| 09/23/2020 | VALLEY ELECTRIC SUPPLY | -$71.31 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/23/2020 $71.31 | | Undo |
| 09/19/2020 | VALLEY ELECTRIC SUPPLY | -$85.46 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/19/2020 $85.46 | | Undo |
| 09/17/2020 | VALLEY ELECTRIC SUPPLY | -$15.00 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/17/2020 $15.00 | | Undo |
| 09/17/2020 | VALLEY ELECTRIC SUPPLY | -$1,626.58 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/17/2020 $1,626.58 | | Undo |
| 09/10/2020 | VALLEY ELECTRIC SUPPLY | -$596.64 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/10/2020 $596.64 | | Undo |
| 09/04/2020 | VALLEY ELECTRIC SUPPLY | -$261.38 | Added to: Expense: Due from Bethany Farm & Nursery LLC 09/04/2020 $261.38 | | Undo |
| 08/26/2020 | VALLEY ELECTRIC SUPPLY | -$1,112.93 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/26/2020 $1,112.93 | | Undo |
| 08/08/2020 | VALLEY ELECTRIC SUPPLY | -$281.28 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/08/2020 $281.28 | | Undo |
| 08/01/2020 | VALLEY ELECTRIC SUPPLY | -$365.16 | Added to: Expense: Due from Bethany Farm & Nursery LLC 08/01/2020 $365.16 | | Undo |
| 07/28/2020 | VALLEY ELECTRIC SUPPLY | -$988.78 | Added to: Expense: Due from Bethany Farm & Nursery LLC 07/28/2020 $988.78 | | Undo |
| 07/08/2020 | VALLEY ELECTRIC SUPPLY | -$1,796.61 | Added to: Expense: Due from Bethany Farm & Nursery LLC 07/08/2020 $1,796.61 | | Undo |
| 06/30/2020 | VALLEY ELECTRIC SUPPLY | -$171.42 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/30/2020 $171.42 | | Undo |
| 06/24/2020 | VALLEY ELECTRIC SUPPLY | -$301.48 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/24/2020 $301.48 | | Undo |
| 06/16/2020 | VALLEY ELECTRIC SUPPLY | -$2,292.60 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/16/2020 $2,292.60 | | Undo |
| 06/06/2020 | VALLEY ELECTRIC SUPPLY | -$126.55 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/06/2020 $126.55 | | Undo |
| 06/05/2020 | VALLEY ELECTRIC SUPPLY | -$679.98 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/05/2020 $679.98 | | Undo |
| 06/02/2020 | VALLEY ELECTRIC SUPPLY | -$138.39 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/02/2020 $138.39 | | Undo |
| 06/02/2020 | VALLEY ELECTRIC SUPPLY | -$179.84 | Added to: Expense: Due from Bethany Farm & Nursery LLC 06/02/2020 $179.84 | | Undo |
| 05/19/2020 | VALLEY ELECTRIC SUPPLY | -$147.55 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/19/2020 $147.55 | | Undo |
| 05/12/2020 | VALLEY ELECTRIC SUPPLY | -$3,218.74 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/12/2020 $3,218.74 | | Undo |
| 05/08/2020 | VALLEY ELECTRIC SUPPLY | -$399.86 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/08/2020 $399.86 | | Undo |
| 05/05/2020 | VALLEY ELECTRIC SUPPLY | -$120.39 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/05/2020 $120.39 | | Undo |
| 05/04/2020 | VALLEY ELECTRIC SUPPLY | -$350.67 | Added to: Expense: Due from Bethany Farm & Nursery LLC 05/04/2020 $350.67 | | Undo |
| 04/29/2020 | VALLEY ELECTRIC SUPPLY | -$331.37 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/29/2020 $331.37 | | Undo |
| 04/21/2020 | VALLEY ELECTRIC SUPPLY | -$441.12 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/21/2020 $441.12 | | Undo |
| 04/17/2020 | VALLEY ELECTRIC SUPPLY | -$567.33 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/17/2020 $567.33 | | Undo |
| 04/09/2020 | VALLEY ELECTRIC SUPPLY | -$73.18 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/09/2020 $73.18 | | Undo |
| 04/07/2020 | VALLEY ELECTRIC SUPPLY | -$1,795.48 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/07/2020 $1,795.48 | | Undo |
| 04/04/2020 | VALLEY ELECTRIC SUPPLY | -$194.77 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/04/2020 $194.77 | | Undo |
| 04/03/2020 | VALLEY ELECTRIC SUPPLY | -$193.44 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/03/2020 $193.44 | | Undo |
| 04/02/2020 | VALLEY ELECTRIC SUPPLY | -$856.87 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/02/2020 $856.87 | | Undo |
| 04/01/2020 | VALLEY ELECTRIC SUPPLY | -$253.38 | Added to: Expense: Due from Bethany Farm & Nursery LLC 04/01/2020 $253.38 | | Undo |
| 03/30/2020 | VALLEY ELECTRIC SUPPLY | -$88.08 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/30/2020 $88.08 | | Undo |
| 03/28/2020 | VALLEY ELECTRIC SUPPLY | -$79.08 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/28/2020 $79.08 | | Undo |

26,678.29

| | 03/27/2020 | VALLEY ELECTRIC SUPPLY | -$1,088.06 | Categorized |
|---|---|---|---|---|

| ☐ | 03/27/2020 | VALLEY ELECTRIC SUPPLY | -$1,088.06 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/27/2020 $1,088.06 | Undo |
| ☐ | 03/25/2020 | VALLEY ELECTRIC SUPPLY | -$60.19 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/25/2020 $60.19 | Undo |
| ☐ | 03/21/2020 | VALLEY ELECTRIC SUPPLY | -$241.73 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/21/2020 $241.73 | Undo |
| ☐ | 03/20/2020 | VALLEY ELECTRIC SUPPLY | -$410.20 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/20/2020 $410.20 | Undo |

51-100 of 109 items



1 2 3

1800.18

# Stone Hill Landscape Inc.

## Categorized

| | DATE | DESCRIPTION | AMOUNT | ADDED OR MATCHED | Rule | ACTION |
|---|---|---|---|---|---|---|
| ☐ | 03/09/2020 | Valley Electric Supply | -$664.20 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/09/2020 $664.20 | | Undo |
| ☐ | 03/07/2020 | Valley Electric Supply | -$1,665.12 | Added to: Expense: Due from Bethany Farm & Nursery LLC 03/07/2020 $1,665.12 | | Undo |
| ☐ | 02/22/2020 | Valley Electric Supply | -$221.26 | Added to: Expense: Due from Bethany Farm & Nursery LLC 02/22/2020 $221.26 | | Undo |
| ☐ | 01/08/2020 | Valley Electric Supply | -$119.21 | Added to: Expense: Cost of Goods Sold:Materials 01/08/2020 $119.21 | | Undo |
| ☐ | 01/08/2020 | Valley Electric Supply | -$496.20 | Added to: Expense: Cost of Goods Sold:Materials 01/08/2020 $496.20 | | Undo |
| ☐ | 11/21/2019 | Valley Electric Supply | -$122.95 | Added to: Expense: Cost of Goods Sold:Materials 11/21/2019 $122.95 | | Undo |
| ☐ | 11/16/2019 | Valley Electric Supply | -$2,041.73 | Added to: Expense: Due from Bethany Farm & Nursery LLC 11/16/2019 $2,041.73 | | Undo |
| ☐ | 10/11/2019 | Valley Electric Supply | -$1,436.90 | Matched to: Journal Entry: Split expense 10/09/2019 $1,436.90 | | Undo |
| ☐ | 10/08/2019 | Valley Electric Supply | -$192.33 | Matched to: Journal Entry: Split expense 10/07/2019 $192.33 | | Undo |

101-109 of 109 items



1 | 2

6959.90

1/1



LOWE'S HOME CENTERS, LLC
496 NEW HAVEN AVENUE
DERBY, CT 06418    (203) 446-0080

— SALE —
SALES#: FSTLANE3 13  TRANS#: 9526960 12-15-21

366892 10IN X 10FT ROLL ALUM FLA      19.96
            2 @    9.98
292678 18-IN BLK CABLE TIES 15 C        7.68

                    SUBTOTAL:      27.64
                         TAX:       1.76
INVOICE 06347   TOTAL:             29.40
                        VISA:      29.40

VISA: XXXXXXXXXXXXX9274 AMOUNT:29.40 AUTHCD: 09969G
CHIP REFID:232706051046 12/15/21 09:02:26
CUSTOMER CODE: ZUPS PIZZA
APL: CAPITAL ONE VISA  TVR: 6080008000
AID: A0000000031010    TSI: E800
STORE: 2327   TERMINAL: 06  12/15/21 09:02:40



3FN (MRS)       HEMP STAFF
                 MATERIALS

How doers
get more done®

117 MAIN ST DERBY, CT 06418 203-734-1371
MGR SHAWN-QUINN@HOMEDEPOT.COM

6226  00001  77766    12/18/21  10:27 AM
SALE CASHIER ISIAH

073149146748 16001 TOTE <A,S> <M> 34.98
  1600T LATCHING BOX + WHEELS,INK BLUE
  MAX REFUND VALUE $31.48
694037600258B HUSKLRING <A> <M>      4.98
  HUSKY BLACK ANCHOR POINT 3666# 1PK
  MAX REFUND VALUE $4.48
743854014020 TP POLY SEAM <A> <M>
  2.36IN X 30YDS BLUE DOLPHIN POLY TAP  19.41
  306.47
  MAX REFUND VALUE $17.4773
041785997116 OAFLIP MOP <A> <M>     13.97
  OCEDAR DUAL-ACTION FLIP MOP
  MAX REFUND VALUE $12.58
--------10% off Military Discount--------
73.34 10% off Military Discount      -7.33
MUST RETURN ALL ITEMS FOR A FULL REFUND

                    SUBTOTAL      66.01
                    SALES TAX      4.19
                    TOTAL        $70.20
XXXXXXXXXXXXXS210 VISA          USD$ 70.20
                                       1A
AUTH CODE 05221G/0010682
Chip Read
AID A0000000031010    CAPITAL ONE VISA

P.O.#/JOB NAME: STAFF HOUSE

<M> = Military Appreciation

6226  12/18/21  10:27 AM

SHL CARD - FARM
MATERIALS

## OXFORD LUMBER
### BUILDING MATERIALS

Oxford CT Yard
113 Oxford Rd
Oxford, CT 06478
Phone: 203-888-9200

Cust# 61959
INV# 2156813
2/14/2022

Plywood CDX 1/2" (15/32") 4x8
6120F0
3 ea        45.80 / ea        $137.40

Grip-Rite PrimeGuard No. 9 x 2-1/2" Combo Star Head S
5LT212
2 ea        29.99 / ea        $59.98

PT 2x4x8 #1 SYP "Pressure Treated"
5204008
24 ea        11.75 / ea        $282.00

Sub Total                    478.38
Tax-Exempt                     0.00
Total                        479.38

Paid By: VISA
Merchant #         667451
Account #          0901
Authorization #    04086G

Signature

---

BFN CARD
FARM MATERIALS

## OXFORD LUMBER
### BUILDING MATERIALS

Oxford CT Yard
113 Oxford Rd
Oxford, CT 06478
Phone: 203-888-9200

Cust# 61959
INV# 2159025
2/15/2022

Wooster Super Doo-Z Fabric 1/2" x 8" Paint Roller Cov
402049
1 ea        7.14 / ea        $7.14

Wooster 4174 Ultra Pro 2.5" Angle Paint Brush
4417V44
1 ea        8.59 / ea        $8.59

WOOSTER FI0010 HD ROLLER FRAME
148445
1 ea        3.32 / ea        $3.32

Sub Total                    19.05
Tax-Exempt                    0.00
Total                        19.05

Paid By: VISA
Merchant #         667451
Account #          9210
Authorization #    06575G

Signature

---

BFN CARD
TRAILE MATERIALS

## OXFORD LUMBER
### BUILDING MATERIALS

Oxford CT Yard
113 Oxford Rd
Oxford, CT 06478
Phone: 203-888-9200

Cust# 61959
INV# 2116928
1/31/2022

Nut 5/16" Galvanized
GN5516
6 ea                         $1.02

Lock Washer 5/16" Galvanized
GLW5516
6 ea                         $0.74

RELEASE-ST FASTENERS TRAY
MWT
1 ea                         $3.50

Sub Total                     5.50
CT Sales Tax (6.35)           0.35
Total                         5.85

Paid By: VISA
Merchant #         667451
Account #          9210
Authorization #    03235G

Signature

BFN MATERIALS
CARD

**OXFORD LUMBER**
**BUILDING MATERIALS**

Oxford CT Yard
113 Oxford Rd
Oxford, CT 06478
Phone 203-888-9200

Cust# 61959
INV# 2159491
2/18/2022
9:50

# Rust Penta Stops Rust Satin Hunter Green Protective
252414
2 ea    13.17 / ea    $26.34

Paint Care Small Fee
PCS
2 ea    0.35 / ea    $0.70

^ Wooster SuperFab FTP Synthetic Blend 1/2 x 9" Paint
RR924
1 ea    6.73 / ea    $6.73

Sub Total                    33.77
Tax-Exempt                   0.00
Total                        33.77

Paid By VISA                 $33.77
Merchant #                   667451
Account #         ...........9210
Authorization #           00655G

_____
Signature

---

BFN
CARD

FROM
MATERIAL

**OXFORD LUMBER**
**BUILDING MATERIALS**

Oxford CT Yard
113 Oxford Rd
Oxford, CT 06478
Phone 203-888-9200

Cust# 61959
INV# 2240184
5/3/2022
12:11

^ MIDWEST FASTENERS TRAY
MWT
1 ea    0.17 / ea    $0.17

^ Gorilla 1.88 x 35 yd Black Duct Tape
760035
1 ea    12.51 / ea    $12.51

^ Gorilla 1.88" x 35 yd Black Duct Tape
760035
1 ea    12.51 / ea    $12.51

Sub Total                    25.19
CT Sales Tax (6.35)          1.60
Total                        26.79

Paid By VISA                 $26.79
Merchant #                   667451
Account #         ...........9210
Authorization #           03204G

_____
Signature

---

Farm

**OXFORD LUMBER**
**BUILDING MATERIALS**

Oxford CT Yard
113 Oxford Rd
Oxford, CT 06478
Phone 203-888-9200

Cust# 61959
INV# 2242176
5/5/2022
10:00

MF K-SERIES VALUE PAK        NERS
OK
1 ea    6.30 / ea    $6.30

MIDWEST S-SERIES VALUE PAK
6S
1 ea    9.70 / ea    $9.70

Sub Total                    16.00
Tax-Exempt                   0.00
Total                        16.00

Paid By VISA                 $16.00
Merchant #                   667451
Account #         ...........3090
Authorization #           00492G

_____
Signature

John Allen Co
145 Bank Street
Seymour, CT 06483
203-888-1700
---All Sales Final--

09/2022          11:12

## Sale

abs #: 3  Batch #: 356

SA                 CHIP
************3090    **/**

OUNT:          $16.38

SP:      APPROVAL 05453G
le:              05453G
 #:     212916606074
usID: 582129587286723

 Name:   CAPITAL ONE
                 VISA
):   A000000031010
:        0080008000
:            E800

     Thank You!

**CUSTOMER COPY**

** SHIP TICKET **

Order #: S1459521.002
P/O # : Farm
Printed: 12:18:44 02 MAY 2022
Page # : 1 of 1

Ship To:
CASH CUSTOMER
SEYMOUR, CT 06483

| Order Date | Ship Date | Ship Via | Warehouse |
|---|---|---|---|
| 05-09-22 | 05/09/22 | PY PICK UP | Shp 1   Prc 1 |

| Salesperson | Release # | Freight Allowed |
|---|---|---|
| | | No |

| Product Description | Net Prc | Ext Prc |
|---|---|---|
| MU-PL 429-007 3/4 SXS COUPLING SCH 40 PVC 615-1369 | 1.005 | 5.43 |
| Loc:                    Pn: 168881 | | |
| MU-PL 438-101 3/4X1/2 SPIGXFPT BUSHING SCH 40 PVC | 1.993 | 9.97 |
| Loc:                    Pn: 304045 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 15.40 |
| SALES TAX | | 0.98 |
| Total Amount | | 16.38 |
| Amount paid today - Payment # S1459521.001 | | -16.38 |
| ** AMOUNT DUE ** | | 0.00 |

Farm

Shipped by _____   Pieces _____

your Signature: _____   Date: ___/___/____

upon receipt acknowledges that the above merchandise has been delivered
 received in perfect condition.
No returns, No exchanges on all purchases
 verdue accounts will be charged 2% per month finance charge.

**\*\*INVOICE\*\***



## SUPERIOR PRODUCTS DISTRIBUTORS, INC.

... and the **SUPERIOR** family of companies

1403 Meriden-Waterbury Road ▪ P.O. Box 57 ▪ Milldale, CT 06467
(860) 621-3621 ▪ (800) 937-7734 ▪ Fax: (860) 621-7922
www.SuperiorNetwork.com

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/08/22 | S3095623.001 |

| PLEASE REMIT TO: | PAGE NO. |
|---|---|
| Superior Products Dist., Inc.<br>P. O. Box 57<br>Milldale, CT 06467-0057 | 1 |

This transaction took place at:
**Superior Products**

**BILL TO:**
STONE HILL LANDSCAPE, INC.
35 NUTMEG DRIVE
SUITE M275
TRUMBULL, CT  06611

**SHIP TO:**
STONE HILL LANDSCAPE, INC.
35 NUTMEG DRIVE
SUITE M275
TRUMBULL, CT  06611

| CUSTOMER ORDER NUMBER | ORDERED BY | JOB REFERENCE |
|---|---|---|
| SCHED 80,BETHANY | WES HANSCOME | BETHANY FARM |

| ORDER TAKEN BY | SHIP VIA | SIGNED FOR BY | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| FRASWE | PICKUP AT EQ&S | KENT | 02/07/22 | 02/08/22 |

| SHIP QTY | DESCRIPTION | DISC | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 20 lf | 1-1/4" PVC SCHED 80 PE (LF/20)<br>(#10012) (#.1965) | | 3.517 | 70.34 |
| 1 ea | 1-1/4" X 90 DEG EL SCHED 80<br>(#806-012) (#053780) (#.2256) | | 5.567 | 5.57 |
| 1 ea | 1-1/4" TEE SCHED 80<br>(#801-012) (#053964) (#.2206) | | 16.780 | 16.78 |
| 1 ea | 2" SPEARS TRUE UNION BALL VALVE PVC<br>(#2329-020) (#.13818) | | 261.209 | 261.21 |
| 1 ea | CRESCENT 150 PC TOOL SET<br>(#CTK150) (#341792) | | 143.991 | 143.99 |
| 2 ea | 3/8" X 6" IRWIN/ HANSON MASONRY<br>DRILL BIT (#326011) (#008978) | | 8.883 | 17.77 |
| 1 ea | 1-1/4" X 6" NIPPLE PVC SCHED 80<br>(#885-060) | | 1.620 | 1.62 |
| 1 pk | 1" X 10' KEEPER 500# RATCHET TIE<br>DOWN STRAPS (2/PKG) (#473102) | | 19.395 | 19.40 |
| 10 lf | 1-1/2" PVC SCHED 80 PE (LF/20)<br>(#10015) (#.1966) | | 4.540 | 45.40 |

\*\*\* Continued on Next Page \*\*\*

Superior Rental ▪ Superior Equipment & Supplies ▪ Superior Instrument ▪ Superior Hearth, Spas & Leisure ▪ Superior Exposure

Southington ▪ East Hartford ▪ Norwich ▪ Bridgeport ▪ Cheshire ▪ Avon

# SUPERIOR PRODUCTS DISTRIBUTORS, INC.

... and the **SUPERIOR** family of companies

1403 Meriden-Waterbury Road ▪ P.O. Box 57 ▪ Milldale, CT 06467
(860) 621-3621 ▪ (800) 937-7734 ▪ Fax: (860) 621-7922
www.SuperiorNetwork.com

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/08/22 | S3095623.00 |

| PLEASE REMIT TO: | PAGE NO. |
|---|---|
| Superior Products Dist., Inc. P. O. Box 57 Milldale, CT 06467-0057 | 2 |

This transaction took place at:
**Superior Products**

**BILL TO:**
STONE HILL LANDSCAPE, INC.
35 NUTMEG DRIVE
SUITE M275
TRUMBULL, CT 06611

**SHIP TO:**
STONE HILL LANDSCAPE, INC.
35 NUTMEG DRIVE
SUITE M275
TRUMBULL, CT 06611

| CUSTOMER ORDER NUMBER | ORDERED BY | JOB REFERENCE |
|---|---|---|
| SCHED 80,BETHANY | WES HANSCOME | BETHANY FARM |

| ORDER TAKEN BY | SHIP VIA | SIGNED FOR BY | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| FRASWE | PICKUP AT EQ&S | KENT | 02/07/22 | 02/08/22 |

| SHIP QTY | DESCRIPTION | DISC | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 1 ea | 1-1/2" SOC SPEARS COMPACT BALL VALVE PVC (#2122-015) (#.44344) | | 117.189 | 117.19 |

Terms:  NET DUE 30 DAYS

Past due invoices are subject to a 1.5% per month late charge. All claims for errors must be made within 48 hours of receipt of material. All returns for credit must be authorized in advance and are subject to SPDI Returned Goods Policy. Special order items are not returnable for credit. SPDI will not accept unilateral claims or "backcharges" under any circumstances. Product warranties are limited to those provided by the manufacturer. SPDI makes no warranty, expressed or implied, in connection with this sale. SPDI explicitly disclaims any warranties of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, and under no circumstances will it accept responsibility for consequential damages. In the event that legal action is required to effect collection, customer agrees to pay all costs of collection including reasonable attorney's fees.

| | |
|---|---|
| Subtotal | 699.27 |
| Shipping | 0.00 |
| Handling | 0.00 |
| Sales Tax | 0.00 |
| **Amount Due** | **699.27** |

**Superior Rental ▪ Superior Equipment & Supplies ▪ Superior Instrument ▪ Superior Hearth, Spas & Leisure ▪ Superior Exposure**

Southington ▪ East Hartford ▪ Norwich ▪ Bridgeport ▪ Cheshire ▪ Avon

# EXHIBIT E







**View insights**                                    **Boost Post**

                                               

5 likes

**bethanyfarmandnursery** Greenhouses are being cleaned, repaired, and prepped for some beautiful plants come Spring. We'll be available for Retail... more

View 1 comment

February 28, 2020





**View insights**    **Boost Post**

    

 Liked by **stonehill.landscapedesign** and **13 others**



View insights    Boost Post

      

 Liked by **shakespearesgardenct** and **8 others**

**bethanyfarmandnursery** At Bethany Farm & Nursery



**James Winkel**

| | |
|---|---|
| **From:** | James Nugent |
| **Sent:** | Wednesday, June 8, 2022 1:37 PM |
| **To:** | James Winkel |
| **Subject:** | FW: Pic #3 More Pictures of Bethany Farm |
| **Attachments:** | IMG_6486.PNG; IMG_6487.PNG; IMG_6488.PNG; IMG_6485.PNG |

Can you get these printed in color    I have more

**From:** Colleen Goldstein <cgoldstein@brightbooksusa.com>
**Sent:** Wednesday, June 8, 2022 11:53 AM
**To:** James Nugent <jmn@quidproquo.com>
**Cc:** James Winkel <jrw@quidproquo.com>
**Subject:** Pic #3 More Pictures of Bethany Farm

**Colleen Goldstein**

Bookkeeper

P 203-987-4111/cgoldstein@brightbooksusa.com

35 Nutmeg Drive/Suite M275/Trumbull, CT 06611

Sign in to our Client Hub with your username & password.



Focus on your Business -
Let the pros do your Books

**From:** Jack Peccerillo <jack@innovativecpagroup.com>
**Sent:** Tuesday, June 7, 2022 11:11 AM
**To:** Charlie Smith <charlie@innovativecpagroup.com>; Colleen Goldstein <cgoldstein@brightbooksusa.com>
**Subject:** More BFN Pictures

**Jack Peccerillo**
DIGITAL MARKETING COORDINATOR

D 203-397-6482 / P 203-489-0612 x82

# EXHIBIT F

Form **1120S**

Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for an S Corporation**
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2017**

For calendar year 2017 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date 09/14/87 | **TYPE** | **Name** ACE BEGONIAS, INC. |
| **B** Business activity code number (see instructions) 111400 | **OR** | **Number, street, and room or suite no. If a P.O. box, see instructions.** 231 SEYMOUR RD |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | **City or town, state or province, country, and ZIP or foreign postal code** WOODBRIDGE    CT  06525 |

**D** Employer identification number  06-1213359
**E** Date incorporated  09/14/1987
**F** Total assets (see instructions)  $ 280,785

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 2

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | **1a** 1,327,722 | |
| **b** | Returns and allowances | **1b** | |
| **c** | Balance. Subtract line 1b from line 1a | **1c** | 1,327,722 |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | 708,002 |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | 619,720 |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | 4,765 |
| **5** | Other income (loss) (see instructions—attach statement)  SEE STMT 1 | **5** | 624,485 |
| **6** | **Total income (loss). Add lines 3 through 5** ▶ | **6** | |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instructions–attach Form 1125-E) | **7** | 3,000 |
| **8** | Salaries and wages (less employment credits) | **8** | 426,614 |
| **9** | Repairs and maintenance | **9** | 18,588 |
| **10** | Bad debts | **10** | 7,775 |
| **11** | Rents | **11** | 25,725 |
| **12** | Taxes and licenses | **12** | 59,587 |
| **13** | Interest | **13** | 217,070 |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 45,181 |
| **15** | Depletion (Do not deduct oil and gas depletion.) | **15** | |
| **16** | Advertising | **16** | 4,587 |
| **17** | Pension, profit-sharing, etc., plans | **17** | |
| **18** | Employee benefit programs | **18** | 278 |
| **19** | Other deductions (attach statement)  SEE STMT 2 ▶ | **19** | 303,838 |
| **20** | **Total deductions. Add lines 7 through 19** ▶ | **20** | 1,112,243 |
| **21** | **Ordinary business income (loss). Subtract line 20 from line 6** | **21** | -487,758 |

**Tax and Payments**

| | | | |
|---|---|---|---|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| **b** | Tax from Schedule D (Form 1120S) | **22b** | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) | **22c** | |
| **23a** | 2017 estimated tax payments and 2016 overpayment credited to 2017 | **23a** | |
| **b** | Tax deposited with Form 7004 | **23b** | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| **d** | Add lines 23a through 23c | **23d** | |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | **24** | |
| **25** | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| **26** | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| **27** | Enter amount from line 26 Credited to 2018 estimated tax ▶ _____ Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer  PAUL R. RIEUR    Date _____    Title  PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name  DAVID J WOJTOWICZ, CPA | Preparer's signature  DAVID J WOJTOWICZ, CPA | Date  09/17/18 | Check ☐ if self-employed   PTIN  P00260870 |
| Firm's name ▶ WOJTOWICZ, LLC | | | Firm's EIN ▶ 46-3212636 |
| Firm's address ▶ 100 BANK ST, SUITE 205  SEYMOUR, CT    06483-2806 | | | Phone no.  203-888-4272 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2017)

DAA

Form 1120S (2017)  ACE BEGONIAS, INC.                    06-1213359                    Page 4

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Recon-ciliation** | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -487,758 |

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | | 7,416 | | 5,268 |
| 2a | Trade notes and accounts receivable | 64,307 | | 34,439 | |
| b | Less allowance for bad debts | 1,200 | 63,107 | 1,200 | 33,239 |
| 3 | Inventories | | 57,723 | | 57,318 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) STMT 4 | | 81,947 | | 72,463 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 1,045,238 | | 1,053,743 | |
| b | Less accumulated depreciation | 897,384 | 147,854 | 942,565 | 111,178 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) STMT 5 | | 1,319 | | 1,319 |
| 15 | Total assets | | 359,366 | | 280,785 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 324,018 | | 388,741 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 285,905 | | 146,500 |
| 18 | Other current liabilities (attach statement) STMT 6 | | 119,008 | | 130,132 |
| 19 | Loans from shareholders | | 1,084,217 | | 1,511,388 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 227,911 | | 273,593 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 1,450 | | 1,450 |
| 23 | Additional paid-in capital | | 303,000 | | 303,000 |
| 24 | Retained earnings | | -1,986,143 | | -2,474,019 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 359,366 | | 280,785 |

Form **1120S** (2017)

DAA

9

**2017** PERSONAL PROPERTY DECLARATION – SUMMARY SHEET

Commercial and financial information is not open to public inspection.

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

List or Account#:    40005300

Owner's Name:    RIEUR PAUL

DBA:

Mailing address:    231 SEYMOUR RD

City/State/Zip:    BETHANY, CT 06524

Location (street & number)    00231 SEYMOUR RD

This Personal Property Declaration must be signed and delivered or postmarked by
**Wednesday, November 1, 2017** to:
Bethany Assessor
40 Peck Road
Bethany, CT 06524-3338

*ASSESSOR'S USE ONLY*

| Property Code and Description | Net Depreciated Value pages 5 & 6 | Code | ASSESSMENTS |
|---|---|---|---|
| #9 Motor Vehicles UNREGISTERED motor vehicles (e.g. campers, RV's, snowmobiles, trailers, trucks, passenger cars, tractors, off-road construction vehicles, etc.) including any vehicle garaged in Connecticut but registered in another state, or any such vehicle not registered at all. If you are a farmer eligible for the exemption under Sec. 12-91, list tractors in Code 17. | | #9 | |
| #10 - Machinery & Equipment Industrial manufacturing machinery and equipment (e.g., tools, dies, jigs, patterns, etc.). Include air and water pollution control equipment. | | #10 | |
| #11 Horses And Ponies Describe your horses and ponies. A $1,000 assessment exemption per animal will be applied. If you are a farmer, the exemption may be 100% provided Form M-28 is filed with and approved by the Assessor. | | #11 | |
| #12 - Commercial Fishing Apparatus All fishing apparatus exclusively used by a commercial fisherman in his business (e.g., fishing poles, nets, lobster pots, fish finders, etc.). A $500 value exemption will be applied. | | #12 | |
| #13 --Manufacturing machinery & equipment Manufacturing machinery and equipment used in manufacturing; used in research or engineering devoted to manufacturing; or used for the significant servicing or overhauling of industrial machinery or factory products and eligible for exemption under CGS 12-81 (76). (Formerly property Codes 13 & 15) | | #13 | |
| #14 Mobile Manufactured Homes If not currently assessed as real estate | | #14 | 87? |
| #16 - Furniture & Fixtures Furniture, fixtures and equipment of all commercial, industrial, manufacturing, mercantile, trading and all other businesses, occupations and professions. Examples: desks, chairs, tables, file cabinets, typewriters, calculators, copy machines, telephones (including mobile telephones), telephone answering machines, facsimile machines, postage meters, cash registers, moveable air conditioners, partitions, shelving display racks, refrigerators, freezers, kitchen equipment, etc. | 4021 | #16 | 2610 |
| #17 - Farm Machinery Farm machinery (e.g., tractors, harrows, bush hogs, hay bines, hay rakes, balers, corn choppers, milking machines, milk tanks, coolers, chuck wagons, dozers, back hoes, hydroponic farm equipment, aquaculture equipment, etc.), used in the operation of a farm. | 129,265 | #17 | 90,490 |
| | | #18 | |
| #18 - Expensed Supplies Farm tools, (e.g., hoes, rakes, pitch forks, shovels, hoses, brooms, etc.). | 454 | #19 | 320 |
| #19 - Mechanics Tools Mechanics tools (e.g., wrenches, air hammers, jacks, sockets, etc.). | | | |
| #20 - Electronic Data Processing Equipment Electronic data processing equipment (e.g., computers, printers, peripheral computer equipment, and any computer based equipment acting as a computer as defined under Section 168 of the IRS Code of 1986, etc.). Bundled software is taxable and must be included. | 12,188 | #20 | 8530 |
| #21 - Telecommunications Equipment Excluding furniture, fixtures, and computers, #21a includes cables, conduits, antennae, batteries, generators or any equipment not deemed technologically advanced by the Assessor. #21b includes controllers, control frames, relays switching and processing equipment or other equipment deemed technologically advanced by the Assessor. | | #21 | |
| #22 - Cables, conduits, pipes, poles, towers (if not currently assessed as real estate), underground mains, wires, turbines, etc., of gas, heating, or energy producing companies, telephone companies, water and water power companies. Include items annexed to the ground (e.g., hydraulic car lifts, gasoline holding tanks, pumps, truck scales, etc.), as well as property used for the purpose of creating or furnishing a supply of water (e.g., pumping stations). | | #22 | |
| #23 - Expensed Supplies The average monthly quantity of supplies normally consumed in the course of business (e.g., stationery, post-it notes, toner, computer disks, computer paper, pens, pencils, rulers, staplers, paper clips, medical and dental supplies and maintenance supplies, etc.). | 1203 | #23 | 840 |
| #24 - Other All Other Goods, Chattels and Effects Any other taxable personal property not previously mentioned or which does not appear to fit into any of the other categories. (e.g. video tapes, vending machines, pinball games, video games, signs, billboards, coffee makers, water coolers, leasehold improvements. | | #24 | |
| Subtotal > | 147,131 | | 102,990 |
| Total Assessment – all codes #9 through #24 | | | |
| #25 - Penalty for failure to file as required by statute -- 25% of assessment | | #25 | |

Exemption - Check box adjacent to the exemption you are claiming:                                                                                 90,810

☐ I – Mechanic's Tools - $500 value    ☐ M – Commercial Fishing Apparatus - $500 value
☐ I – Farming Tools - $500 value    ☐ I – Horses/ponies $1000 assessment per animal
All of the following exemptions require a separate application and/or certificate to be filed with the Assessor by the required return date
☐ J – Water Pollution or Air Pollution control equipment -- Connecticut DEEP certificate required – provide copy
☐ I – Farm Machinery $100,000 assessment - Exemption application M-28 required annually
☐ G & H – Distressed Municipality/Enterprise Zone/Enterprise Corridor Zone - Exemption application M-55 required annually
☐ U – Manufacturing Machinery & Equipment - Exemption claim required annually

Assessor's Final Assessment Total >                    12,180

Total Net Assessment

Page 7

10

List or Account#: 40005300

Owner's Name: RIEUR PAUL

Assessment date **October 1, 2017**

Required return date **November 1, 2017**

## DECLARATION OF PERSONAL PROPERTY AFFIDAVIT

THIS FORM MUST BE SIGNED (AND IN SOME CASES WITNESSED) BEFORE IT MAY BE FILED WITH THE ASSESSOR.

AVOID PENALTY – IMPROPERLY SIGNED DECLARATIONS REQUIRE A 25% PENALTY

COMPLETE SECTION A OR SECTION B

### Section A

**OWNER**  I DO HEREBY declare under penalty of false statement that all sections of this declaration have been completed according to the best of my knowledge, remembrance, and belief; that it is a true statement of all my personal property liable to taxation; and that I have not conveyed or temporarily disposed of any estate for the purpose of evading the laws relating to the assessment and collection of taxes as per Connecticut General Statutes §12-49.

SEE PAGE TWO (2) FOR SIGNATURE REQUIREMENTS.

CHECK ONE  ☑ OWNER      ☐ PARTNER

☐ CORPORATE OFFICER    ☑ MEMBER

Signature  _Paul R Rieur_           Dated _____

Signature/Title

Paul Rieur

Print or type name

### Section B

**AGENT**  I DO HEREBY declare under oath that I have been duly appointed agent for the owner of the property listed herein and that I have full authority and knowledge sufficient to file a proper declaration for him in accord with the provisions of §12-50 C.G.S.

Agent's Signature  _____           Dated _____

Agent's Signature /Title

_____

Print or type agent's name

**AGENT SIGNATURE MUST BE WITNESSED**

Witness of agent's sworn statement

Subscribed and sworn to before me -  _____           Dated _____

Circle one:  Assessor or staff member, Town Clerk, Justice of the Peace, Notary or Commissioner of Superior Court

---

**Direct questions concerning declaration to the Assessor's Office at:**

Phone 203-393-2100 x112          Fax 203-393-0828

**Hand deliver declaration to:**      **Mail declaration to:**

Town of Bethany              Town of Bethany

Assessor's Office            Assessor's Office

40 Peck Road                 40 Peck Road

Bethany, CT                  Bethany, CT 06524-3338

**Check Off List:**

☐ Read instructions on page 2

☐ Complete appropriate sections

☐ Complete exemption applications

☐ Sign & date as required on page 8

☐ Make a copy for your records

☐ Return by November 1, 2017

Notes: _____

---

This Personal Property Declaration must be signed above and delivered to the Bethany Assessor or postmarked (as defined in C.G.S. Sec 1-2a & as referenced in Sec. 12-41(d)) by Wednesday, November 1, 2017 -OR- a 25% Penalty as required by law shall be applied.

Paul Rieur

President

Ace Begonias, Inc

Joe Malvasio

I have been looking in my attic for old records but I am coming up empty handed.

A brief summation by memory Acquisition history of Ace Begonias facility

Land purchase – $99,000  in   1979

Leveling of site- 6,000

Purchase of 6  24'x96' hoop house structures and a 20x120 hoop structure.  Add underground electric service, service entry, well. Benching , a backup generator Garage and unit doorsabout 250,000. Structures 1-7on picture.

Later we added to the original structure with houses shown as 8, 9, 10, 11, 7x.  These structures were about 8,000 each, about $40,000

Structure 12 came later it is 60 feet longer and 4 feet wider (156x30) than the other green houses and has a high end benching with irrigation system (Ebb and flow) 20,000

Greenhouse, designated 14 on the map, is a   modern dutch "venlo" style house.  This is the best structure on the property. It is 115x197  or 22,655ft.squared with glass glazing.  It has oil hot water heat.  Under bench hear distribution. Benches that roll.  I has 20 450w HPS light.  It as 62 335w LED lights ($650+each big efficiency and output per watts compared to old HPS) .  The 'glass glazed service section has a single energy cloth.  The growing area has 2 cloth layers for maximum shade and heat control.  Directly attached to this house is a 130x30 double poly addition with concrete floor for distributive purpose of plants we don't grow.  Guestimate of expense  Site prep12,000, well 3500,structure with professional installation 300,000,Office 5,000 Distributive service area with benches 18,000 large back up generator used 4500, total of lights 45,300 Total about 388,000

Structure 13 is a 3bay house totaling 15x120= 9000ft.sq.  This was professionally installed ,It includes an inside 1500ft.sq. concrete pad and an outside pad and 2 truck loading dock.  It has roof vents. Side ventilation and   About $85,000

B

Structure 14 30x120 heated structure no bench winter grow worthy. Last winter worthy structure built 3600ft.sq.  $6,000

Finally there is about 7000 ft.sq if late spring house. These houses are marginally heated (most) or unheated.  These are holding houses where finished or near finished plants are moved.   In essense these are large cold frames that keep plants from cold damage in April and early May. No benches, with irrigation.  These are worth about $15,000.

14

AKERSON & WILEY, INC.
85 PARKER ROAD
WELLESLEY, MA 02482
--------
Charles B. Akerson, MAI (1926-2009)
Bruce F. Wiley, MAI



Appraisals – Portfolio Valuations
Green/Sustainable Property Consulting

(781) 431-8612
(617) 821-4949 MOBILE
(781) 431-0711 FAX
bruce.f.wiley@gmail.com

December 21, 2015

Ms. Genevieve R. Sherman
Clean Energy Finance and Investment Authority
845 Brook Street
Rocky Hill, CT 06067

      RE:  229 Seymour Rd., Bethany, CT

Dear Ms. Sherman,

In accordance with your request, we have made an inspection and appraisal of the Ace Begonias Greenhouse property with a proposed solar installation located at 229 Seymour Road, Bethany, CT. The purpose of this appraisal is to estimate the market value of the Fee Simple interest of the subject property as of November 13, 2015. Valuation of the solar installation is effective as of completion, estimated at April 1, 2016 or earlier.

The subject property is a greenhouse operation on some 17.8 acres with a ground mounted solar installation proposed for a portion of the currently vacant land. The solar arrays and related equipment are considered to be real estate fixtures as defined herein. The solar installation also includes an intangible asset that has been valued as the renewable energy credits known as ZRECs in Connecticut.

The underlying real estate is 17.8 acres, according to the Bethany Assessor, improved with various greenhouses as well as outdoor growing beds.

It is important to note here that the emphasis of the appraisal and report has been on the solar installation. The underlying real estate, however, is appraised with summary reporting. The client has requested that this assignment be prepared with the scope of work shown below:

| Primary | The primary intended use of the appraisal is for C-PACE financing of a completed clean energy installation as described herein. The scope of work is a comprehensive analysis and valuation of the installation with full reporting of all factors germane to its appraisal. Valuation will include real estate value from energy savings or redirected electricity charges, as applicable, and separately identified intangible value, such the sale of Connecticut ZRECs, as applicable. |
|---|---|
| Secondary | The secondary intended use of the appraisal is for the as-is valuation of the real estate underlying the clean energy installation. The scope of work is research and analysis for the most applicable approach to value, in this case, the cost approach. The client has requested that the secondary assignment be prepared with a sufficient scope of work to develop a sound value estimate and adequate reporting, complying with the Uniform Standards of Professional Appraisal Practice (USPAP). The underlying real estate valuation is reported in a summary or abbreviated format. |

\5

## HIGHEST AND BEST USE (PREMISE OF VALUE)

It is assumed that the subject property, if offered for sale on the open market, would command its highest price for an owner-occupant, and that the price would reflect value for a business using the components of the greenhouse buildings along with open land areas for planting. In addition, there is currently vacant land that will accommodate a ground mounted solar installation. For the purpose of estimating the market value of the property, the presumed highest and best use of the property must be legally permissible, physically possible, financially feasible, and maximally productive. It is clear that the current use of the subject property is permissible, possible, feasible and productive, and the appraisers know of no other use that would be more profitable or productive.

## VALUATION RATIONALE AND METHODOLOGY

This section of the report explains the rationale and the applicability of the three recognized approaches to value, reviews the work done in the valuation process, and sets forth the reasoning that supports each opinion or conclusion.

The Cost Approach: In this approach, the cost to replace the improvements is estimated. A deduction is made for any depreciation, and the result is combined with the estimated value of the underlying land. The approach is applicable when each component is independently measurable and when the sum of all components is believed to reflect market value. The approach is not applicable to unimproved land or obsolete improvements.

The Income Approach: This approach analyzes the property's capacity to generate income (or other monetary benefit) and converts this capacity into an indication of market value. This method estimates the gross effective income less applicable expenses. Resultant net income is capitalized into value through a capitalization technique. The technique that is used will depend on the timing and the nature of the income stream.

The Sales Comparison Approach: This approach compares the subject property to other properties that have changed hands fairly recently at known price levels. The approach is most meaningful when there is adequate market data involving comparable properties. Reliability of the approach varies directly with the quantity and quality of available market data.

Applicability: To estimate the value of the subject property, the appraisers have considered the applicability of all three approaches to value. The subject property would likely be purchased by an owner-occupant. We don't have any greenhouse property sales or rents for developing a sales comparison or income approach.

Particularly as the greenhouse use is specialized and not common, the cost approach to market value develops a sound value estimate through the principle of substitution. A buyer would base a purchase on the cost of acquiring an equally desirable land parcel and constructing the greenhouse and related improvements. The application of depreciation measures the extent that the existing buildings are less desirable than new ones.

The sales comparison approach was used for valuing the land and the income approach was used for valuing the solar assets.

The valuation process is summarized on the following pages.

10

| BUILDING COST ESTIMATES | | | |
|---|---|---|---|
| Category- | | x  Cost/SF* | |
| Building Base Cost/SF | Square Footage: | | |
| Main Bldg Straaight Wall Class S- Ave. | 25,184 | $9.42 | $237,233 |
| Main Bldg Heat Adjustment | 25,184 | $3.25 | $81,848 |
| Hoop Bldgs. Class S - Average | 61,853 | $6.69 | $413,797 |
| Hoop Bldgs. Heat Adjustment | 61,853 | $3.25 | $201,022 |
| Hoop Bldgs Unheated Class S- Fair | 7,200 | $4.58 | $32,976 |
| Planting benches as real estate fixtures | 35,222 | $5.21 | $183,507 |
| Subtotal before multipliers | | | $1,150,383 |
| # Stories Adj. | | x | 1.00 |
| Story Height Adj. | | x | 1.00 |
| Floor Area/Perimeter Adj. | | x | 1.30 |
| Subtotal | | | $  1,495,498 |
| Current Cost Multiplier | | x | 1.06 |
| Local Cost Multiplier - | New Haven, CT | x | 1.15 |
| | | Primary Building Cost | $1,823,011 |
| | | Total Improvement Cost | $1,823,011 |
| Rounded | | Rounded | $1,823,000 |
| *Based on Marshall Valuation Service. | | | |

**COST APPROACH SUMMARY**

| COST APPROACH SUMMARY | | | |
|---|---|---|---|
| Total Improvement Cost New | | | $1,823,000 |
| Less Observed Depreciation-Breakdown Method: | | | |
| Physical Deterioration Curable | | | |
| Physical Deterioration Incurable | | | |
| Functional Obsolescence | | | |
| External Obsolescence | | | |
| --Or-- Economic Age-Life Method | 50% | ($911,500) | |
| Effective Age: | 25 | | |
| Total Physical Life: | 50 | | |
| Total Observed Depreciation From All Causes | | | ($911,500) |
| Depreciated Cost of Buildings | | | $911,500 |
| Net Depreciated Cost of Curtains (real estate fixtures) | | | $40,000 |
| Depreciated Cost of Bldgs plus real estate fixtures | | | $951,500 |
| | | Rounded to | $950,000 |
| Land value - Acres and per acre value | 17.8 | $14,000 | $250,000 |
| Entreprenuerial Profit | Owner Occupied | | $0 |
| Cost Approach Value Indication | | | $1,200,000 |
| Square Footage: | 94,237 | Per Sq. Ft. | $12.73 |

AKERSON & WILEY, INC.

RECONCILIATION – SOLAR INSTALLATION

The value of the installation is from the electricity income of $65,000 plus the ZREC income of $50,000 which total $115,000. The solar cost approach, while not determinant for the real estate value, is $110,000. This indicates that the project is economically feasible.


FINAL VALUE ESTIMATE – ALL PROPERTY

From the preceding sections of the report, we have the following:

| Valuation Summary | | |
|---|---|---|
| Component | Value | |
| Acreage Land Value | $250,000 | |
| Greenhouses and Equipment | $950,000 | |
| As is Land and Buildings Value | | $1,200,000 |
| Proposed Ground Mount Solar Panels as Real Estate | | $65,000 |
| **Total As-Completed Real Estate Value** | | **$1,265,000** |
| Intangible Value – ZREC Income -Ground Mount System | | $50,000 |
| **TOTAL APPRAISED VALUE** | | **$1,315,000** |

The subject property has been valued as of November 13, 2015. Valuation of the solar installation is effective as of completion, estimated at April 1, 2016 or earlier.

AKERSON & WILEY, INC.



# EXHIBIT G



## 2017 PERSONAL PROPERTY DECLARATION
Commercial and financial information is not open to public inspection

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

List or Account #:    40005300
Owner's Name:    RIEUR PAUL
DBA:    *Ace Begonias*
Location (street & number)    00231 SEYMOUR RD

BUSINESS DATA For businesses, occupations, professions, farmers, lessors  *Answer all questions 1 through 12, writing N/A on lines that are not applicable.*

**1.** Direct questions concerning return to -

Name    *Paul Rieur*
Address    *231 Seymour Rd*
City/State/Zip    *Woodbridge, CT 06525*
Phone / Fax    *(203)393-1129  / ( )*
E-mail    *paul@acebegonias.com*

**2.** Location of accounting records -

    *Lucinda Rieur*
    *231 Seymour Rd*
    *Woodbridge, CT 06525*
    *(203)393-1129 / (203)393-2102*

**3.** Description of Business    *Wholesale + retail greenhouse*
**4.** How many employees work in your facilities in this town only?    *20*
**5.** Date your business began in this town?    *1975*
**6.** How many square feet does your firm occupy at your location(s) in this town?    *85,000* Sq. ft.    Own ☑ Lease ☐
**7.** Type of ownership: ☑ Corporation ☐ Partnership ☐ LLC ☐ Sole proprietor ☐ Other-Describe _____
**8.** Type of business: ☐ Manufacturer ☐ Wholesale ☐ Service ☐ Profession ☐ Retail/Mercantile ☐ Tradesman ☐ Lessor
    ☑ Other-Describe  *Agricultural*    IRS Business Activity Code _*111400*_

|  | Yes | No |
|---|---|---|
| **9.** In the last 12 months was any of the property included in this declaration located in another Connecticut town for at least 3 months?  If yes, identify by specific months, code, cost, and location(s). | ☐ | ☑ |
| **10.** Are there any other business operations that are operating from your address here in this town? If yes give name and mailing address. | ☐ | ☑ |
| **11.** Do you own tangible personal property that is leased or consigned to others in this town? If yes, complete **Lessor's Listing Report** *(below)* | ☐ | ☑ |
| **12.** Did you have in your possession on October 1st any borrowed, consigned, stored or rented property? If yes, complete **Lessee's Listing Report** *(page 4)* | ☐ | ☑ |

**LESSOR'S LISTING REPORT** In order to avoid duplication of assessments related to leased personal property the following must be completed by Lessors: (Please note that property under conditional sales agreements **must** be reported by the lessor.) Computerized filings are acceptable as long as all information is reported in prescribed format.

|  | Lessee #1 | Lessee #2 | Lessee #3 |
|---|---|---|---|
| Name of Lessee |  |  |  |
| Lessee's address |  |  |  |
| Physical location of equipment |  |  |  |
| Full equipment description |  |  |  |
| Is equipment self manufactured? | Yes☐ No☐ | Yes☐ No☐ | Yes☐ No☐ |
| Acquisition date |  | — |  |
| Current commercial list price new |  |  |  |
| Has this lease ever been purchased, assumed or assigned? | Yes☐ No☐ | Yes☐ No☐ | Yes☐ No☐ |
| If yes, specify from whom |  |  |  |
| Date of such purchase, etc. |  |  |  |
| If original asset cost was changed by this transaction, give details. |  |  |  |
| Type of lease | ☐Operating ☐Capital ☐Conditional Sale | ☐Operating ☐Capital ☐Conditional Sale | ☐Operating ☐Capital ☐Conditional Sale |
| Lease Term – Begin and end dates |  |  |  |
| Monthly contract rent |  |  |  |
| Monthly maintenance costs if included in monthly payment above. |  |  |  |
| Is equipment declared on the Lessor's or the Lessee's manufacturing exemption application? | Yes☐ No☐ Lessor☐ Lessee☐ | Yes☐ No☐ Lessor☐ Lessee☐ | Yes☐ No☐ Lessor☐ Lessee☐ |

Page 3

List or Account#:    40005300

Owner's Name:    RIEUR PAUL

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

## LESSEE'S LISTING REPORT

Pursuant to Connecticut General Statutes §12-57a all leased, borrowed, consigned, loaned, rented, or stored personal property not owned by you but in your possession as of the assessment date must be included on this form. Failure to declare, in the form and manner as herein prescribed, shall result in the presumption of ownership and subsequent tax liability plus penalties. Property you do not lease that may be in your possession and must be reported includes (but is not limited to) dumpsters, gas/propane tanks, vending machines, water coolers, coffee machines.

| Yes | No | |
|----|----|----|
| ☐ | ☑ | Did you dispose of any leased items that were in your possession on October 1, 2016? If yes, enter a description of the property and the date of disposition in the space to the right. |
| ☐ | ☑ | Did you acquire any of the leased items that were in your possession on October 1, 2016? If yes, indicate previous lessor, item(s) and date(s) acquired in the space to the right. |
| ☐ | ☐ | Is the cost of any of the equipment listed below declared anywhere else on this declaration? If yes, note year in the 'Year Included' row and list cost in the 'Acquisition Cost' row. |

| | Lease #1 | Lease #2 | Lease #3 |
|---|---|---|---|
| Name of Lessor | Hitachi Capital America | | |
| Lessor's address | 21925 Network Place Chicago, IL 60673 | | |
| Phone Number | | | |
| Lease Number | 86029 | | |
| Item description / Model # | Mitsubishi Truck JL6BNH1A1CK007006 | | |
| Serial # | | | |
| Year of manufacture | 2012 | | |
| Capital Lease | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| Lease Term -- Beginning/End | 4/12 to 4/17 | | |
| Monthly rent | 835 | | |
| Acquisition Cost | 54,000 | | |
| Year Included | 2012 | | |

## DISPOSAL, SALE OR TRANSFER OF PROPERTY REPORT

Disposal, sale or transfer of property – If you disposed of, sold, or transferred a portion of the property included in last year's filing, complete the Detailed Listing Of Disposed Assets Report And Reconciliation Of Fixed Assets on page 6. If you no longer own the business noted on the cover sheet you do not need to complete this declaration. You must, however, return to the Assessor this declaration along with the complete  AFFIDAVIT OF BUSINESS CLOSING OR MOVE OF BUSINESS OR SALE OF BUSINESS found in this return. DO NOT INCLUDE DISPOSALS IN TAXABLE PROPERTY REPORTING SECTION.

### DETAILED LISTING OF DISPOSED ASSETS  COPY AND ATTACH ADDITIONAL SHEETS IF NEEDED

| Date Removed | Code # | Description of Item | Date Acquired | Acquisition Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TAXABLE PROPERTY INFORMATION

1)   All data reported should be:
   a)   Actual acquisition costs including any additional charges for transportation and installation by year for each type of property described. These costs, less the standard depreciation as shown on the form will determine the net depreciated value.
   b)   Include all assets that may have been fully depreciated, written off, or charged to expense but are still owned. Do not include disposed assets.

2)   Reports are to be filed on an assessment year basis of October 1. Acquisitions between October 2 and December 31 apply to the new year. (i.e. acquisition made October 30, 2016 is reported in the year ending October 1, 2017).
3)   Computerized filings are acceptable as long as all information is reported in prescribed format.
4)   Do not include disposed assets. Disposals are used to reconcile last year's reporting with this year's reporting.

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

List or Account#: 40005300
Owner's Name: RIEUR PAUL

### #19 – Mechanics Tools

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | 175 | 70% | 122.30 |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | 250 | 40% | 100 |
| Prior Yrs | 770 | 30% | 231 |
| Total | 1195 | Total | 454 |

### # 20 -- Electronic data processing equipment

In accordance with Section 168 IRS Codes
Computers Only

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | 1827 | 80% | 1096.20 |
| 10-1-15 | | 60% | |
| 10-1-14 | | 40% | |
| Prior Yrs | 55,458 | 20% | 11,091.60 |
| Total | 57,285 | Total | 12,188 |

#19
#20

### #21a Telecommunication company equipment not technologically advanced --include previously coded #21c property with #21a

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | | 30% | |
| Total | | Total | |

### #21b Telecommunication company equipment technologically advanced--include previously coded #21d property with #21b

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 80% | |
| 10-1-15 | | 60% | |
| 10-1-14 | | 40% | |
| Prior Yrs | | 20% | |
| Total | | Total | |

21a and 21b Total

#21

### #22 -- Cables, conduits, pipes, etc

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | | |
| 10-1-16 | | | |
| 10-1-15 | | | |
| 10-1-14 | | | |
| 10-1-13 | | | |
| 10-1-12 | | | |
| 10-1-11 | | | |
| Prior Yrs | | | |
| Total | | Total | |

Check here if a DPUC regulated utility

### # 23 - Expensed Supplies

The average is the total amount expended on supplies since October 1, 2016 divided by the number of months in business since October 1, 2016.

| Year Ending | Total Expended | # of Months | Average Monthly |
|---|---|---|---|
| 10-1-17 | | | |

#22
#23

### #24a – Other Goods - including leasehold improvements

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | | 30% | |
| Total | | Total | |

### #24b -- Rental Entertainment Medium

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 80% | |
| 10-1-15 | | 60% | |
| 10-1-14 | | 40% | |
| Prior Yrs | | 20% | |
| Total | | Total | |

# of video tapes _____   # of DVD movies _____
# of music CD's _____   # of video games _____

24a and 24b Total

#24

### RECONCILIATION OF FIXED ASSETS
*Complete Detailed Listing of Disposed Assets –page 4

Assets declared 10/1/16 _____
* Assets disposed since 10/1/16 _____
Assets added since 10/1/16 _____
Assets declared 10/1/17 _____

Expensed equipment last year _____
Capitalization Threshold _____

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

List or Account#:  40005300
Owner's Name:  RIEUR PAUL

*Assessor's Use Only*

### #9 – Motor Vehicles  Unregistered motor vehicles & vehicles garaged in Connecticut but registered in another state

| | VEHICLE 1 | VEHICLE 2 | VEHICLE 3 |
|---|---|---|---|
| Year | | | |
| Make | | | |
| Model | | | |
| VIN | | | |
| Length | | | |
| Weight | | | |
| Purchase $ | | | |
| Date | | | |
| | | | |
| Value | | | |

### #10 -- Manufacturing machinery & equipment  not eligible under CGS 12-81 (76) for exemption

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | | 30% | |
| Total | | Total | |

#9
#10

### #11 – Horses and Ponies

| | #1 | #2 | #3 |
|---|---|---|---|
| Breed | | | |
| Registered | | | |
| Age | | | |
| Sex | | | |
| Quality | | | |
| Breeding | | | |
| Show | | | |
| Pleasure | | | |
| Racing | | | |
| Value | | | |

### #12 – Commercial Fishing Apparatus

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | | 30% | |
| Total | | Total | |

#11
#12

### #13 – Manufacturing machinery & equipment eligible under CGS 12-81(76) for exemption - must complete exempt claim.

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | | 30% | |
| Total | | Total | |

### #14 -- Mobile Manufactured Homes if not currently assessed as real estate

| | #1 | #2 | #3 |
|---|---|---|---|
| Year | | | |
| Make | | | |
| Model | | | |
| ID Number | | | |
| Length | | | |
| Width | | | |
| Bedrooms | | | |
| Baths | | | |
| | | | |
| Value | | | |

#13
#14

### #16 - Furniture, fixtures and equipment

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | 13403 | 30% | 4021 |
| Total | 13403 | Total | 4021 |

#16

### #17 – Farm Machinery

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | 1598 | 80% | 1278 |
| 10-1-14 | 64000 | 70% | 44800 |
| 10-1-13 | 6600 | 60% | 3960 |
| 10-1-12 | 46130 | 50% | 23065 |
| 10-1-11 | 375 | 40% | 150 |
| Prior Yrs | 186706 | 30% | 56,012 |
| Total | 305409 | Total | 129,265 |

### #18 – Farm Tools

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-17 | | 95% | |
| 10-1-16 | | 90% | |
| 10-1-15 | | 80% | |
| 10-1-14 | | 70% | |
| 10-1-13 | | 60% | |
| 10-1-12 | | 50% | |
| 10-1-11 | | 40% | |
| Prior Yrs | | 30% | |
| Total | | Total | |

#17
#18

# **2017** PERSONAL PROPERTY DECLARATION – SUMMARY SHEET

Commercial and financial information is not open to public inspection.

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

List or Account#:   180005300

Owner's Name:   RIEUR PAUL

DBA:

Mailing address:   231 SEYMOUR RD

City/State/Zip:   BETHANY, CT 06524

Location (street & number)   00231 SEYMOUR RD

This Personal Property Declaration must be signed and delivered or postmarked by
**Wednesday, November 1, 2017** to:
Bethany Assessor
40 Peck Road
Bethany, CT 06524-3338

| Property Code and Description | Net Depreciated Value pages 5 & 6 | Code | ASSESSOR'S USE ONLY ASSESSMENTS |
|---|---|---|---|
| #9 Motor Vehicles UNREGISTERED motor vehicles (e.g. campers, RV's, snowmobiles, trailers, trucks, passenger cars, tractors, off-road construction vehicles, etc.) including any vehicle garaged in Connecticut but registered in another state, or any such vehicle not registered at all. If you are a farmer eligible for the exemption see Sec. 12-81, list tractors in Code 17. | | #9 | |
| #10 - Machinery & Equipment Industrial manufacturing machinery and equipment (e.g., tools, dies, jigs, patterns, etc.). Include air and water pollution control equipment. | | #10 | |
| #11 Horses And Ponies Describe your horses and ponies. A $1,000 assessment exemption per animal will be applied. If you are a farmer, the exemption may be 100% provided Form M-28 is filed with and approved by the Assessor. | | #11 | |
| #12 - Commercial Fishing Apparatus All fishing apparatus exclusively used by a commercial fisherman in his business (e.g., fishing poles, nets, lobster pots, fish finders, etc.). A $500 value exemption will be applied. | | #12 | |
| #13 –Manufacturing machinery & equipment Manufacturing machinery and equipment used in manufacturing; used in research or engineering devoted to manufacturing; or used for the significant servicing or overhauling of industrial machinery or factory products and eligible for exemption under CGS 12-81 (76). (Formerly property Codes 13 & 15) | | #13 | |
| #14 Mobile Manufactured Homes if not currently assessed as real estate | | #14 | 971 |
| #16 - Furniture & Fixtures Furniture, fixtures and equipment of all commercial, industrial, manufacturing, mercantile, trading and all other businesses, occupations and professions. Examples: desks, chairs, tables, file cabinets, typewriters, calculators, copy machines, telephones (including mobile telephones), telephone answering machines, facsimile machines, postage meters, cash registers, moveable air conditioners, partitions, shelving display racks, refrigerators, freezers, kitchen equipment, etc. | 4021 | #16 | 2810 |
| #17 - Farm Machinery Farm machinery (e.g., tractors, harrows, bush hogs, hay bines, hay rakes, balers, corn choppers, milking machines, milk tanks, coolers, chuck wagons, dozers, back hoes, hydroponic farm equipment, aquaculture equipment, etc.), used in the operation of a farm. | 129,265 | #17 | 90,490 |
| #18 - Farming Tools Farm tools, (e.g., hoes, rakes, pitch forks, shovels, hoses, brooms, etc.). | | #18 | |
| #19 - Mechanics Tools Mechanics tools (e.g., wrenches, air hammers, jacks, sockets, etc.). | 454 | #19 | 320 |
| #20 - Electronic Data Processing Equipment Electronic data processing equipment (e.g., computers, printers, peripheral computer equipment, and any computer based equipment acting as a computer as defined under Section 168 of the IRS Code of 1986, etc.). Bundled software is taxable and must be included. | 12,188 | #20 | 8530 |
| #21 - Telecommunications Equipment Excluding furniture, fixtures, and computers, #21a includes cables, conduits, antennae, batteries, generators or any equipment not deemed technologically advanced by the Assessor. #21b includes controllers, control frames, relays switching and processing equipment or other equipment deemed technologically advanced by the Assessor. | | #21 | |
| #22 - Cables, conduits, pipes, poles, towers (if not currently assessed as real estate), underground mains, wires, turbines, etc., of gas, heating, or energy producing companies, telephone companies, water and water power companies. Include items annexed to the ground (e.g., hydraulic car lifts, gasoline holding tanks, pumps, truck scales, etc.), as well as property used for the purpose of creating or furnishing a supply of water (e.g., pumping stations). | | #22 | |
| #23 - Expensed Supplies The average monthly quantity of supplies normally consumed in the course of business (e.g., stationery, post-it notes, toner, computer disks, computer paper, pens, pencils, rulers, staplers, paper clips, medical and dental supplies and maintenance supplies, etc.). | 1203 | #23 | 840 |
| #24 – Other All Other Goods, Chattels and Effects Any other taxable personal property not previously mentioned or which does not appear to fall into any of the other categories. (e.g. video tapes, vending machines, pinball games, video games, signs, billboards, coffee makers, water coolers, leasehold improvements. | | #24 | |
| Subtotal > | 149,131 | | 102,990 |
| Total Assessment – all codes #9 through #24 | | | |
| #25 – Penalty for failure to file as required by statute – 25% of assessment | | #25 | |

**Exemption** - Check box adjacent to the exemption you are claiming:                                          90,810

☐ I – Mechanic's Tools - $500 value   ☐ M – Commercial Fishing Apparatus - $500 value
☐ I – Farming Tools - $500 value   ☐ I – Horses/ponies $1000 assessment per animal
All of the following exemptions require a separate application and/or certificate to be filed with the Assessor by the required return date
☐ J – Water Pollution or Air Pollution control equipment – Connecticut DEEP certificate required -- provide copy
☐ I – Farm Machinery $100,000 assessment - Exemption application M-28 required annually
☐ G & H – Distressed Municipality/Enterprise Zone/Enterprise Corridor Zone - Exemption application M-55 required annually
☐ U – Manufacturing Machinery & Equipment - Exemption claim required annually

Assessor's Final Assessment Total >       12,180

**Total Net Assessment**

Page 7

M-28 Revised July 2014
Approved by Commissioner of Agriculture

# FARM MACHINERY, HORSES OR PONIES

This application for exemption on all farm machinery, except motor vehicles as defined in Section 14-1, to the assessment of $100,000, ponies or horses which are actually and exclusively used in farming, within the provisions of Section 12-91 of the General Statutes **MUST BE FILED ANNUALLY BY NOVEMBER 1ST** with the assessor or board of assessors of the municipality in which the property is located. Failure to file this application within the time limit prescribed shall be considered a waiver of the right to such exemption for the assessment year.

Paul Rieur
Owner/Farmer

231 Seymour Rd Woodbridge, CT No525    203-393-1129
Mailing Address                          Phone

same
Location of farm machinery and ponies or horses

Have you filed, or do you intend to file, any application for exemption as provided under the above statute, in this or any other town or city, as trustee, as an individual farmer, or as a member of a group of farmers, partnership or family corporation, other than under the ownership contained in this application?      YES ☐  NO ☑

Do you derive at least $15,000 in gross sales, or did you incur at least $15,000 in expenses related to such farming operation during the previous calendar year?      YES ☑  NO ☐

Are the horses and ponies, and/or farm machinery kept within the State of Connecticut?      YES ☑  NO ☐

If yes, list town(s):

| Machinery Make | Year | Model | Description of use in farming |
|---|---|---|---|
| Massey Ferguson | 2010 | # DL130 | tractor/loader |
| SB Machinery | | | potting machine + conveyor belt |
| Add-A-Veyor | | | conveyor belt |
| Keystoker et al | 2012 | | Greenhouse Heating Equip + |
| Lumigrow | 2013 | 335 | LED Agricultural Lighting |
| Dell Optiplex | # 2014 | 3020 | controls the environment of all greenhouses |
| Net-a-fim | 2015 | 4 Way Drip | Irrigation Equip |
| Keystoker | 2013 | | related equip, pipe welding, pumps, fuel storage |
| | | | |
| | | | |
| | | | |

I DO HEREBY declare in accordance with § 12-91 of the Connecticut General Statutes under penalty of perjury that the statements herein made by me are true according to the best of my knowledge and belief.

Date:                    Signed: (owner(s) or trustee(s))
                         X Paul R Rieur

Subscribed and Sworn
to before me:           X
Date:                   My commission expires

List or Account#: 40005300
Owner's Name: RIEUR PAUL

Assessment date **October 1, 2017**
Required return date **November 1, 2017**

## DECLARATION OF PERSONAL PROPERTY AFFIDAVIT

THIS FORM MUST BE SIGNED (AND IN SOME CASES WITNESSED) BEFORE IT MAY BE FILED WITH THE ASSESSOR.
AVOID PENALTY — IMPROPERLY SIGNED DECLARATIONS REQUIRE A 25% PENALTY
COMPLETE SECTION A OR SECTION B

**Section A**
*OWNER* I DO HEREBY declare under penalty of false statement that all sections of this declaration have been completed according to the best of my knowledge, remembrance, and belief; that it is a true statement of all my personal property liable to taxation; and that I have not conveyed or temporarily disposed of any estate for the purpose of evading the laws relating to the assessment and collection of taxes as per Connecticut General Statutes §12-49.

SEE PAGE TWO (2) FOR SIGNATURE REQUIREMENTS.

CHECK ONE ☑ OWNER ☐ PARTNER
☐ CORPORATE OFFICER ☐ MEMBER

Signature _____ Dated _____
*Paul K Rieur*
Signature/Title

*Paul Rieur*
Print or type name

**Section B**
*AGENT* I DO HEREBY declare under oath that I have been duly appointed agent for the owner of the property listed herein and that I have full authority and knowledge sufficient to file a proper declaration for him in accord with the provisions of §12-50 C.G.S.

Agent's
Signature _____ Dated _____
Agent's Signature /Title

_____
Print or type agent's name
**AGENT SIGNATURE MUST BE WITNESSED**

Witness of agent's sworn statement
Subscribed and sworn to before me - _____ Dated _____
Circle one: Assessor or staff member, Town Clerk, Justice of the Peace, Notary or Commissioner of Superior Court

Direct questions concerning declaration to the Assessor's Office at:
Phone 203-393-2100 x112          Fax 203-393-0828
**Hand deliver declaration to**      Mail declaration to:
Town of Bethany                  Town of Bethany
Assessor's Office                Assessor's Office
40 Peck Road                     40 Peck Road
Bethany, CT                      Bethany, CT 06524-3338

**Check Off List:** ı
☐ **Read instructions on page 2**
☐ **Complete appropriate sections**
☐ **Complete exemption applications**
☐ **Sign & date as required on page 8**
☐ **Make a copy for your records**
☐ **Return by November 1, 2017**

Notes: _____

This Personal Property Declaration must be signed above and delivered to the Bethany Assessor or postmarked (as defined in C.G.S. Sec 1-2a & as referenced in Sec. 12-41(d)) by Wednesday, November 1, 2017
-OR- a 25% Penalty as required by law shall be applied.

# EXHIBIT H

**James Nugent**

| | |
|---|---|
| **From:** | Charlie Smith <charlie@innovativecpagroup.com> |
| **Sent:** | Wednesday, June 8, 2022 6:51 AM |
| **To:** | James Nugent |
| **Cc:** | Charlie Smith |
| **Subject:** | FW: Ace Begonias |
| **Attachments:** | Ace Begonias payoff demand.pdf |

Jim,
Please see the attached and the email trail below from Sachem Capital that held the mortgage on the 229 Seymour Road property that we purchased.

Please note the following:
Ace Begonias was in default and was incurring accrued interest and late charges.
Sachem offered to sell me the note for $410,500.
The total original principal of the mortgage was $386,000. If the property was so valuable as the Trustee asserts why was Ace only able to obtain a mortgage of 386k???
Note my comment that there has to be proceeds left available for the other creditors.
Thanks,
Cs

Charles D. Smith, CPA
PARTNER

D 203-489-0614   P 203-489-0612 x14
C 203-641-3916   F 203-409-1167   charlie@innovativecpagroup.com
35 Nutmeg Drive / Suite M275 / Trumbull, CT 06611   innovativecpagroup.com



ICG has created a secure client portal that gives the ability to login and submit important documents, please feel free to call us at (203) 489-0612 with any questions.

Disclaimer
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, The Innovative CPA Group, LLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services

**From:** John Villano <JLV@sachemcapitalcorp.com>
**Sent:** Friday, July 19, 2019 2:55 PM
**To:** Charlie Smith <charlie@innovativecpagroup.com>
**Cc:** Thomas Dufour <tdufour@tomdufour.com>
**Subject:** RE: Ace Begonias

1

Hi Charlie,
We advanced real dollars of $386,000 and the note has a value of $417,908. We will be able to remove the default interest of $7,200 so the total payoff or note purchase would be $410,500.


J


**John L. Villano, CPA**
**Chairman, Co-Chief Executive Officer**

**Sachem Capital Corp.**
**698 Main Street**
**Branford, CT 06405**

**203 433-4736    Fax 203 483-0082**

www.sachemcapitalcorp.com
www.sachemlending.com

*This message originates from Sachem Capital Corp.. The information contained in this e-mail and any files transmitted with it may be privileged and confidential. If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Sachem Capital Corp by sending a reply e-mail to the sender of this message.*


**From:** Charlie Smith <charlie@innovativecpagroup.com>
**Sent:** Friday, July 19, 2019 10:57 AM
**To:** John Villano <JLV@sachemcapitalcorp.com>
**Cc:** Thomas Dufour <tdufour@tomdufour.com>
**Subject:** Ace Begonias

Hi John,
Is $385,000 an acceptable payoff for the above loan?  If it is I believe it can be consummated on Monday. As discussed there needs to be something left for the other creditors.
Best,
Charlie


Charles D. Smith, CPA
PARTNER

D 203-489-0614 / P 203-489-0612 x14
C 203-641-3916 / F 203-409-1167
charlie@innovativecpagroup.com
35 Nutmeg Drive / Suite M275 / Trumbull, CT 06611 / innovativecpagroup.com





7/19/2019

Ace Begonias, Inc
231 Seymour Road
Woodbridge, CT 06525
Account: ACEB021418
Property: 229 Seymour Road, Woodbridge CT 06525

**BENEFICIARY'S DEMAND FOR PAYOFF**

Dear Ace Begonias, Inc

You are authorized to use the following amounts to payoff the above-mentioned loan.  All necessary legal documents will be forwarded to the trustee for Full Reconveyance upon receipt of payment in full.

| Payoff Date | 7/19/2019 |
|---|---|
| Maturity Date | 4/1/2020 |
| Next Payment Due | 5/1/2019 |
| Interest Rate | 18.000% |
| Interest Paid-To Date | 4/1/2019 |
| Principal Balance | $386,185.00 |
| Unpaid Interest | $7,200.00 |
| Accrued Interest From 4/1/2019 To 7/19/2019 | $20,853.99 |
| Unpaid Late Charges | $2,156.27 |
| Accrued Late Charges | $1,158.57 |
| Unpaid Charges   *For additional details see itemization attached | $279.49 |
| Prepayment Penalty | $0.00 |
| Other Fees *For additional details see itemization attached | $75.00 |
| Trust Balance | $0.00 |
| **Payoff Amount** | **$417,908.32** |

Please add $193.18 for each additional day past 7/19/2019.

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.  It is strongly recommended that you contact our office for an updated demand letter the day prior to closing. This will ensure that no charges have been incurred or borrower payments have been received and applied to the account.  Late charges are applied after the 10th of the month if the loan is not current.

Please note that this demand expires on 8/9/2019, at which time you are instructed to contact this office for additional instructions.

Make disbursement check payable to: **Sachem Capital Corp.**

Sincerely,

John Villano CPA
Co-Chief Executive Officer

## ITEMIZATION OF UNPAID CHARGES

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|------|-------------|---------------|----------------|------------------|-----------|
| 05/31/2019 | Demand Letter PG | 12.000% | $275.00 | $4.49 | $279.49 |
| | | | | Total | $279.49 |

## ITEMIZATION OF OTHER FEES

| Description | Amount |
|-------------|--------|
| Demand Fee | $0.00 |
| Reconveyance Fee | $0.00 |
| Recording Fee | $0.00 |
| Release Processing Fee | $75.00 |
| Forwarding Fee | $0.00 |
| Total | $75.00 |

# EXHIBIT I

| | Appraised Value | Assessed Value |
|---|---|---|
| Buildings | 0 | 0 |
| Detached Outbuildings | 232,091 | 162,460 |
| Total | 360,251 | 164,210 |

## Owner's Information

### Owner's Data

ACE BEGONIAS INC
231 SEYMOUR RD
WOODBRIDGE, CT 06525

## Detached Outbuildings

| Type: | Year Built: | Length: | Width: | Area: |
|---|---|---|---|---|
| GL/PLY/ST<10 Grnhse | 1986 | | | 22,754 |

## Owner History - Sales

| Owner Name | Volume | Page | Sale Date | Deed Type | Valid Sale | Sale Price |
|---|---|---|---|---|---|---|
| ACE BEGONIAS INC | 0206 | 1222 | 02/27/2018 | Quit Claim | No | $0 |
| RIEUR PAUL R | 0187 | 0849 | 09/22/2011 | Warranty Deed | No | $0 |

Information Published With Permission From The Assessor

The Assessor's office is responsible for the maintenance of records on the ownership of properties. Assessments are computed at 70% of the estimated market value of real property at the time of the last revaluation which was 2018.



Information on the Property Records for the Municipality of Bethany was last updated on 6/10/2022.



## Parcel Information

| | | | | | |
|---|---|---|---|---|---|
| Location: | 229 SEYMOUR RD | Property Use: | Vacant Land | Primary Use: | Residential |
| Unique ID: | 00160400 | Map Block Lot: | 103/17 | Acres: | 17.80 |
| 490 Acres: | 17.80 | Zone: | R-65 | Volume / Page: | 0210/0843 |
| Developers Map / Lot: | | Census: | | | |

## Value Information

| | Appraised Value | Assessed Value |
|---|---|---|
| Land | 128,160 | 4,980 |
| Buildings | 0 | 0 |
| Detached Outbuildings | 232,091 | 162,460 |

|  | Appraised Value | Assessed Value |
|---|---|---|
| Total | 360,251 | 167,440 |

## Owner's Information

### Owner's Data

BETHANY FARM & NURSERY LLC
671 ASPEN LANE
ORANGE, CT 06477

## Detached Outbuildings

| Type: | Year Built: | Length: | Width: | Area: |
|---|---|---|---|---|
| GL/PLY/ST<10 Grnhse | 1986 | | | 22,754 |

## Owner History - Sales

| Owner Name | Volume | Page | Sale Date | Deed Type | Sale Price |
|---|---|---|---|---|---|
| BETHANY FARM & NURSERY LLC | 0210 | 0843 | 07/19/2019 | Warranty Deed | $600,000 |
| ACE BEGONIAS INC | 0206 | 1222 | 02/27/2018 | Quit Claim | $0 |
| RIEUR PAUL R | 0187 | 0849 | 09/22/2011 | Warranty Deed | $0 |

Information Published With Permission From The Assessor

# EXHIBIT J

THE INNOVATIVE CPA GROUP, LLC

Billing Worksheet By Service Code(1)

For Accounting period dates:None, For Transaction
dates:1/1/1990 - 6/8/2022, For Posted dates:None

Primary Partner : Smith, Charlie

Client ID Sub ID : 8345 (Ace Begonias, Inc)

Bill through 6/8/2022

| | FYE | WIP | Progress | Net WIP | AR Balance |
|---|---|---|---|---|---|
| 8345 - Ace Begonias, Inc | Dec | 12,138.75 | 0.00 | 12,138.75 | 0.00 |
| | | $12,138.75 | $0.00 | $12,138.75 | $0.00 |

Last Bill:
Last Paid:
YTD Adjustments:    0.00

Client Address:    231 Seymour Road
Woodbridge
Connecticut
06525

No invoices found since 1/1/2020

WIP - Ace Begonias, Inc (8345)

| Category | Subcategory | Service Code | Date | Staff | Rate | Hours | WIP |
|---|---|---|---|---|---|---|---|
| | | Progress billing balance | | | | | 0.00 |
| 100 | AUDIT | Conference with client - Audit (100.07) | 3/27/2020 | Anderson, Justin (janderson) | 155.00 | 0.25 | 38.75 |
| | | Invoice desc: call with Paul for status update with 2018 and 2019 filings and items needed for bankruptcy proceedings and loans | | | | | |
| | | | | AUDIT Subtotal: | | 0.25 | $38.75 |
| | | | | 100 Subtotal: | | 0.25 | $38.75 |
| 1000 | Unassigned | State sales tax return audit (1000.02) | 9/25/2019 | Smith, Charlie (csmith) | 300.00 | 0.50 | 150.00 |
| | | Internal note: Speak to the state and review various notices | | | | | |
| | Unassigned | Personal property tax forms (1100.01) | 10/25/2019 | Anderson, Justin (janderson) | 145.00 | 0.25 | 36.25 |
| | | Invoice desc: personal property tax declaration | | | | | |
| | Unassigned | Personal property tax forms (1100.01) | 10/28/2019 | Do Mountcastle, Sunny (sdomountcastle) | 145.00 | 0.50 | 72.50 |
| | | Invoice desc: reviewed 2019 PPTR | | | | | |

6/8/2022 9:46 AM

Page 1 of 11

**THE INNOVATIVE CPA GROUP, LLC**

Billing Worksheet By Service Code(1)

For Accounting period dates:None, For Transaction
dates:1/1/1990 - 6/8/2022, For Posted dates:None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1040 | Unassigned | Preparation - Individual income tax return (1040.01) | 2/12/2022 | Mangone, Nicholas (nmangone) | 0.00 | 0.50 | 0.00 |
| | Invoice desc: Preparation of 1040 for Rieur, Paul and Lucinda. | | | | | | |
| | Unassigned | Extension - Individual income tax (1040.03) | 3/21/2022 | Wilson, Andrew (awilson) | 50.00 | 0.25 | 12.50 |
| | Invoice desc: prep & efile extensions for Paul | | | | | | |
| | Unassigned | Preparation - Individual income tax return (1040.01) | 5/11/2022 | Mangone, Nicholas (nmangone) | 120.00 | 0.50 | 60.00 |
| | Internal note: Includes phone call with Paul. | | | | | | |
| | Invoice desc: Preparation of 2021 1040. | | | | | | |
| | Unassigned | Preparation - Individual income tax return (1040.01) | 5/25/2022 | Mangone, Nicholas (nmangone) | 120.00 | 0.25 | 30.00 |
| | Invoice desc: Preparation of 2020 1040 for Paul and Lucinda Rieur. | | | | | | |
| | | | | **Unassigned Subtotal:** | | **6.00** | **$803.75** |
| | | | | **1040 Subtotal:** | | **6.00** | **$803.75** |
| 1120 | Unassigned | Preparation - Corporation income tax return (1120.01) | 10/16/2019 | Frasca, Jake (jfrasca) | 50.00 | 4.00 | 200.00 |
| | Internal note: 2017 tax return entries. | | | | | | |
| | Unassigned | Preparation - Corporation income tax return (1120.01) | 10/21/2019 | Frasca, Jake (jfrasca) | 50.00 | 7.00 | 350.00 |
| | Internal note: 2017 tax return entries. | | | | | | |
| | Invoice desc: 2017 tax return entries. | | | | | | |
| | Unassigned | Preparation - Corporation income tax return (1120.01) | 10/22/2019 | Anderson, Justin (janderson) | 145.00 | 3.00 | 435.00 |
| | Internal note: tax return and WPs | | | | | | |
| | Invoice desc: 2018 tax return | | | | | | |

**THE INNOVATIVE CPA GROUP, LLC**

Billing Worksheet By Service Code(1)

For Accounting period dates:None, For Transaction
dates:1/1/1990 - 6/8/2022, For Posted dates:None

| 1200 | Unassigned | Payroll tax preparation (1200.01) | 4/13/2020 | Coyne, Bernadette (bcoyne) | 90.00 | 0.50 | 45.00 |
|------|------------|-----------------------------------|-----------|----------------------------|-------|------|-------|

Invoice desc: Q1 & Q2 2019 CT 941

| | Unassigned | Payroll tax preparation (1200.01) | 3/2/2022 | Mangone, Nicholas (nmangone) | 120.00 | 0.50 | 60.00 |
|---|---|---|---|---|---|---|---|

Internal note: Long phone call getting details. Will have to follow up after 3/15 as there is a deadline of 3/29.

Invoice desc: Phone call with Paul Rieur discussing 940's for 2018-2019.

| | | | | Unassigned Subtotal: | | 6.00 | $672.50 |
|---|---|---|---|---|---|---|---|
| | | | | 1200 Subtotal: | | 6.00 | $672.50 |

| 1500 | Unassigned | Correspondence with tax authorities (1500.11) | 9/24/2019 | Anderson, Justin (janderson) | 145.00 | 0.50 | 72.50 |
|------|------------|-----------------------------------------------|-----------|------------------------------|--------|------|-------|

Internal note: call to CT DRS for information required from client

| | Unassigned | Correspondence with client re: tax return (1500.08) | 9/25/2019 | Anderson, Justin (janderson) | 145.00 | 0.25 | 36.25 |
|---|---|---|---|---|---|---|---|

Internal note: review of needed information and sending list to Paul

| | Unassigned | Federal tax notice and response (1500.05) | 10/1/2019 | Anderson, Justin (janderson) | 145.00 | 0.75 | 108.75 |
|---|---|---|---|---|---|---|---|

Internal note: sorting through all information sent by Paul, requesting additional clarification

| | Unassigned | Federal tax notice and response (1500.05) | 12/12/2019 | Anderson, Justin (janderson) | 145.00 | 3.25 | 471.25 |
|---|---|---|---|---|---|---|---|

Invoice desc: creating 2019 Q1 and Q2 payroll splits based on gross amounts sent by Paul; summarizing information so Bernadette can file missing Federal 941s

| | Unassigned | State tax notice and response (1500.06) | 12/16/2019 | Anderson, Justin (janderson) | 145.00 | 0.50 | 72.50 |
|---|---|---|---|---|---|---|---|

Invoice desc: call to DOL delinquent accounts dept for more information regarding DOL property lien; filling out POA form and faxing to DOL

| | Unassigned | State tax notice and response (1500.06) | 12/17/2019 | Anderson, Justin (janderson) | 145.00 | 1.00 | 145.00 |
|---|---|---|---|---|---|---|---|

**THE INNOVATIVE CPA GROUP, LLC**

**Billing Worksheet By Service Code(1)**

**For Accounting period dates:None, For Transaction dates:1/1/1990 - 6/8/2022, For Posted dates:None**

Internal note: reviewing Sage input from Paul's computer, adjusting balances for 2017 accountant changes; working on 2018 TB

| 200 | Unassigned | Trial balance accounting and adjustments (200.01) | 10/8/2019 | Anderson, Justin (janderson) | 145.00 | 1.50 | 217.50 | _____ |

Internal note: comparing Sage GL with bank statements; determined the data was too far off for normal adjustments; per CS, will pause work for now until more direction is provided by attorney or courts

| | Unassigned | Trial balance accounting and adjustments (200.01) | 10/14/2019 | Anderson, Justin (janderson) | 145.00 | 0.75 | 108.75 | _____ |

Internal note: reviewing transactions to prepare TB for 2018 tax return

| | Unassigned | Trial balance accounting and adjustments (200.01) | 10/15/2019 | Anderson, Justin (janderson) | 145.00 | 4.00 | 580.00 | _____ |

Internal note: reconciling processed vs missing transactions for full year across 3 bank accounts

| | Unassigned | Trial balance accounting and adjustments (200.01) | 10/16/2019 | Anderson, Justin (janderson) | 145.00 | 6.50 | 942.50 | _____ |

Internal note: reconciling processed vs missing transactions for full year across 3 bank accounts

| | Unassigned | Trial balance accounting and adjustments (200.01) | 10/17/2019 | Anderson, Justin (janderson) | 145.00 | 2.75 | 398.75 | _____ |

Invoice desc: finishing 2018 TB based on combination of Sage GL and bank statements

| | Unassigned | Trial balance accounting and adjustments (200.01) | 10/21/2019 | Anderson, Justin (janderson) | 145.00 | 3.00 | 435.00 | _____ |

Internal note: final adjustments to TB; booking depreciation and checking wages reported on W-2s vs payroll reports and GL

Invoice desc: completing TB and reviewing payroll

| | Unassigned | General accounting assistance (200.06) | 11/14/2019 | Anderson, Justin (janderson) | 145.00 | 1.00 | 145.00 | _____ |

Invoice desc: contacting CT DRS to change TSC login; filling out and sending form

**THE INNOVATIVE CPA GROUP, LLC**

Billing Worksheet By Service Code(1)

For Accounting period dates:None, For Transaction
dates:1/1/1990 - 6/8/2022, For Posted dates:None

Invoice desc: call from Paul about payroll timecards and payments made to
employees in 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | Unassigned | General accounting assistance (200.06) | 12/11/2019 | Anderson, Justin (janderson) | 145.00 | 0.25 | 36.25 | _____ |

Invoice desc: response to Paul about lawyers request for IRS payroll tax
returns

| | Unassigned | General accounting assistance (200.06) | 1/6/2020 | Anderson, Justin (janderson) | 155.00 | 1.00 | 155.00 | _____ |

Invoice desc: sending information to Don for DOL payoff; meeting with Paul to
sign Form 941's

| | Unassigned | General accounting assistance (200.06) | 2/3/2020 | Anderson, Justin (janderson) | 155.00 | 0.25 | 38.75 | _____ |

Invoice desc: call with Paul for DOL letter received

| | Unassigned | Trial balance accounting and adjustments (200.01) | 2/13/2020 | Anderson, Justin (janderson) | 155.00 | 0.50 | 77.50 | _____ |

Invoice desc: getting items together to finalize all 2019 returns (S Corp and
payroll)

| | Unassigned | General accounting assistance (200.06) | 2/19/2020 | Anderson, Justin (janderson) | 155.00 | 0.25 | 38.75 | _____ |

Invoice desc: Call with DOL, finally received missing information

| | Unassigned | General accounting assistance (200.06) | 2/27/2020 | Anderson, Justin (janderson) | 155.00 | 1.00 | 155.00 | _____ |

Invoice desc: adjusting 2019 payroll records to tie to SUTA return already filed

| | Unassigned | Trial balance accounting and adjustments (200.01) | 4/13/2020 | Anderson, Justin (janderson) | 155.00 | 2.00 | 310.00 | _____ |

Invoice desc: closing balances for preparation of 2019 tax return and to get
numbers ready for final state filings

| | Unassigned | General accounting assistance (200.06) | 4/27/2020 | Anderson, Justin (janderson) | 155.00 | 0.25 | 38.75 | _____ |

Invoice desc: looking into total amounts due to CT DRS for Don to pay off

| | Unassigned | Trial balance accounting and adjustments (200.01) | 7/9/2020 | Anderson, Justin (janderson) | 155.00 | 0.25 | 38.75 | _____ |

Invoice desc: providing per employee wages to Paul for bankruptcy attorney

| | Unassigned | Review of trial balance and workpapers (200.02) | 7/29/2020 | Smith, Charlie (csmith) | 300.00 | 1.00 | 300.00 | _____ |

Invoice desc: REview trial balance and make various adjustments.

**THE INNOVATIVE CPA GROUP, LLC**

**Billing Worksheet By Service Code(1)**

For Accounting period dates:None, For Transaction
dates:1/1/1990 - 6/8/2022, For Posted dates:None

| Grand Total : | | 66.75 | $12,136.75 |